```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                        Government,          :       18 Cr 759 (RMB)
                                             :
        - against -                          :       **ORDER**
                                             :
JAMES MOORE,                                 :
                        Defendant(s).        :
------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/19

    MCC is hereby ordered to accept the following clothing and to permit James Moore, Reg. No. 14532-104 to wear this clothing for jury selection and the duration of his trial: 1 jacket; 1 pair of pants; 4 shirts; 3 ties; 1 pair of shoes; and 5 pairs of socks.

    Jury selection is scheduled to take place on June 3, 2019 and trial is schedule to begin immediately thereafter.

Dated: New York, New York
       June 3, 2019

_____
**RICHARD M. BERMAN**
U.S.D.J.