UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                Government,

- against -

JAMES MOORE,

                Defendant.
-----------------------------------------------------------x

**VERDICT SHEET**

18 Cr 759

**COUNT 1: CONSPIRACY TO COMMIT WIRE FRAUD**

    Not Guilty _____     Guilty ✓

**COUNT 2: WIRE FRAUD**

    Not Guilty _____     Guilty ✓

EACH JUROR TO SIGN AND FOREPERSON TO REPORT TO THE MARSHAL THAT YOU HAVE REACHED A VERDICT

_[signature]_
Foreperson / Date

_[signature]_
Juror

_[signature]_
Juror

_[signature]_
Juror

_[signature] Rosa_
Juror

_[signature] McBride_
Juror

_[signature] Garcia_
Juror

_[signature] Spence-Richards_
Juror

_[signature] Maria_
Juror

_[signature] Stephen_
Juror

_[signature]_
Juror

_[signature] Laura Hall_
Juror