

USA v. JAMES MOORE     18 CR 759

COURT EXHIBITS

| | |
|---|---|
| A | list of names/companies/entities/locations |
| B | additional questions asked of jurors |
| C | draft jury charges |
| D | handwritten stipulation of parties re: conviction |
| E | typed stipulation of parties re: conviction |
| F | handwritten stipulation of parties re: characterization of Our Space |
| G | typed stipulation of parties re: characterization of Our Space |
| H | revised typed stipulation of parties re: conviction (Exhibit E) |
| I | draft jury charges |
| J | final jury charges |
| K | amended page 13 of jury charges |
| L | jury note re: foreperson |
| M | note to jury re: amended page 13 of jury charges |
| N | signed verdict sheet |
| O | email re: multimedia evidence |