LAW OFFICES
**DAVID M. GARVIN, P.A.**
200 SOUTH BISCAYNE BOULEVARD, SUITE 3150
MIAMI, FLORIDA 33131
TELEPHONE (305) 371-8101
FAX (305) 371-8848

David M. Garvin
Florida Bar Board Certified in Taxation
LLM, Tax

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/19
E-MAIL: dmtrial2@gmail.com
WEBSITE: davidmgarvin.com

**MEMO ENDORSED**

June 26, 2019

> The Court intends to relieve Mr. Garvin but it is my practice to do so when new counsel is retained. Please forward this letter + endorsement to Mr. Moore.
>
> SO ORDERED.
> Date: 6/26/19
> Richard M. Berman, U.S.D.J.

ECF
Honorable Richard M. Berman
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 17B
New York, New York 10007

Re: Motion for Leave to Withdraw as Counsel for James Moore
   United States vs. James Moore, 18-Cr-759-RMB

Dear Judge Berman:

I am writing to respectfully move for leave to withdraw as counsel of record for James Moore. Irreconcilable differences have arisen between Mr. Moore and myself that make my continued representation of Mr. Moore impossible. Mr. Moore has stated in a letter dated June 18, 2019 to the Court that he does not want me to be his lawyer and claims that I deliberately caused him to be wrongfully imprisoned and worked against him to ensure that he was found guilty. The Court has ordered me to respond to the claims contained in the subject letter and attachments by July 1, 2019.

As a result of Mr. Moore's statements, we have been placed into adversarial positions. It is now necessary for me to defend myself from Mr. Moore's accusations.

I have discussed this matter with Government's counsel. I have been advised that the United States takes no position as to this motion to withdraw.

Respectfully submitted,

David M. Garvin

cc: James Moore #14532-104
   Metropolitan Correctional Center
   150 Park Row
   New York, NY 10007