UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------x
UNITED STATES,

         v.

JAMES MOORE,

         Defendant.
-------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/19
```

18-CR-759 (RMB)
ORDER

**RICHARD M. BERMAN,** United States District Judge:

Pursuant to the Court's Order dated August 26, 2019, the Federal Bureau of Prisons ("BOP") recently designated Defendant James Moore, Register Number 14532-104, to the Federal Medical Center in Devens, Massachusetts ("FMC Devens"), for the purpose of having a psychological examination in accordance with Title 18, United States Code, Section 4241(b).

To facilitate this examination, IT IS ORDERED that the U.S. Probation and Pretrial Services System release any reports that resulted in the instant offense and/or other records that may be pertinent to the evaluation of the Defendant to Dr. Miriam Kissin at FMC Devens. Such records may include medical/mental health records, police reports, investigative reports, probation violation reports, and/or presentence reports.

SO ORDERED.

Dated: September 30, 2019
       New York, New York

                                                 Honorable Richard M. Berman
                                                 United States District Judge