**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 25, 2019

**ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 9/30/19

Re:   United States v. James Moore,
      18 Cr. 759 (RMB)

Dear Judge Berman:

The Government writes, with the consent of defense counsel, to request that the Court sign the attached order to facilitate the examination of the defendant discussed in our last appearance. Further, because the examination has not yet begun, the Government respectfully submits that an adjournment of the next scheduled conference for three weeks may be prudent, as the current October 2, 2019 date would likely predate any useful update.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: /s/ Martin Bell
Martin S. Bell
Assistant United States Attorney
(212) 637-2463

*[Handwritten: Conference is adjourned to 10/30/19 at 10:00 a.m.]*

SO ORDERED:
Date: 9/30/19   /s/ Richard M. Berman
               Richard M. Berman, U.S.D.J.

cc: Defense Counsel (by ECF)