

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 29, 2019

**VIA ECF**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    United States v. James Moore,
               18 Cr. 759 (RMB)

Dear Judge Berman:

      The Government writes regarding tomorrow's conference.  Mr. Moore remains located at the facility at which he was to be tested, and thus cannot be produced for the conference as scheduled.  We also have not yet been informed of the outcome of any testing.  We are endeavoring to get more information, and will provide the Court with a report once we learn more about when we can expect Mr. Moore to return to the New York City area.  Having discussed the matter with the Court's deputy, I am informing defense counsel that there will not be a conference tomorrow for this reason.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney for the
      Southern District of New York

By: _____
      Martin S. Bell
      Assistant United States Attorney
      (212) 637-2463

cc: Defense Counsel (by ECF)