**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

October 29, 2019

**VIA ECF**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/19
```

    Re:    United States v. James Moore,
            18 Cr. 759 (RMB)

Dear Judge Berman:

    The Government writes regarding tomorrow's conference. Mr. Moore remains located at the facility at which he was to be tested, and thus cannot be produced for the conference as scheduled. We also have not yet been informed of the outcome of any testing. We are endeavoring to get more information, and will provide the Court with a report once we learn more about when we can expect Mr. Moore to return to the New York City area. Having discussed the matter with the Court's deputy, I am informing defense counsel that there will not be a conference tomorrow for this reason.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: *Martin Bell*
Martin S. Bell
Assistant United States Attorney
(212) 637-2463

---

Conference is adjourned to
12/2/19 at 10:00am.

cc: Defense Counsel (by ECF)

SO ORDERED:
Date: 10/30/19   *Richard M. Berman*
                     Richard M Berman, U.S.D.J.