

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 25, 2019

**VIA ECF**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>United States</u> v. <u>James Moore</u>,
             18 Cr. 759 (RMB)

Dear Judge Berman:

      The Government writes regarding our next scheduled conference, which is currently scheduled for December 2, 2019.

      We understand that the study that had originally delayed the defendant is complete, and that he has been returned to the New York City area. Unfortunately, we are informed that the forensic psychiatrist who performed Mr. Moore's examination has a substantial backlog, and thus will not be able to complete and produce the report until late December. We therefore respectfully request that the conference be adjourned until the first week of January or the next date thereafter convenient to the Court.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney for the
      Southern District of New York

By: _____
      Martin S. Bell / Vlad Vainberg
      Assistant United States Attorney
      (212) 637-2463/1029

cc: Defense Counsel (by ECF)