

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 26, 2019

**VIA ECF**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    United States v. James Moore,
              18 Cr. 759 (RMB)

Dear Judge Berman:

      The Government writes regarding our next scheduled conference, which is currently scheduled for December 2, 2019.  Defense counsel agrees to an adjournment.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney for the
      Southern District of New York

By: _____
     Martin S. Bell / Vlad Vainberg
     Assistant United States Attorney
     (212) 637-2463/1029

cc:  Defense Counsel (by ECF)