**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

**MEMO ENDORSED**

November 26, 2019

**VIA ECF**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/26/19

Re:   United States v. James Moore,
      18 Cr. 759 (RMB)

Dear Judge Berman:

The Government writes regarding our next scheduled conference, which is currently scheduled for December 2, 2019. Defense counsel agrees to an adjournment.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: *[signature]*
Martin S. Bell / Vlad Vainberg
Assistant United States Attorney
(212) 637-2463/1029

cc: Defense Counsel (by ECF)

Conference is adjourned to 1/7/20 at 11:30am.

SO ORDERED:
Date: 11/26/19   *[signature]*
Richard M. Berman, U.S.D.J.