USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Government,

-against-

JAMES MOORE,

                Defendant.
------------------------------------------------------------------x

18-CR-759 (RMB)

ORDER

     Upon the application of GEOFFREY S. BERMAN, United States Attorney for the Southern District of New York, by Assistant United States Attorneys Vladislav Vainberg and Martin Bell, and with the informed consent of Mr. Moore and his counsel, that the Court endorse the recommendation of Dr. Miriam Kissin, as expressed in the Forensic Report, dated January 6, 2020 that the defendant James Moore **forthwith** be hospitalized by the Federal Bureau of Prisons for a period of time not to exceed four months for further evaluation, consultation with and among Mr. Moore and his counsel, and with the goal of restoring Mr. Moore's competency to participate in sentencing proceedings, pursuant to 18 U.S.C. § 4241(d),

     IT IS ORDERED that the Bureau of Prisons **forthwith** designate a facility and hospitalize Mr. Moore for a period of time not to exceed four months until his mental condition is so improved that sentencing may proceed. It is recommended this hospitalization and treatment occur at FMC Butner.

     IT IS FURTHER ORDERED that the Bureau of Prisons report the results of its evaluation and treatment of Mr. Moore to the Court within a reasonable period of time after the conclusion of said evaluation.

IT IS FURTHER ORDERED that the Clerk of Court is respectfully requested to **forthwith** forward a copy of this Order to the U.S. Marshal Service.

Dated: February 20, 2020  
New York, New York

_____  
Honorable Richard M. Berman  
United States District Judge