UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

        Government,

    -against-

JAMES MOORE,

        Defendant.
-----------------------------------------------------------X

18 CR. 759 (RMB)

**ORDER**

The U.S. Marshal for the Southern District of New York is respectfully requested to arrange the transfer of Mr. James Moore to FMC Butner or such other BOP facility where his competency can be restored, in accordance with the Court's Order of February 20, 2020.

The Court further requests that the transfer occur **forthwith** upon the conclusion of Mr. Moore's fourteen (14) day quarantine at MCC.

The Court thanks the U.S. Marshal for his invaluable help and cooperation in this matter.

Dated: April 9, 2020
New York, NY

*RMB*
_____
Richard M. Berman
United States District Judge