UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

    -against-

JAMES MOORE,
               Defendant.
------------------------------------------------------------X

18 CR. 759 (RMB)

**ORDER**

      The telephone status conference previously scheduled for Wednesday, August 26, 2020 at 10:00 AM is hereby rescheduled to Thursday, August 27, 2020 at 11:00 AM.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 7591

Dated: August 10, 2020
       New York, NY

                                                  _____
                                                    RICHARD M. BERMAN
                                                           U.S.D.J.