UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

JAMES MOORE,
                Defendant.
------------------------------------------------------------X

18 CR. 759 (RMB)

**ORDER**

       The status conference scheduled for Thursday, October 1, 2020 at 9:00 AM will be held telephonically.

       Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 7591

Dated: September 30, 2020
       New York, NY

                                      _____
                                        RICHARD M. BERMAN
                                              U.S.D.J.