

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 30, 2020

**ECF**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>United States</u> v. <u>James Moore</u>,
              18 Cr. 759 (RMB)

Dear Judge Berman:

      The Government writes regarding scheduling, having conferred with defense counsel Michael Grudberg, Esq., who in turn has conferred with his client. In light of a scheduling urgency, and given counsel's communications with the Bureau of Prisons and Mr. Moore's consent to his upcoming transfer, the parties jointly request that tomorrow's conference be adjourned to November 5, 2020 at 9:30 a.m., by which point it is expected that Moore will have arrived at his new destination in the vicinity of New York City. The parties may request an earlier date if Moore arrives earlier than expected.

      Respectfully submitted,

      AUDREY STRAUSS
      Acting United States Attorney for the
      Southern District of New York

By: _____
      Justin V. Rodriguez
      Assistant United States Attorney
      (212) 637-2591

Application granted.

SO ORDERED:
Date:  9/30/2020

Richard M. Berman, U.S.D.J.