

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Michael J. Grudberg
212.216.8035, *Direct Dial*
mgrudberg@tarterkrinsky.com

November 4, 2020

**VIA E-MAIL**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  United States v. James Moore, No. 18 Cr. 759 (RMB)

Dear Judge Berman:

We are counsel to James Moore in the above-captioned case.  We write to request an adjournment of tomorrow's scheduled status conference because, contrary to the expectations of the parties, Mr. Moore has not yet been transported by the Marshals to the metropolitan area, and remains at FMC Butner in North Carolina.  I have consulted with AUSA Martin Bell, and with Ms. Tabolt, Your Honor's Judicial Assistant, and the parties have agreed to propose December 1 at 9:00 a.m. as an adjourned date.  If Mr. Moore is transported in the near term, and an earlier conference date would be feasible, the parties would contact the Court to explore accelerating the conference.

We thank the Court for its attention to this request and are available to answer any questions.

Respectfully submitted,

/s/ Michael J. Grudberg

Michael J. Grudberg

Application granted.

SO ORDERED:
Date: 11/5/2020
Richard M. Berman, U.S.D.J.