

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Michael J. Grudberg
212.216.8035, *Direct Dial*
mgrudberg@tarterkrinsky.com

December 22, 2020

**VIA E-MAIL**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: <u>United States v. James Moore, No. 18 Cr. 759 (RMB)</u>

Dear Judge Berman:

We represent Defendant James Moore, and write on consent of the government to request an adjournment of the upcoming conference on January 6, 2021. The BOP website shows that Mr. Moore is not in Bureau custody, and the parties believe he is in transit to his next designated facility, but it appears that it will not be possible for him to be presented for the conference until his arrival is confirmed. We therefore request an adjournment to a date available to the Court in late January or early February (excepting January 20, February 1 and February 8, for which I have conflicts).

We thank the Court for its attention to this request and are available to answer any questions.

Respectfully submitted,

/s/ Michael J. Grudberg

Michael J. Grudberg

ell (via e-mail)

Application granted. Conference adjourned to Wednesday, February 10, 2021 at 12:00pm.

SO ORDERED:
Date: 12/23/2020
Richard M. Berman, U.S.D.J.