**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

JAMES MOORE,
                Defendant.
------------------------------------------------------------X

18 CR. 759 (RMB)

**ORDER**

      The status conference scheduled for Wednesday, February 10, 2021 at 12:00 PM will be held telephonically.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 7591

Dated: February 4, 2021
       New York, NY

                                        _____
                                        RICHARD M. BERMAN
                                              U.S.D.J.