

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 13, 2021

**By ECF**

Honorable Richard M. Berman
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **United States of America v. James Moore**,
             **18 Cr. 759 (RMB)**

Dear Judge Castel:

    Please be advised that I am leaving the United States Attorney's Office for other employment. Accordingly, please remove me as counsel of record in the above-captioned case.

    Thank you very much for the Court's consideration.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: *Martin Bell*
Martin S. Bell
Assistant United States Attorney
(212) 637-2463

---

Application granted. The Clerk's Office is respectfully requested to remove you as counsel of record.

SO ORDERED:
Date: 6/14/21
*Richard M. Berman*
Richard M. Berman, U.S.D.J.

cc:    Counsel of Record (by ECF)