

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/15/21
```

July 13, 2021

**VIA E-MAIL**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: United States v. Moore, No. 18 cr 739 (RMB)

Dear Judge Berman:

We write as counsel for James Moore to propose a revised schedule for his upcoming sentencing. I met with Mr. Moore at the FDC last week to discuss open matters, including the schedule, and after consultation with the government and the Probation Office we can propose the following dates to the Court: sentencing hearing August 30 (or a date that week open to the Court); defendant's memorandum due August 16; government memorandum due August 23; final disclosure of the PSR August 9 (with objections by July 30). Mr. Moore has also reiterated his agreement to appear electronically at the sentencing hearing.

We thank the Court for its forbearance and are available to answer any questions.

Respectfully submitted,

/s/ Michael J. Grudberg

Michael J. Grudberg

**Sentence is adjourned to 8/30/21 at 11:00 am. Submission schedule and PSR disclosures as set forth above.**

SO ORDERED:
Date: 7/15/21

*Richard M. Berman*
Richard M. Berman, U.S.D.J.