# EXHIBIT 1

# JONATHAN MOORE

Dear honorable judge,

I hope you are well.

I am writing to you today in regards to the sentencing of my father James Moore.

I write to you today to appeal to your compassionate side in the hope that you will use your best judgement in your sentencing decision for our father.

I hope in these few short paragraphs I am able to illustrate how essential it is that he is given a fair trial and how he is not a threat to any member of society in any way.

Jim Moore is a loving and caring man who has been able to guide me through difficult times and the greatest of hardships. He helped tutor me through school, he

encouraged me to follow my passions, helped me find my feet in my career and he guided me as best he could throughout his and my life. He has always been supportive of my decisions and has always wanted what was best for me. One of the most important things he ever did for me was reinforce the idea that I am capable of anything, can achieve my dreams and that understanding and helping others is how to get the most out of life. You can only receive value when you add value to others. The more people you can benefit, the more you're able to benefit yourself. He shaped how I think and who I am as a person, always telling me to strive for justice and morality. I couldnt possibly explain how much he has actually helped me or express how grateful I am to have him as my father.

When I was bullied in school he wrote to the local council (our local government) to have me relocated. The injuries I sustained from bullies at school were extensive and he was deeply concerned. I believe without his help to relocate me, I could've suffered even more serious injuries.

My dad never handed things to us, he made us work for them. He taught us good values and gave us all a strong work ethic. His entrepreneurialism paved the way for more out side of the box ways of thinking and he always encouraged us to push ourselves to be better people. "To achieve great things you must first become great" was something he used to say to us. He was always focused on personal development, trying to better himself. He listened to self help audio books in the car between meetings so that he didn't waste

any time. He tried to absorb as much knowledge as he could at all times to gain a better understanding of the world around him and share that knowledge with others so they could apply it themselves. He helped hundreds, if not, thousands of people radically transform their lives for the better.

My dad made himself solely responsible for our entire family. My mother already had 3 kids when my parents met and my father put a roof over all of our heads, kept us all in school and did his best to provide for everyone in abundance.

He is the reason that I've experienced so much in life. He did everything, from taking me to school in the morning to taking me fishing for the first time, taught me how to ride a bike, taught me how to drive, put me

in self defence classes, took me on safari, skiing, scuba diving, travelling all over the world, in a private jet, in a helicopter, the list goes on and on. He always tried to be present and still does. He would always make time for us. This is a man who worked 25 hours a day and 8 days a week and he still made time for his friends, his community, his family and most of all his kids.

Dad didn't always have money. I remember in my younger years dad being broke, but even then he would go the extra mile to provide for such a big family and with such little money at the time. He used to go to the supermarket late at night so he was able to buy the discounted produce and then he would freeze it so it wouldn't go bad and we would have something to eat.

Dad was a big believer in helping others and giving to charity. He wanted to help people and I remember him taking us to a charity football match with a bunch of celebrities including ex professional football players where he also participated on the field and donated to the cause.

Jim Moore is compassionate to animals. We always had pets growing up and we were taught to love, respect, take care of and train our animals properly. Dad even got various dog trainers in to teach us the correct way to handle and train puppies.

The last time I saw my dad was in September 2018. I get to speak to him on the phone sometimes, we have email and during lockdown we were able to write each other letters, but it's very difficult being so far apart from each other. He was

able to send us a couple photos of himself during this time and that was really nice to see his face. My brother was able to video call him but I regretfully missed the opportunity. I'd just like to be able to see him in some way as he's such a huge part of my life and enriches the life's of everyone around him.

His incarceration whilst waiting for sentencing has been an incredibly difficult period. There were obviously times where we had no contact. Even though there have been so many complications with communication my father has always tried his best to help us how ever he can. As people we all experience unique problems throughout our lives. He tries his best to mentor us but there's only so much we can all do.

My father isn't a violent man and has never been convicted of any violent crimes. He doesn't believe in using violence or aggression to resolve problems.

He truly is a rock and a figurehead in our family and it is almost impossible for me to explain how important it is to us that one day he returns home to us safely.

I sincerely appreciate you taking the time to read my letter. I hope it is received well and I am able to contribute towards building an accurate picture of my father.

Thank you again.

Yours faithfully,

Jonathan Moore.

# CHRISTOPHER MOORE

Dear Judge

I am writing to you today in order to give some insight into the relationship I have with my father.

James Moore has been and still is the biggest and best role model in my life. Growing up we moved a lot, meaning there wasn't an awful lot of consistency to cling on to. The one thing that really stayed true was that we could rely on our father for anything. From an incredibly early age I saw my father raising and bettering the lives of six children, three of whom (who he fed, sheltered, put through school, included in family holidays and offered support and guidance to) were not even his children. Being the kind and compassionate man that he is, he raised the other three as if they were his own

without ever alienating anybody or displaying favouritism. These amazing acts of fatherhood continued even after my youngest brother was born, bringing us up to seven!

My father has not just touched the lives of our family but countless others, this was constantly displayed by the fact that anywhere and everywhere you go with my father, he is recognised and welcomed with open arms. This is not limited to our home country, England, but has been experienced all over the world. With people stopping us in every airport we have been through (and thanks to my father that is many), it has been easy to see the vast number of lives my father has touched.

Even before the divorce, providing for such a large family made making time to spend

with us difficult. But determined to be present in his children's lives, my father used to work tirelessly through the night simply so that he had time to take us to school in the morning and spend as long as possible with us afterwards.

The attempts to bring the family together didn't stop with the immediate family, saving my auntie's house (my mother's sister) by helping with the mortgage when he was able and housing my mother's other sister, along with her husband and three young children, when he was not able to be as financially supportive. That makes a house of nine children and four adults that he provided for during one of the hardest times of our collectivr lives. Growing up my my father never stopped bringing the family together. When his

brother's battle with leukaemia was taking a turn for the worst my father insisted on making memories for us to cherish by bringing us (his children), his brother and brother's wife along with their children, partners of their children AND grand children to Spain. Where my father provided activities, sustenance and bonding time with family members we may have never had the opportunity to connect with otherwise.

This determination to be present in our lives was apparent even before I was born. My older brother Jonathan was due mid February 1991, so when my father got the call to say my mother was in labour in January, he cancelled the rest of his business trip and flew home that same day on a Concorde to try and make the birth of my brother.

My father has worked abroad most of my our lives but that never stopped him from trying to see us. During the divorce, whenever he was given the opportunity he would fly back to England and live in the home he kept to ensure he could be with us at a moment's notice and when he was not able to come back, he always offered to fly us to him at whatever cost.

As my biggest source of inspiration, comfort and confidence, my father has been the biggest influence on my life and who I have become today. He has shaped the way I see and treat others, taught me that no matter what happens, so long as you are honest, true to yourself and treat others with the kindness and compassion with which you wish to be treated, all else should fall into place.

I deeply regret how long it has been since I saw my father and wish for nothing more than to see him again soon. It was truly an elating moment when I got to see him on video call and would be enormously grateful to be able to again.

I trust that whatever decision you make will be carefully analysed and just. All I hope is that I was able to shed some light on what a truly inspirational, remarkable and generous person my father is and to express deeply my need to see him again.

Thank you for your time

Christopher Moore

# WILLIAM MOORE

August 16, 2021

Dear Judge,

My name is William James Bernard George Moore, the youngest son of James Moore.

I am writing to you today to describe to you how I see my dad, how important he is and has been to me, and how important he has been in the lives of many people. I would also like to explain the hurdles we have encountered in seeing each other.

James Moore is an awe-inspiring person. He is someone I am proud to call my dad. I have had the pleasure of spending a great deal of my brief 22 years of life with James Moore, and all I could wish for is more time.

My dad is a loving, caring and compassionate family man. He loves him family beyond belief and has never faltered in making us aware. My childhood is full of memories of him doing everything he can to give his family a great life and great experiences. When my uncle Bob was suffering from cancer and he thought that he didn't have much time left, my dad knew he had to do everything he could to provide a great quality of life for my uncle and memories that would last a lifetime for the rest of the family. The last few summers of my uncle's life were filled to the brim with joy and family fun in the sun in Spain. My dad took his whole side of the family and treated them to a holiday every summer (cousins, uncles, second cousins); they were the best summers of my life and I don't think any of us will ever forget them.

I have met people all over the world that my dad has had a positive impact on. This may sound strange or exaggerated, but we would meet people in all sorts of places that had met my dad. People who had worked for him, learned from him, partaken in one of his courses, or simply been touched by him in some way in their life. We have met people on/in planes, fishing boats, restaurants, resorts, the lot... I remember more than one person who had said that my dad helped them build their own business; that they had worked for my dad and he taught them things to build their own business and be successful on their own. These people that we met almost always thanked my dad or showed some form of gratitude for what he had done for them or what he had been to them. My dad is very well travelled and has lived & worked all over the world; even knowing this, all of these encounters came as a huge shock to me. I was so blown away every time that we met someone because I couldn't believe that my dad had made such

an impression on these people that they remembered him 5, 10 or 20 years afterwards. My dad is far from a celebrity and he would not be interested in this status, but he has had made a very positive difference in many people's lives.

My dad is a man of his word and a man of good morals. He has worked hard to make sure that I see this in him and that I try to imbue this quality in my own identity. One of the times that he returned to the UK to visit me, he was so excited to see me that he had forgotten to change his USD into GBP and came straight from the airport to pick me up. We went to a kebab shop for some lunch (I think he had a craving for some greasy British/Turkish kebab!), but when we finished the kebab, he realised that he didn't have any British money to pay him with! He apologized profusely and the man who sold us the kebab seemed frustrated but was calmed by my dad's promises to bring him the money as soon as he could. His visit was so brief that he wasn't able to pay the man back before he left the country, unfortunately. However, 6 months later my dad returned once more and he remembered that he owed the man some money. He returned to the store and paid the man double as a tip to apologise for not having paid on that day and to thank him for understanding.

My dad is also a compassionate and caring man; both for people and for animals. I couldn't count the times that we have bought food for people living in the street. I could count the times we have saved birds together - 3 times. The first time, whilst driving we found a magpie that was laying face up in an oil slick in the road. He stopped the car and wrapped the magpie up in a shirt that he had in the car, and we took it home. He washed the oil off the bird, wrapped it in a towel and placed it in a cardboard box with some milk-soaked bread. We nursed the magpie back to health before releasing it in the garden. A few years later I took an interest in air rifles, and one time I wanted to shoot a pigeon. I told him I wanted to shoot a pigeon and why I thought it was okay (because they're pests), and he told me a story about when he shot a pigeon when he had a similar age to me at the time. He spoke emotionally about how he felt when he killed the pigeon; he felt terrible for what he had done and told me that whilst the choice was mine to make, I would likely feel the same as what he felt and would regret it immediately. I was glad that he told me this story and I didn't shoot the pigeon.

For most of my life, it has been quite difficult for my dad and I to see each other; custody battles during my parent's long divorce meant that he was given less than 50%