**Subject:** Re: UPG letter
**From:** AnaKP <anakp2014@gmail.com>
**Date:** 11/17/2015, 5:25 PM
**To:** neilstorey1@gmail.com

I see an unusual opportunity…

Renwick "needs" some more help - now or later.

Has a few issues of his own that could prove awkward for him moving forward..

thats where I see we can add huge value…

> On Nov 17, 2015, at 5:10 PM, neilstorey1@gmail.com wrote:
>
> Spot on, Jim.   How active is Jonathan Black?
>
> Sent from my iPhone
>
>> On 17 Nov 2015, at 21:21, AnaKP <anakp2014@gmail.com> wrote:
>>
>> <UPGLetter.docx>
>> Neil
>>
>> This is what I suggested for BW to send to UPG… (they asked me to write it when i asked them for it today…)
>>
>> They've yet to agree…  I'm sure the finished article wont be too far different though…
>>
>> If you feel we should add anything, let me know..