| | |
|---|---|
| **From:** | █████████ |
| **To:** | anakp2014@gmail.com |
| **Cc:** | ███████  Jonathan Black; ███ |
| **Subject:** | Re: Excellent points and questions ... |
| **Date:** | Thursday, February 11, 2016 1:40:06 PM |
| **Importance:** | High |

Hello Jim

Thanks for the detailed e-mail. Let's have a decent discussion / workshop and see where this takes us.

[redacted]

On 11/02/2016 12:53, anakp2014@gmail.com wrote:

> Hello ███
>
> Likewise - and thank you for taking the time to so thoroughly review both our product and offer and my own previous businesses and experience.
>
> Your past achievements are impressive and you sound straightforward and that's exactly what we are looking for - uncomplicated relationships with solid, reliable, exceptional business leaders like yourself, with whom we can grow the business aggressively on an international basis. The opportunity is "open ended" for the right people.

GOVERNMENT EXHIBIT 121
18 Cr. 759 (RMB)

We have just appointed an analyst to help us raise institutional funds for a speedier roll out and have also agreed a deal in principle with a very capable partner who is one of the original principal partners of SJP, once again with a view to raising capital to drive both international expansion and real estate acquisitions.

I don't take things on lightly and as you will have identified my previous 2 "best known" businesses have both successfully become "sales unicorns" - exceeded a billion dollars in revenue - this will do the same, in fact we believe the industry is in its infancy and it would seem that we share that view with Morgan Stanley , Goldman Sachs, Fidelity et al.

This is of great interest to my partners and I due to our leaning towards businesses that can ultimately be sold at substantial valuations.

Perhaps lesser known aspects of our various careers are a deep level of commercial and forensics experience which in summary for your interest is as follows:-

1) Jonathan Black - Regent Inns Plc - Jonathan was the primary originator of barworks prior to us becoming involved (at the formation stage) with this small and tight team who were previously responsible for successful roll out of walkabout bars in uk. He has experience of venture capital, along with fundraising at a corporate and regulated level, and of course  management of public companies at board level.

2) Neil Storey - When I first met Neil he was a client of mine and he was British Consul to Peru. He subsequently became HM Consul General to Brazil and then head of UK trade and Investment for Latin America. He also had a parallel very specialized and specific role with direct responsibility to William Hague who at the time was British Foreign Secretary.  Neil is a valued and significant partner in the business and part of the strategic international expansion team along with myself and Jonathan.

3) myself - from humble beginnings I was lucky enough to work for 2.5 years alongside ███████████████████████ in a business financed by Schroeder ventures of which I was part owner  (L'Arome) and joint founder - very similar to this environment.

