

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 28, 2021

**VIA ECF AND HAND DELIVERY**

Honorable Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

   Re: *United States v. James Moore*
      18 Cr. 759 (RMB)

Dear Judge Berman:

  The Government respectfully submits the enclosed Preliminary Order of Forfeiture/Money Judgment (the "Order") for the Court's review and approval in connection with the sentencing in the above-captioned matter, which will be held on November 1, 2021.

            Respectfully,

            DAMIAN WILLIAMS
            United States Attorney for the
            Southern District of New York

      By: _____
         Vladislav Vainberg
         Assistant United States Attorney
         Tel. No.: (212) 637-1029