UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
            Government,

                                                                  18 CR. 759 (RMB)

   -against-

                                                                    **ORDER**

JAMES MOORE,
            Defendant.
------------------------------------------------------------X

       The sentencing proceeding previously scheduled for Wednesday, October 27, 2021 at 11:30 AM is hereby rescheduled to Monday, November 1, 2021 at 12:00 PM.

       In light of the continuing COVID-19 pandemic, the proceeding is being held by video pursuant to the CARES Act and applicable implementing court procedures.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 7591

Dated: October 29, 2021
       New York, NY

                                                        _____
                                                            RICHARD M. BERMAN
                                                                 U.S.D.J.