UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
    Government,

                   18 CR. 759 (RMB)

-against-

                   **ORDER**

JAMES MOORE,
    Defendant.
-----------------------------------------------------------X

  The sentencing proceeding previously scheduled for Monday, November 1, 2021 at 12:00 PM is hereby rescheduled to Tuesday, November 9, 2021 at 10:00 AM.

  In light of the continuing COVID-19 pandemic, the proceeding is being held by video pursuant to the CARES Act and applicable implementing court procedures.

  Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

  USA Toll-Free Number: (877) 336-1829
  Access Code: 6265989
  Security Code: 7591

Dated: November 4, 2021
    New York, NY

                  _____
                    RICHARD M. BERMAN
                       U.S.D.J.