UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                          18 CR. 759 (RMB)

   -against-

                                          **ORDER**

JAMES MOORE,
                Defendant.
------------------------------------------------------------X

In light of the continuing COVID-19 pandemic, the proceeding scheduled for Tuesday, February 1, 2022 at 10:00 AM is being held by video pursuant to the CARES Act and applicable implementing court procedures.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 7591

Dated: January 26, 2022
       New York, NY

                                              _____
                                                 RICHARD M. BERMAN
                                                      U.S.D.J.