UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES MOORE,<br><br>Defendant. | **ORDER OF RESTITUTION**<br><br>18 Cr. 759 (RMB)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 2/1/22 |

Upon the application of the United States of America, by its attorney, DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, Vladislav Vainberg, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Count 1 and 2 of the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution.** JAMES MOORE, the Defendant, shall pay restitution in the total amount of $57,579,790 to the victims of the offenses charged in Count 1 and 2. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

2. **Joint and Several Liability.** Defendant's liability for restitution shall be joint and several with that of any other defendant ordered to make restitution for the offenses in this matter, up to $57,579,790, including Savraj Gata-Aura under docket *United States v. Aura*, S1 18 Cr. 759 (JSR) (S.D.N.Y.), and defendants who have not yet been charged or sentenced, including without limitation Renwick Haddow under docket *United States v. Haddow*, 19 Cr. 340 (LTS) (S.D.N.Y.)

3. Defendant's liability for restitution shall continue unabated until either the Defendant has paid the full amount of restitution ordered herein, or every victim has been paid the total

amount of his loss from all the restitution paid by the Defendant and co-defendants in this matter, up to $57,579,790.

4. In the event that additional victims are identified following the entry of this Restitution Order, the Government reserves the right to seek an amended judgment to add additional victims without modifying the total amount of restitution as to which this defendant is liable.

5. **Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and

enforce this Order, without further order of this Court.

Dated: New York, New York

     February 1, 2022

*[signature]*

RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE

3