# Statement 1

**Olsen, Wendy (USANYS)**

VNS

| | |
|---|---|
| **From:** | Ashok Jain ███████████████████ |
| **Sent:** | Wednesday, January 17, 2018 5:45 PM |
| **To:** | Olsen, Wendy (USANYS) |
| **Cc:** | Ashok Jain |
| **Subject:** | ███████████████████ High Yield Securities Fraud- Bar works |

Dear Ms Wendy,

Many thanks for your kind telecon today regarding the above case. I provide below the requested details:

Name and Address of Owners : All units are jointly owned by wife , husband as under:

**Neelima Jain and Ashok Kumar Jain**

████████████████████████████████████

Units Owned: ( Total 8 Nos, Paid $205,000, as under):

1 unit at 615 Sacrenento, San Francisco CA-94111
Paid  $ 30,000 from September 2016.( unit # 9992)

5 units at 95 Chambers Street, NY, NY-1007  @ $ 25k each – Total paid
$ 125,000 in October 2016 ( unit # 8238,8240,9180,7794,7710)

2 units at 242 Metropolitan Ave, Brooklyn, New York–11211  @ $ 25k each – Total paid $
50,000 in December 2016 ( unit # 7734,9658)

We are a retired couple settled in dallas. The above was planned to be main source of our retirement income. So this fraud has left us with a lot of distress both mentally and physically.

You mentioned about some form to be filled with New York State for financial compensation/ help. Please provide me the address of that.

**With Warm Regards,**

*Ashok Jain*

████████████████████████████████

1

# Statement 2

Jones, Destiny (USANYS)

| | |
|---|---|
| **From:** | Corrina Lai ███████████████ |
| **Sent:** | Monday, January 13, 2020 12:49 AM |
| **To:** | U.S. Department of Justice – VNS; Olsen, Wendy (USANYS); Taveras, Filiana (USANYS); Jones, Destiny (USANYS) |
| **Subject:** | Re: ████████████████████████████████████ ingapore Victim invested to Bar Works through Defendant Renwick Haddow |

Dear Sir/Madam

I understand that the sentencing hearing for Renwick Haddow from SEC has been set on 10 July 2020 before Judge Laura Swain at New York.

However, I am located a████████████████████████████████so please update on any payout to be charged and convicted upon Renwick once the sentencing is finalised.

Please refer to subject matter on my e-file and SEC response reference on any clarification and verification that I am the impacted victim who had suffered huge financial losses through agency Duxton Partners Pte Ltd in Singapore. FBI report was also lodged online concurrently.

I being victim of the scammed investment with full details as follows:

Name : Lai Oi Kan
████████████████████████████████████

I had invested a total of USD 250,000/- progressively into the Barwork's project. All supporting document and funds transfer receipts should be able to trace from the above TCR ref provided.

Please update my details in your record to the list of victims that are entitled to the recovery sum from Renwick Haddow once SEC has concluded the outcome to the sentencing.

Please acknowledge receipt to this email and appreciate your response to advise on what we as victims will expect next?

Thank you.

Regards
Lai Oi Kan (Corrina)

# Statement 3

# VICTIM IMPACT STATEMENT

Victim: Luca Pettinato

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime): I was extremely damaged by Renwick Haddow, financially and

psychologically. The same goes for my family. Financially, I lost $500,000.00 that I invested in the Bar Works projects that he used to promote. On top of everything, I paid more than $25,000.00 in lawyer fees and

consultancy costs in order to try to recover my loss by suing Bar Works and its legal representatives. The impact was devastating for my own company and, above all, my family. That money was my savings after

many years of hard work. In mid-May 2017 I discovered the fraud had taken place and on May 23rd, 2017 my daughter was born 5 weeks premature due to the stress my wife  was experiencing  after what happened

with Bar Works. Renwick Haddow's conduct was devastating for my family. We were saving money for our first house and for our growing family. After what happened with Renwick Haddow and Bar Works, our

dreams had to be put aside.  I'm still trying to recuperate the huge loss and also recover from the stress and immense pain caused by this scam. I moved to the US from Italy because I wanted to leave a country

where criminals only receive a slap on their wrist as punishment. I wanted to live in a country where the system protects its people. That's why I decided to invest in the American economy. I recently started the

process to become an American citizen because I still believe in this country and its system. I have spoken with many other victims around the world and they are still suffering a lot as well, after what happened with

Renwick Haddow and Bar Works. I strongly hope that Renwick Haddow will pay the for the consequences of his crimes and all the damages that he caused me, my family and others.

# Statement 4

**Jones, Destiny (USANYS)**

| | |
|---|---|
| **From:** | Olsen, Wendy (USANYS) |
| **Sent:** | Monday, February 03, 2020 11:46 AM |
| **To:** | Jones, Destiny (USANYS) |
| **Subject:** | Fwd: Víctimas impact statement |

Sent from my iPhone

Begin forwarded message:

**From:** Alfonso Parada █████████████████
**Date:** February 2, 2020 at 4:16:30 PM EST
**To:** <u>Wendy.Olsen@usdoj.gov</u>
**Subject: Víctimas impact statement**

## VICTIM IMPACT STATEMENT

Victim: Alfonso Gimeno
█████████████████████████

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

I invested  $125000 on may 2016 on Barworks.

1

Alfonso Parada

# Statement 5

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | Jehangir H Mehta ███████████████ |
| **Sent:** | Saturday, July 13, 2019 11:51 AM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | Re: Barworks Victim |
| **Attachments:** | 1_Post Finance Confirmation of 23584Euro.pdf; 2_Final Proof of Transfer to Barworks on 9th Jan 50K USD FINAL.pdf; 3_Final Proof_Jehangir Homi Mehta – Receipt of Payment_ 50K USD ON 29 March 2017.pdf; Jehangir_Homi_Mehta_LA_Miami_ 50K_DocuSign__STARTER_.pdf; Jehangir_Homi_Mehta_NY 8 Avenie_ 75K_DocuSign__ACCELERATOR.pdf |

Dear Wendy,
Sorry to trouble you, but I was given to understand that you were in charge of collecting information regarding BarWorks investors who have been scammed.

Please find documents relating to my BarWorks investment.  Please note that I have paid to BarWorks total amount of 125'000 USD.  Please find attached all the proofs of transfer.

Thanks so much for your help in informing the SEC?

Hope this is fine for you, if you need more information do let me know...I would gladly give this to you.


Jehangir H MEHTA
███████████████

On Saturday, July 13, 2019, 08:48:44 PM GMT+5:30, Jehangir H Mehta ███████████████████ wrote:


Dear Wendy,

Sorry to disturb you, but I believe from a group chat of mine, that you are the contact person I am to send information regarding my investment in BarWorks, can you please confirm before I send it through?

Thanks so much,

Jehangir H MEHTA

1

# Statement 6

**VICTIM IMPACT STATEMENT**

Victim: Loreley Zavattiero Marcelo Paulo Chenko

I am a 46 years old female, my husband is 49 and we have a 5 years old son.

We are hardworking IT professionals who decided to save most part of our income for our retirement and for our son's university tuition. Every dollar has been hard earned with extra hours and being away from home. The trade-off of saving money for the future was curtail our current lives comfort and dreams. Future objectives made it worth it.

Knowing that we have lost the hard earned dollars on the BarWorks investment made us feel so hopeless and depressive that it has been very hard to recover. It has been almost impossible to cope with the fact that all the effort made in the past was worthless and that it will take at least 20 years to recover financially. Our objective of slowing down so we could spend more time to our kid is not possible anymore.

We just hope justice is done so no one else has to go thru this pain.

# Statement 7

## VICTIM IMPACT STATEMENT

Victim: Pamela Spooner

███████████████████████

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

The money in my pension fund was my only significant asset. I have no other savings, investments or property.

I thought that buying bitcoins with the pension money might secure a comfortable retirement and provide assets to assist my daughter in buying her own home.

The loss of that pot of bitcoins is, therefore, very damaging to our future, and leaves me facing the rest of my life living on benefits. I am 65 years old and my health is not good. Stress and anxiety are taking their toll.

To find also that people I trusted - amongst

them someone I had known for almost 40 years -
have been complicit in multiple frauds and
thefts has left me distraught. I have contemplated
suicide on an almost daily basis since these
frauds were exposed. All that stops me is
knowing this would heap even greater pain on my
daughter.

Pam Spoons

--- monday, 20th January 2020.

**From: Ms Pamela W Spooner**                                  19th April 2018

[redacted]

*ITMAG4939*

**To:**

**SDNY Victim and Witness Coordinator**
United States Attorney's Office
One St. Andrew's Plaza
New York, New York 10007

Dear Sirs,

**Re the case(s) against Renwick Haddow and Bitcoin Store Inc.**

I attach copies of documents sent to me purporting to show that my pension scheme bought bitcoin from Bitcoin Store Inc. over three years ago, in line with my instruction to that pension scheme. (The scheme was fully authorised and accredited in the UK at the time.)

I have been trying for well over two years to find out if the bitcoin were ever bought on my behalf, but none of the relevant authorities here in the UK have been able to answer that question.

In conversations with both the SEC and the FBI no-one at those organisations has answered the question either, and I am hoping now that the court will get an answer for me.

I believe that if bitcoin exist within the assets recovered from Bitcoin Store Inc. and/or Renwick Haddow and his associates or linked companies, that I have a valid claim to 113 bitcoin on behalf of my only significant pension fund.

I realise that there is still a long way to go in the court cases, and that it may be some time before a definitive answer can be given.

However, I am now almost 64 years old, and my prospects for retirement are not good without some resolution of this issue.

You can contact me at any time at the above address, although email may be the best and easiest.

Yours faithfully,

Pam Spooner



**Alternative Pension Plan Trustees Ltd.**
(Admin.)

·Ms Pamela Wendy Spooner

3 March 2015

Dear Pam,

**Re: Bitcoin Store Investment**

We are writing to you to advise that your application and payment has been processed. We acknowledge receipt of payment in the amount of £27,285.  You were entitled to 25% cash free lump sum of this amount which equated to £7,071.25 and this was sent to you via bank transfer on 18 December 2014.   Your investment is for £18,924.11.  Please complete the enclosed Bitcoin Store application form and return this to me at your earliest convenience.  Once your certification is received it shall be held by the Trustee on your behalf.  However if you require a copy for your records please do not hesitate to contact us.

In the meantime, if you have any questions in relation to your application form, please feel free to contact us on 0845 004 1084.

Yours faithfully,

**Operations Department**
**Alternative Pension Plans Trustees Limited**

Alternative Pension Plan Trustees Ltd,
Spring Cottage Kerswell Green, Worcester, Worcestershire, WR5 3PF
Tele: 0845 004 1084  Web: www.alternativepensionplan.co.uk
Alternative Pension Plan Trustees Ltd, registered in England and Wales,
company registration number 04699945



TO:

Ms Pamela Wendy Spooner



Monday, March 02, 2015
INVOICE NUMBER 452147 :

| Number of Bitcoins | Spot Price | Amount Investing |
|---|---|---|
| 113 | £167.47 | £18,924.11 |
| | Total Amount Payable | £18,924.11 |

**Payment to be made to**
Bitcoin Store Inc
Capital One Bank
1166 Avenue of the Americas
New York NY 10036

Routing Number: #021407912
Swift Code: HIBKUS44
Account No.7528033452
Reference: /Spooner

Please provide to Bitcoin Store proof of address (dated within three months) and proof of identification

*Bitcoin Store*

**Dubai Office:**
Tel +971 [0] 427 95114
Email info@bit-coinstore.email
Address: 303 Kan Tower, Jerrim Dubai,
UAE, P O Box 48796

**London Office:**
Tel +44 (0)845 5285 005
Email info@bitcoinstore.email
Address: 3rd Floor, 207 Regent Street,
London W1B 3HH

**Australia Office:**
Tel +61 1800 769 465
Email info@bitcoinstore.email
Address: Level 11, 100 William Street
Sydney NSW 2000

**Hong Kong Office:**
Tel +852 5365 4222
Email info@bitcoinstore.email
Address: 16/F, Suite 01, The Center 99
Queen's Road, Central, Hong Kong

www.bitcoinstore.london

# Statement 8

# VICTIM IMPACT STATEMENT

**Victim: Abir Saymeh**

Dear Sir/Madame,

First, I'd like to thank you for contacting me regarding this case after I and my family have been through very difficult times.

I am a mother of 4. I have worked for more than 25 year as a teacher to make a living and help my husband o raise our 4 kids.

I came across this investment in 'Bar Works' through a phone call from an agency in the UK. They explained to me that I can buy shared office space and lease it as a business. The investment goes in multiple of 25,000 US Dollars. The bigger number I commit, the higher the return. Their prices went as follows:

- Minimum Investment – $25,000
- Wealth Starter – $50,000
- Wealth Accelerator – $75,000
- Wealth Builder – $100,000

For me it looked legitimate as they are renting these offices in the downtown of major US cities, where rental prices are high.  They promised good fixed return and guaranteed buy back option in case I want to opt out after few years.

As I did not have the entire amount to reach to the highest investment slab, I convinced my retired parents and my brother to lend me some money. My plan was to return their money on installment from my salary and from the profit that I'll from Bar Works.

I invested a total amount 225,000$ (Two Hundred and Twenty Five Thousand US Dollars), signed the required documents then transferred the amount as per their instructions to:

JPMorgan Chase Bank

Bank Address: Broadway & 61st, New

York, New York 10023, USA

Account Name: Bar Works Inc.

Account Number: 790961622

SWIFT: CHASUS33

Routing Number: 021000021

Fax to : +1 (212) 637-0084 or email to Wendy.Olsen@usdoj.gov

Address: Lincoln Center, New York, New

York 10023, USA. New York, 10023, USA.


I hardly got 1 or 2 very small payments from this investment, then the money stopped coming. I contacted Bar Works and their UK agents' company many times but every time they give different excuse.

I chased them for months and months, I spend hundreds of hours on the Internet reading about Bar Works scam and connecting to groups of victims. Some groups tried to assign a lawyer. Unfortunately, we had no money left to join them and assign a lawyer. I joined another group of victims who tried to hire a lawyer on success fees, but most lawyers wanted a retainer that was too high for me to afford.

I lived in hell for months before I could break the news to my parents and my brother who lent me the money.

This news was devastating to my parents as this money was their retirement money and for my brother, this was a big portion of his life time savings.

This was the worst experience of my life; not only I lost my money and my family money. It also stressed the relationship with my parents and brother.

I herby request you please to keep posted about the case to see how we can retrieve our money (or whatever is left from it).

Best Regards,

*Abir Saymeh*

Fax to : +1 (212) 637-0084 or email to Wendy.Olsen@usdoj.gov

# Statement 9

# VICTIM IMPACT STATEMENT

Victim: Alexios Giannoulis

███████████████████████████

Insert the impact of the crime here (or, if a separate victim impact form is
attached, please use that form to describe the impact of the crime):

I, Alexios Giannoulis, have incurred a loss of $25,000 resulting from the closure of
operations of Bar Works Inc and the subsequent interruption of rental payments and
loss of capital resulting from the loss of my unit with certificate number 1145 locted
at 41W 46th St, NY, 10036, NY, United States of America.

Operations ceased in April 2017 and since then I receive no rentals in addition to the
loss of my capital (10-year lease)of the aforementioned office space unit.

I enclose contract summary signed by both parties.

DocuSign
SECURED

## Certificate Of Completion

Envelope Id: 19FDC24585B54613AC978B982213B422                                      Status: Completed
Subject: Please DocuSign: Alexios Giannoulis- Single Work Space Lease Agreement - Bar Works Inc and Bar ...
Source Envelope:
Document Pages: 6                         Signatures: 4                           Envelope Originator:
Certificate Pages: 5                      Initials: 0                             Tahyira Cordner
AutoNav: Enabled                                                                  160 W 66th St
EnvelopeId Stamping: Enabled                                                      160 W 66th St
Time Zone: (UTC-08:00) Pacific Time (US & Canada)                                 New York, NY  10023
                                                                                  tahyira@barworks.nyc
                                                                                  IP Address: 64.78.252.10

## Record Tracking

Status: Original                          Holder: Tahyira Cordner                 Location: DocuSign
        3/3/2016 9:33:33 AM                       tahyira@barworks.nyc

| Signer Events | Signature | Timestamp |
| --- | --- | --- |
| Alexios Giannoulis | *Alexios Giannoulis* 1A1A31CA56104AF... | Sent: 3/3/2016 9:39:19 AM<br>Viewed: 3/3/2016 9:50:22 AM<br>Signed: 3/4/2016 1:26:29 AM |
| Security Level: Email, Account Authentication (None) | | |
| Electronic Record and Signature Disclosure:<br>    Accepted: 3/4/2016 1:24:58 AM<br>    ID: 50eed25d-b2a5-4d06-9d5d-2ef624669e04 | | |
| Tahyira Cordner<br>tahyira@barworks.nyc<br>Bar Works, Inc.<br>Security Level: Email, Account Authentication (None) | C5E035EBF8224A3... <br><br>Using IP Address: 64.78.252.10 | Sent: 3/4/2016 1:26:30 AM<br>Viewed: 3/4/2016 6:31:19 AM<br>Signed: 3/4/2016 6:31:34 AM |
| Electronic Record and Signature Disclosure:<br>    Not Offered<br>    ID: | | |

| In Person Signer Events | Signature | Timestamp |
| --- | --- | --- |

| Editor Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Agent Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Intermediary Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Certified Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Carbon Copy Events | Status | Timestamp |
| --- | --- | --- |
| Howard Green<br>howard@barworks.nyc<br>Security Level: Email, Account Authentication (None) | COPIED | Sent: 3/4/2016 6:31:35 AM |
| Electronic Record and Signature Disclosure:<br>    Not Offered<br>    ID: | | |

| Notary Events | | Timestamp |
| --- | --- | --- |

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 3/4/2016 6:31:35 AM |
| Certified Delivered | Security Checked | 3/4/2016 6:31:35 AM |
| Signing Complete | Security Checked | 3/4/2016 6:31:35 AM |
| Completed | Security Checked | 3/4/2016 6:31:35 AM |

## Electronic Record and Signature Disclosure

Electronic Record and Signature Disclosure created on: 1/18/2016 4:02:36 PM
Parties agreed to: Alexios Giannoulis

## ELECTRONIC RECORD AND SIGNATURE DISCLOSURE

From time to time, Bar Works, Inc. (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign, Inc. (DocuSign) electronic signing system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document.

### Getting paper copies

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after signing session and, if you elect to create a DocuSign signer account, you may access them for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

### Withdrawing your consent

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

### Consequences of changing your mind

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of a DocuSign envelope instead of signing it. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

### All notices and disclosures will be sent to you electronically

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures

electronically from us.

**How to contact Bar Works, Inc.:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:

To contact us by email send messages to: tahyira@barworks.nyc

**To advise Bar Works, Inc. of your new e-mail address**

To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at tahyira@barworks.nyc and in the body of such request you must state: your previous e-mail address, your new e-mail address.  We do not require any other information from you to change your email address..

In addition, you must notify DocuSign, Inc. to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in the DocuSign system.

**To request paper copies from Bar Works, Inc.**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to tahyira@barworks.nyc and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Bar Works, Inc.**

To inform us that you no longer want to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your DocuSign session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

ii. send us an e-mail to tahyira@barworks.nyc and in the body of such request you must state your e-mail, full name, US Postal Address, and telephone number. We do not need any other information from you to withdraw consent..  The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

| | |
|---|---|
| Operating Systems: | Windows® 2000, Windows® XP, Windows Vista®; Mac OS® X |
| Browsers: | Final release versions of Internet Explorer® 6.0 or above (Windows only); Mozilla Firefox 2.0 or above (Windows and Mac); Safari™ 3.0 or above (Mac only) |
| PDF Reader: | Acrobat® or similar software may be required to view and print PDF files |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | Allow per session cookies |

** These minimum requirements are subject to change. If these requirements change, you will be asked to re-accept the disclosure. Pre-release (e.g. beta) versions of operating systems and browsers are not supported.

**Acknowledging your access and consent to receive materials electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the 'I agree' button below.

By checking the 'I agree' box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC RECORD AND SIGNATURE DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify Bar Works, Inc. as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by  Bar Works, Inc. during the course of my relationship with you.

# Statement 10

## VICTIM IMPACT STATEMENT

**Victim: Girishkumar Punamiya**

████████████████████████████████

**Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):**

I am Girishkumar Punamiya, presently aged 54 years and ████████████████████████████████
Overall, I invested USD55,000 in Barworks during last quarter of 2016. I was assured of capital guaranteed with regular monthly return at 12.5% per annum. I received the regular monthly return until April 2017. From May 2017 the monthly return stopped. Initially I was informed that Barworks are restructuring the monthly return payment process to optimize the bank charges and monthly return will resume soon. Though after few days even such responses stopped from Barworks.

I invested my lifetime saving in Barworks which I saved to meet my 2 children's university costs. Presently my daughter and son are aged 16 years and 13 years respectively. Next year my daughter will be going to university and then soon follow by my son in 5-year time. I invested this money in Barworks as it is incorporated in USA and the remittance was made to Barwork account with JP Morgan Chase Bank, New York.

I was shocked mentally when I came to know that Barwork is a big financial scam and that I lost my lifetime saving. My health started deteriorating and most of the time I remained lost with lots of negative thoughts. It affected both my family and work life, on many occasions even thought of suicide came to my mind. I never mentioned this to my wife, she thought maybe I am having some stress at workplace and throughout she kept encouraging me with positive environment, I am thankful to her.

This financial scam affected me mentally so much that my performance at workplace started falling terribly. At one point of time I was best performing employee since I joined the company in 2013, but from mid-2017 my performance at workplace started deteriorating. Unfortunately, I could not recover from this and ultimately in July 2019 I was made redundant by my company. For last 6 months I am without work and very frankly this scam has shattered my confidence so much that I am afraid of even meeting any recruitment consultant.

It is very difficult to describe on paper how this financial crime impacted me for more than 2 years that even today I have not come out of the mental trauma. Probably what I described here is just 10% of what actually I am still suffering being victim of this financial crime by Renwick Haddow.

I strongly believe that the most free and fair US Justice system will do justice by punishing the criminal appropriately and ensure all victims of this financial scam get back at least their respective initial investment.

I am just hoping that justice will get deliver soon and I will get back my investment of USD55,000 before my daughter goes to university in 2021.

Thanks,

Sincerely

*[signature]*

Girishkumar Punamiya

20·01·2020

# Statement 11

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | B H ████████████████ |
| **Sent:** | Monday, January 13, 2020 1:41 PM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | RE: U.S. Department of Justice - █ |

Victim: Belayet Hussain

████████████████████

Victim Impact statement:

I, Belayet Hussain have lost all my savings as a result of this Barworks fraud and I am <u>still paying off</u> this debt. This situation has given me <u>depression</u> and my family <u>enormous stress</u>. It is over 3 years now and I am still suffering from this malicious act of greed. I borrowed money ($80,000) on the basis to better my family situation only to be tricked by Renwick and his associates. The banks, agents and Renwick Haddow deserve punishment for their actions for ruining my and many other peoples livelihood.

I believe in the American justice system and fairness. I hope justice will be served and some of our hard earned money is returned. If you need any further information, evidence of transactions etc please do not hesitate to contact me.

Kind regards

Belayet Hussain

████████████████████

---

**From:** U.S. Department of Justice - VNS <fedemail@vns.usdoj.gov>
**Sent:** Sunday, January 12, 2020 5:39:44 PM
**To:** Belayet Hussain████████████
**Subject:** U.S. Department of Justice - VNS ████████████████

DO NOT REPLY TO THIS EMAIL.



**U.S. Department of Justice**
Southern District of New York
One St. Andrews Plaza
New York, NY 10007
Phone: (212) 637-1028
Fax: (212) 637-0421

January 12, 2020

Belayet Hussain

# Statement 12

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | vanessa villar lavin ███████████████ |
| **Sent:** | Thursday, January 16, 2020 3:52 PM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | Victim Impact Statement (BarWorks/Renwick Haddow) – Vanessa Lavin and Antonio Villar |
| **Attachments:** | Resumen de Inversiones_BarWorks.pdf |

Dear Wendy,

   I am Antonio Villar and with my wife Vanessa Lavin ██████████████ we invested our life's savings into "Barworks co-working spaces".   I came to know this investment through emails that we used to get from " hemovechannel.com" (not subscribed anymore).  We bought a total of 11 units. The first unit (39th Street) and the second (Time Square) are under my name and the other 9 are under my name and my wife's too.

   We were promised high returns of 16% (since we invested in more than 5 units, at the beginning they offered 12%) and we were getting our "returns" every month on time until April 2017. After that we stopped receiving money and then I came to notice through a friend that there was something bad going on with this company.  For the first 2 units I bought I had my "Certificate of ownership" applications form and contract all very well done and with signatures. As though it seemed.  But the following units we just never had all the documents and they were just saying that we were going to get them soon. But soon never arrived.

Total Amount Invested $305,646 US dollars.

We submitted a complaint (I don't know if you call it that way) at the SEC website on July 2017 **"TCR Submitted Successfully** ████████████████████████

Here are the details of the investments:

I really hope you can help us recover our money or at least a % of it.

Thanks in advance,
Antonio Villar & Vanessa Lavin
████████████████

1

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | vanessa villar lavin ███████████████████ |
| **Sent:** | Tuesday, January 21, 2020 3:40 PM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | Re: Victim Impact Statement (BarWorks/Renwick Haddow) - Vanessa Lavin and Antonio Villar |

Dear Wendy…a small correction on the web page "themovechannel.com". Sorry ;)

El 16 ene 2020, a las 14:51, vanessa villar lavin ██████████████ escribió:

Dear Wendy,

I am Antonio Villar and with my wife Vanessa Lavin (both from Mexico), we invested our life's savings into "Barworks co-working spaces". I came to know this investment through emails that we used to get from " hemovechannel.com" (not subscribed anymore). We bought a total of 11 units. The first unit (39th Street) and the second (Time Square) are under my name and the other 9 are under my name and my wife's too.

We were promised high returns of 16% (since we invested in more than 5 units, at the beginning they offered 12%) and we were getting our "returns" every month on time until April 2017. After that we stopped receiving money and then I came to notice through a friend that there was something bad going on with this company. For the first 2 units I bought I had my "Certificate of ownership" applications form and contract all very well done and with signatures. As though it seemed. But the following units we just never had all the documents and they were just saying that we were going to get them soon. But soon never arrived.

Total Amount Invested $305,646 US dollars.

We submitted a complaint (I don't know if you call it that way) at the SEC website on July 2017 **"TCR Submitted Successfully - Reference Number: TCR1500925934945".**

Here are the details of the investments:

<Resumen de Inversiones_BarWorks.pdf>

I really hope you can help us recover our money or at least a % of it.

Thanks in advance,
Antonio Villar & Vanessa Lavin

1



## Olsen, Wendy (USANYS)

| | |
|---|---|
| **From:** | vanessa villar lavin ████████████████ |
| **Sent:** | Thursday, January 16, 2020 3:52 PM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | Victim Impact Statement (BarWorks/Renwick Haddow) – Vanessa Lavin and Antonio Villar |
| **Attachments:** | Resumen de Inversiones_BarWorks.pdf |

Dear Wendy,

I am Antonio Villar and with my wife Vanessa Lavin (both from Mexico),  we invested our life's savings into "Barworks co-working spaces".  I came to know this investment through emails that we used to get from " hemovechannel.com" (not subscribed anymore). We bought a total of 11 units. The first unit (39th Street) and the second (Time Square) are under my name and the other 9 are under my name and my wife's too.

We were promised high returns of 16% (since we invested in more than 5 units, at the beginning they offered 12%) and we were getting our "returns" every month on time until April 2017. After that we stopped receiving money and then I came to notice through a friend that there was something bad going on with this company.  For the first 2 units I bought I had my "Certificate of ownership" applications form and contract all very well done and with signatures. As though it seemed.  But the following units we just never had all the documents and they were just saying that we were going to get them soon. But soon never arrived.

Total Amount Invested $305,646 US dollars.

We submitted a complaint (I don't know if you call it that way) at the SEC website on July 2017 **"TCR Submitted Successfully - Reference Number: TCR1500925934945".**

Here are the details of the investments:

I really hope you can help us recover our money or at least a % of it.

Thanks in advance,
Antonio Villar & Vanessa Lavin

████████████████████

1

| Investor | Date | Location | # of Units | Amount per Unit | Total Invested | Bank | Account | Transaction # | Our Bank/account holder (where we made the deposit from) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| Antonio Villar | Jan 4th, 2016 | 39th Street | 1 | $ 22,000 | $ 22,000 | | | 25950 | HSBC (Antonio Villar) | |
| Antonio Villar & Vanessa Lavin | Feb 5th, 2016 | Time Square | 1 | $ 23,750 | $ 23,750 | | | 23146 | HSBC (Antonio Villar) | |
| Antonio Villar & Vanessa Lavin | June 30th, 2016 | London Fed | 1 | $ 54,000 | $ 54,000 | | | 96611 | HSBC (Antonio Villar) | |
| Antonio Villar & Vanessa Lavin | July 19th, 2016 | San Francisco | 2 | $ 30,000 | $ 60,000 | | | 47545 | HSBC (Antonio Villar) | |
| Antonio Villar & Vanessa Lavin | July 19th, 2016 | Tribeca | 2 | $ 25,000 | $ 50,000 | | | 47545 | HSBC (Antonio Villar) | |
| Antonio Villar & Vanessa Lavin | Dec 28th, 2016 | Chambers | 2 | $ 25,000 | $ 50,000 | | | 88901 | HSBC (Antonio Villar) | |
| Antonio Villar & Vanessa Lavin | Jan 3th, 2017/Jan 17th 2017 | Chambers | 1 | $ 25,000 | $ 25,000 | | | 93451 | HSBC (Antonio Villar) | Deposit was made in 2 different dates, Jan 3th, 2017 $15,000 |
| | | | | | | | | 22657 | HSBC (Antonio Villar) | Deposit made on Jan 17th, 2017 $10,000 |
| Antonio Villar & Vanessa Lavin | Jan 23th, 2017 | Chambers | 1 | $ 20,896 | $ 20,896 | | | 60636 | HSBC (Antonio Villar) | |

# Statement 13

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | Kunal Patel ████████ |
| **Sent:** | Wednesday, January 15, 2020 4:42 AM |
| **To:** | fedemail@vns.usdoj.gov |
| **Cc:** | Olsen, Wendy (USANYS) |
| **Subject:** | Barworks Victim |

Hello,

My name is Kunal Patel and I am writing to inform you that I am a victim of the Barworks scam.

Since I became aware of the situation my life has not been the same.

I lost a considerable amount of money and since then have been battling depression. My family and work has suffered.

I have continual flashbacks of all the moments prior to investing. I feel nauseas and anxious and have struggled to build my life back up.

Words can't express the feeling.

Kind Regards,

Kunal

# Statement 14

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | john jarvis ██████████████████ |
| **Sent:** | Monday, January 20, 2020 7:15 AM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | VICTIM IMPACT STATEMENT ████████ from JJarvis |

Hello Ms Olsen,
Please find my victim impact statement

# VICTIM IMPACT STATEMENT

Victim: John Jarvis

████████████████████████████

I invested 175,000 USD into the Barworks business with the intention of securing reliable income for my retirement. I am 53 years years old and currently do not own my own home or have complete retirement plans. Not only have I lost this retirement plan, I have lost substantial savings and significantly reduced my ability to buy a home and secure my future.
I have also lost further revenue to lawyers in order to recover funds from agents and money management companies who took significant cuts.
I have suffered significant stress and time involved in continuously trying to find out progress and possibility of recovering funds.

1

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | john jarvis ███████████ |
| **Sent:** | Monday, January 13, 2020 3:39 AM |
| **To:** | Olsen, Wendy (USANYS); fedemail@vns.usdoj.gov |
| **Subject:** | JJarvis – Victim of Barworks and Renwick Haddow Scam |

Hello Ms Olsen,

My name is John Jarvis and I am a victim of the Barworks scam conducted by Renwick Haddow.   I invested 175,000 USD.

I have a complaint registered with the SEC under ███████████
I am not sure if I am registered with the DoJ but I was under the impression my agent did this for all his clients.
I would be grateful if you could confirm I am registered and provide a reference.
If I need to complete any forms Please send them or links through.
I will be happy to provide evidence of investment.

As this is quite a large sum, this is a painful loss which I cannot recover through other means.

Kind Regards
John Jarvis

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | john jarvis███████████ |
| **Sent:** | Monday, January 20, 2020 7:15 AM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | VICTIM IMPACT STATEMENT – 19-CR-0034 – from JJarvis |

Hello Ms Olsen,
Please find my victim impact statement

# VICTIM IMPACT STATEMENT

Victim: John Jarvis

I invested 175,000 USD into the Barworks business with the intention of securing reliable income for my retirement. I am 53 years years old and currently do not own my own home or have complete retirement plans.  Not only have I lost this retirement plan, I have lost substantial savings and significantly reduced my ability to buy a home and secure my future.
I have also lost further revenue to lawyers in order to recover funds from agents and money management companies who took significant cuts.
I have suffered significant stress and time involved in continuously trying to find out progress and possibility of recovering funds.

# Statement 15

**VICTIM IMPACT STATEMENT**

Victim: Ankush Joshi

███████████████████████████

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

United States Attorneys Office
Southern District of New York
One St. Andrews Plaza
New York, NY 10007

Respected sirs/Ma'am

I am one of the ordinary investors in Bar works with all my life's earnings as I live and work in ██████being an Indian. I have been disturbed for the last 3 years or so as it is taking too long time for a verdict in case of Renwick Haddow, since I thought judicial system in USA is the best and fast compared to other countries. I appreciate the US dept of Justice has reached out to me finally and providing updates. I had invested via an Indian/UAE marketing company called SquareYards Plc, trusting them, and I am not sure if they are hand in glove with Renwick. Also please let me know what is the hope I have of getting back my money, as I invested nearly 14 lakhs rupees which is 20,000 USD and is a huge amount for an Indian, its life savings. It takes about 5-6 years for an average Indian to save this much of money after expenses. I cannot believe myself how I fell into this mess. I had to cut down on my medical insurance and term insurance for my family and look at cheaper educational institutions and hospitals for my dependents. Any update of when a claim fund will be setup for the harmed investors like me is highly appreciated.

Thanking you
Ankush Joshi

███████████████████████████

# Statement 16

**Jones, Destiny (USANYS)**

| | |
|---|---|
| **From:** | Olsen, Wendy (USANYS) |
| **Sent:** | Thursday, January 23, 2020 9:28 AM |
| **To:** | Jones, Destiny (USANYS) |
| **Subject:** | Fwd: U.S. Department of Justice – VNS – ██████████████ |

Print this

Sent from my iPhone

Begin forwarded message:

**From:** Erwin Hadinata ████████████████████
**Date:** January 22, 2020 at 9:57:45 PM EST
**To:** "Olsen, Wendy (USANYS)" <Wendy.Olsen@usdoj.gov>
**Subject: Fw: U.S. Department of Justice – VNS – Investigative Case ██████████████
Court Case** █████████████

Hi Wendy,

I received this email twice, regarding the victim impact statement, I have sent you before as below:

*I am from Indonesia, I invested to Barworks because it is US based and I have believed US is a good country since I was kid, US was always my favorite country in the world, based on that believe and preference, I decided to invest into US company, Barworks, for the first time, but sad I lost my savings for this investment scam.*

*I work as employee in Indonesia and you know the value of Indonesia Rupiah is very small, the salary I received is IDR 7.000.000 per month, equivalent to USD 500 per month, deduct to my living expense with family, I need many years to save USD 25,000. Now I have lost my saving for this very first time investment in US, really sad and disappointed.*

I calculate that I need more than 9 years to save $25,000. I really hope US Justice can help me recover back my savings from Renwick Haddow for the money I lost from his scam.

Thank you.

Regards,
Erwin Hadinata / Hasan Halim

**From:** U.S. Department of Justice – VNS <fedemail@vns.usdoj.gov>
**Sent:** Saturday, January 18, 2020 1:43 AM
**To:** Erwin Hadinata ████████████████
**Subject:** U.S. Department of Justice – VNS – Investigative Case ███████████Court
Case ███████████

1

# Statement 17

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | cz ▮▮▮▮▮▮▮▮ |
| **Sent:** | Thursday, January 9, 2020 12:08 PM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | Victim Impact Statement for Case ▮▮▮▮▮ and Court Docket Number ▮▮▮▮▮ |

To: United States Attorneys Office
   Southern District of New York
   One St. Andrews Plaza
   New York, NY 10007

**ATTN: Wendy Olsen or whom it best concerns:**

This is a victim impact statement submitted by Clifford & RaNae Zimmerman in case # ▮▮▮▮▮▮ and Court Docket Number ▮▮▮▮▮▮

My wife and I **jointly invested and lost $500,000.00 in the Bar Works scam** perpetrated by Renwick Haddow and his associates.
This amount was half of our life savings and the total amount we had set aside for investing to help preserve funds needed
to sustain us in our retirement years.   We were both retired at the time we were introduced to this investment scheme, but
out of necessity are both now seeking employment once again.   Unfortunately, at our ages, we are far less than marketable.

The impact of learning that we were the victims of a vicious Ponzi scheme and the loss of our $500,000.00 investment
has been devastating, to say the least.  There is not a day that goes by when we do not mourn our naïve stupidity and the
callous greed of Renwick Haddow and his accomplices in the Bar Works scam.   The lies we were told over and over and the
lies we were told to coax our initial investment now seem to be pathetically easy to see through, but this education has come
at a truly devastating cost to me and my wife.   The impact is manifested daily in the form of deep clinical depression and fear
for our future.   This loss to us has impacted us psychologically, emotionally and physically in ways that would need to felt in
order to be truly realized and believed.

I have worked my entire life from age 18 and retired only when our industry had a major shake-up and big national chains took
the industry from those who pioneered and started it.  There was no way to compete with multi Billion dollar corporations that
are funded by the sale of stock on the NY Stock Exchange.   We felt fortunate that 40+ years of hard work had allowed us to

1

own the real estate our business operated from and the sale of that was to be our retirement security.   Because our business
could not have survived without a number of dedicated and loyal employees, we had to share a good portion of the money
derived from closing out our business with our employees.   We shared 1/3 of what we were able to make in our closing with
loyal employees, some had been with us for over 40 years.

To those who make the decision on penalties that Mr. Haddow and associates are assessed with . . . there truly are no words
that can articulate the depth of the devastation that such a blow has brought to our lives.   **To simply fine Mr. Haddow and give**
**a token sentence does not feel like justice to those of us whose very existence has been impacted by his greed and avarice.**
If I live to be 100, as my mother, grandmother, grandfather have, I will likely do so in significant poverty because of these
monsters who have no conscience.  My wife the same.   **There are no words to help any judge or jury feel the pain and the**
**darkness of deep depression that such a loss causes.**   However, we hope that our words might somehow help our pain and
frustration to be at least understood and that the devastation of the future we now face because of this loss is considered as
a final sentence is levied against those found guilty or who have admitted to such guile and corruption.   We hope that the
perpetrators of this scam will have a sentence passed that will cause them to feel the pain their greed has caused, for as long
as it impacts their victims.


Thank you,
Clifford Craig Zimmerman
RaNae Zimmerman

2

# Statement 18

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | honeylet███████████████████ |
| **Sent:** | Monday, January 13, 2020 2:57 AM |
| **To:** | Taveras, Filiana (USANYS); Jones, Destiny (USANYS) |
| **Cc:** | Olsen, Wendy (USANYS); fedemail@vns.usdoj.gov |
| **Subject:** | BarWorks Fraud Victims-Honeylet & Ali |
| **Attachments:** | 20170814_201330.jpg; 20170814_201258.jpg; 20170814_201225.jpg; 20170725_111156.jpg; 20160831_123813.jpg; Doc Aug 5, 2017, 10-37 AM.pdf |

Dear Wendy, Filiana, Destiny, DOJ team,

Until now, we are in such loss, emotionally and financially on what BarWorks has done to us. We have put in our savings on this, hoping that it will help us grow financially by investing. Such people have no conscience and let their greed fulfill their desires and have other people suffer. We have put our trust on this, but sadly, it has ruined our trust in investing.

It would have been a good way for us to invest the funds while saving for our children's education, but apparently it has been taken away. We want to have an emergency fund, and yes, it was again taken away. My husband and I fought about this and has affected our marriage. We are now living pay check to paycheck and when I took the loan for this, we are still paying this debt, for something that doesn't exist.

Appreciate if you can help us get out of this financial situation and get our money back, same as to the other victims. God sees and hears everything we do and I am hoping you will support all of us in doing the right thing. I still believe that justice will be served to those who has been unfair, those who took advantage because of their greed and those who had stolen people their livelihood.

Attached are the bank transfers to JP Morgan Chase Bank that me and my husband has sent to BarWorks for 2 Chambers unit and 1 PodWork in Worcester.

Fourth attachment is from my husband's transfer and lastly, all the signed documents from BarWorks.

## Total of 3 BarWorks lease purchases:

## Two are from the US-Chambers Location:

2 units of $25,000 each with total of $50,000

## Under my name and the 2nd is under my husband's- Ali.

## 1 PodWork from the UK: Worcester Location, £ 25,000

All payments were sent to JP Morgan Chase Bank with references below:

Chambers Purchase
TT1799900030141- 09Mar2017
Reference: 706460919

For my husband:
IBR reference number: IBR0039275124

1

Worcester PodWork Purchase- 2 Transfers done:Downpayment and full payment followed.

TT1699900086977-24Aug2016
Reference#: 630569555

TT1699900087529-25Aug2016
Reference#: 631071707

Please update me how is it going so far. I am hoping that this will be justly and righfully resolved for all of us.

Thank you.

Honeylet Decloedt & Ali Hajjar

2

# Statement 19

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | Aiman Hussin ▮▮▮▮▮▮▮▮▮ |
| **Sent:** | Monday, January 13, 2020 3:33 AM |
| **To:** | Olsen, Wendy (USANYS) |
| **Cc:** | U.S. Department of Justice – VNS |
| **Subject:** | Re: U.S. Department of Justice - VNS - Investigative Case ▮▮▮▮▮▮▮ - Court Case ▮▮▮▮▮ |

Dear Wendy,

As requested, please find below my victim impact statement.
Please let me know if you need more information.

Thank and Best Regards,
Aiman Hussin

# VICTIM IMPACT STATEMENT

Victim: Aiman Hussin
▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I am Malaysian and currently working in Oman since 2013. I am married, a father of four children. Everyone know that education is expensive so I have to plan carefully for my four children. I have been saving for their education since we were working in Malaysia. Therefore, I was searching for investment that can help me with good returns so that I can get the best tertiary education for my children,

I have been on regular contact with few investment consultants based in Dubai and Turkey since 2014 but no investment was attractive enough to me. In Feb 2016, one of the consultants from reputable Dubai based company called me about Bar Works. She had been calling me before for other investments in UAE and UK but I was not interested. After she shared the details and explained that Bar Work is actually similar to We Work, I become interested especially when she shared the payments that have been made to her other clients. After doing my own research, I thought that this was legitimate, right investment with 12-14% return. I decided to proceed especially since I met the lady and her company in Dubai. She tried to convince me to invest in two units of Bar Work for USD 50 000. However, I told her I will invest for 1 unit first at USD 25 000 and informed her if there were consistent return of rental and would invest again for 2 units later. Lucky that I the payment stop before I decided to invest more through her.

Two of my eldest sons are now both 16 and 17 years old. One of them is studying A-Level (UK System) and another one is studying Foundation level at local university in Malaysia. For your information, my wife still not aware that Bar Works is a big scam because I don't tell her about it until today. I know she will be extremely upset and angry that I lost that amount of money that were supposed to be for our children's education. I have to lie that I still got the payment and are paying one of my son educations with it. The truth is the money is actually from my other saving.

1

Both of my sons are smart and they planned to go study in the UK and Poland but I told them to reconsider Malaysia as better option. After the bad experience with this investment, I become scare to invest so I just keep the money in the Bank and hence does not give me good return for my sons' future education. With USD 25 000, I can invest in buying a flat in Malaysia and get 8-9% rental annual return and 5-10% annual appreciation. That is almost 14% for 5 years that can really help me with my children education.

I made a big mistake in investing with Bar Work and for trusting the consultant. Her company did not want to be responsible and told me that there is risk for every investment made and scam is one of them. The impact to my family is both of my sons need to study in Malaysia rather than in UK  or Poland since I don't have sufficient money. I save enough for them but without good rate of return, I have to be happy for them to study in Malaysia where the cost is much cheaper. When I move to Oman in 2013, I have high hope that I would have enough money (with good investment) to send my children to study in UK.

I also have to lie to my wife to protect our marriage because she can be very sensitive if she knows that I lost some of the money for our children education. We have been living below our mean to save those money but somebody just take it away.

I still do hope that I can get back the money invested of USD 25 000 and maybe with it, I will be able to tell the truth to my wife and gave more monthly allowance to my children while studying at their universities.

On Sun, 12 Jan 2020 at 21:39, U.S. Department of Justice - VNS <fedemail@vns.usdoj.gov> wrote:
DO NOT REPLY TO THIS EMAIL.



**U.S. Department of Justice**
Southern District of New York
One St. Andrews Plaza
New York, NY 10007
Phone: (212) 637-1028
Fax: (212) 637-0421

January 12, 2020

Aiman Hussin

Re:   United States v. Defendant(s) Renwick Haddow

██████████████████████████████████

Dear Aiman Hussin:

The enclosed information is provided by the United States Department of Justice Victim Notification System (VNS). As a victim witness professional, my role is to assist you with information and services during the prosecution of this case. I am contacting you because you were identified by law enforcement as a victim or potential victim during the investigation of the above criminal case.

Charges have been filed against defendant(s) Renwick Haddow. The lead prosecutor for this case is MARTIN BELL. The main charge is categorized as Other White Collar Crime/Fraud. Defendant Renwick Haddow was arrested and charged as the result of a criminal investigation conducted by the United States Attorney's Office for the Southern District of New York. The main charge is categorized as White Collar Crime/Fraud. Additional information regarding the case is set forth below.

2

# Statement 20

## Olsen, Wendy (USANYS)

| | |
|---|---|
| **From:** | Kamal Singh ███████████████████ |
| **Sent:** | Tuesday, December 10, 2019 4:47 AM |
| **To:** | Olsen, Wendy (USANYS); fedemail@vns.usdoj.gov |
| **Subject:** | Re: U.S. Department of Justice ~ VNS ~ Investigative Cas███████████ Court Case ████████ |
| **Attachments:** | Victim ~ Investors Detail.xlsx; Fund Transfer Detail.zip; Email-1 Square Yards ~ BW Istanbul ~ Aaroon Letter For Investment.pdf; Email-2 Square Yards ~ BW Istanbul ~ Loan Update ~ Kamal Singh.pdf; Email-3 Square Yards ~ BW Istanbul ~ Pressure For Loan Clearance.pdf; Square Yards Guarantee Of Return & Promoting Barworks .pdf; Square Yards Sales Manager Accepts 20% & Quick Commission.3gpp; 11.CaseNo_2256 ~ UAE & Global Media Coverage On Square Yards Role In Scam ~ .pdf; Konrad ~ Email On Tanuj Misleading Info ~ While SY approached me March2017.pdf |

Dear Wendy;

I did not recieve  this notification though i am one of registered victim notification system (VNS)

------------------------------------------------------------

The case is not closed. The docket has adjourned until 1/10/20.

11/07/2019
30
MEMO ENDORSEMENT as to Renwick Haddow on re: 29 LETTER by USA as to Renwick Haddow addressed to Judge Laura Taylor Swain from Martin S. Bell dated 11/7/2019 re: control date. ENDORSEMENT: The control date is adjourned to January 10, 2020, at 2:00 pm. DE #29 resolved. (Signed by Judge Laura Taylor Swain on 11/7/2019) (ap) (Entered: 11/07/2019)

------------------------------------------------------------

Please write a victim impact statement to the Judge.  Send it to me and I will send it to the Judge.

Wendy Olsen Clancy
Victim Witness Coordinator
United States Attorney's Office
Southern District of New York
1 St. Andrews Plaza
New York, New York 10007
Tel. (212) 637-1028

------------------------------------------------------------

**Impact Statement** (Victim Identification Number (VIN) ████████ and Personal Identification Number (████████

Dear Wendy;

I am Kamal Singh M35 father of two working in ██████ since 2012. I have lost all my life saving in Barwork SCAM, and still paying off the debt. This fraud put me under depression which took a lot of time after doctors consultancy. We are living in a trauma since april 2017 when we realized this is a fraud.

 Agents acted as hands of Renwick Haddow globally, and in my opinion USA govt. must bring them to justice. As i see this fraud kind of contract killing, where agents acted as killers and RH as contractor, in returns agents get quick

1

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | Kamal Singh ██████████████████ |
| **Sent:** | Friday, July 12, 2019 6:27 PM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | Re: Case No. ██████ Docket No. ██████ |

Minor correction...

Dear Wendy;

I am one of the victim of Barworks, invested $150K ($90K from Loan).

I have logged complaint on SEC website and appeared in numerous news papers. But i did not receive so far any ref. no. Or notification number which can be used for comm. ref., Infact i dont know whether i am part of victim list or not.

Somehow i manage to get your email ID from one of my victim group. Since i dont have VIN / PIN number, i am not able to register myself for case notification.

Can you please confirm whether my name is part of the victim list or not ? If not then , what is the procedure.

Appreciate your quick revert in this regards, thanks for the needful in advance...

**Regards**
Kamal Singh
██████████████████████

On Saturday, 13 July 2019, 02:25:06 GMT+4, Kamal Singh ██████████████████████ wrote:

Dear Wendy;

I am one of the victim of Barworks, invested $150K ($90K from Loan).

I have logged complaint on SEC website and appeared in numerous news papers. But i did not receive so far any ref. no. Or notification number which can be used for comm. ref., Infact i dont know whether i am part of victim list or not.

Somehow i manage to get your email ID from one of my victim group. Since i dont have VIN / PIN number, i am not able to register myself for case notification.

Can you please confirm whether my name is part of the victim list or not ? If not then , what is the procedure.

Appreciate your quick revert in this regards, thanks for the needful in advance...

**Regards**
Kamal Sing
██████████████████████

1

# Statement 21

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | Prabhpreet Singh ███████████████ |
| **Sent:** | Tuesday, December 10, 2019 9:09 AM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | I'm the victim of Barworks and Fenwick Haddow |

Hi,

My name is Prabhpreet Singh, im the victim of Barworks and Renwick Haddow.

I also invested $75000 in Barworks in October 2016.

I'm very confused from where I can get any help and get my money back.

Please also add my name in your Victim's list.


Kindly ask me any others details you want from me.

Thanks

Prabhpreet Singh

███████████████

1

# Statement 22

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | Ayham Albaghdadi ██████████████ |
| **Sent:** | Friday, July 12, 2019 1:01 PM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | Fwd: FW: BARWAORKS REMITENCE |
| **Attachments:** | BARWORKS REMITTENCE.JPG; Mohamed Ayham Albaghdadi- Receipt of Payment.pdf; Mohamed Ayham Albaghddadi San Fran Lease.pdf |

Hello Wendy,

Was nice speaking to you over the phone. My name is Ayham Albaghdadi (Legal name is Mohamed Ayham Albaghdadi) and I was one of the many victims of Renwick Haddow and Bar Works with case ██████████ as I invested $30,000 USD for a "unit" in September 2016. I was dealing with an agency in UAE who was in direct contact with the entity controlled by Renwick. I have attached some documents also to prove a wire transfer that was made and proof of transactions happening. Please let me know should there be anything else you may need to ensure I am officially added on the victim list for this case.

---------- Forwarded message ---------
From: **Vikas Mangwani** ██████████████████
Date: Sun, Sep 25, 2016 at 4:30 AM
Subject: Fwd: FW: BARWAORKS REMITENCE
To: Ayham Albaghdadi ███████████████

Hi Ayham

Please see attached proof of inward remittance from Bar Works..

Thanks & Regards,

Vikas Mangwani

Regional Manager

UAE

Square Yards



**Add:** Office # 406, Icon Tower, TECOM, P.O.Box No.121703, DUBAI, U.A.E. (RERA Regn. No.12946)



1

# Statement 23

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | ascarat jp███████████████ |
| **Sent:** | Tuesday, December 10, 2019 5:34 AM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | Barworks scam Victim |

Dear,

I've heard about you by a group of victims of the Barworks fraud.

I'm jean-pierre, french guy, 49 years old and living in Singapore with his family. We invested 50K and get some return during about one year but after I understood that something were wrong. We really were in a trauma after loosing our investment.

I am really surprised that unscrupulous intermediaries could sell such products knowing full well that it was a ponzi. I dealt with united property invest who have offices in Spain and UK. Of course they pretended they had no relation with Barworks and did not give me any help.

We took action against JP Morgan Bank, which had been hosting Haddow's account and had seen suspicious transfers. We did not have the funds to pay a lawyer to directly attack Haddow and we hope the SEC can do something for us.

Best regards

*Mr Ascarat Jean-Pierre.*

███████████████

1

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | ascarat jp |
| **Sent:** | Saturday, July 13, 2019 3:01 AM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | Barworks Renwick Haddow |
| **Attachments:** | proof of transfer.pdf; DOC-Barworks-ASCARAT (1).pdf; passport_pisa2012.pdf |

Dear,

I'm a victim of Barworks inc ponzi scheme and I know Renwick Haddow is now declared guilty. I would like to be added on the list of victims.
Thanks in advance for your help.
All the proof are attached below.
Best rgds

*Mr Ascarat Jean-Pierre,*

1

# Statement 24

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | Tariq Mahmood |
| **Sent:** | Monday, December 9, 2019 1:24 PM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | Re: Barworks Victim, from UK Tariq Mahmood and Miraj Mahmood (father) |

Hi Wendy,
Thanks for replying,

The only statement I can add is my father is 81 years old, he live with my mother who is nearly blind has osteoporosis, diabetes and glaucoma, loosing $100,000 to a crook like Renwick Haddow has had a detrimental affect on there lifestyle. The money recovered would greatly improve there life, and Renwick Haddow must be punished for his crime.

If there is anything further you would like to know please ask

Tariq

## Olsen, Wendy (USANYS)

| | |
|---|---|
| **From:** | Tariq Mahmood ███████████████████ |
| **Sent:** | Monday, January 13, 2020 4:22 AM |
| **To:** | Jones, Destiny (USANYS); Olsen, Wendy (USANYS); Taveras, Filiana (USANYS) |
| **Cc:** | fedemail@vns.usdoj.gov |
| **Subject:** | Re: Barworks Victim, from UK Tariq Mahmood and Miraj Mahmood (father) |

Sorry forgot to add we did log our compliant with SEC and FBI not sure about VNS

I believe who ever registered in the VNS system shall be assigned USAO Number and Court Docket Number.

Please can you assist in getting our USAO and court Docket number please

Sent from iPhone

> On 13 Jan 2020, at 09:14, Tariq Mahmood ███████████████████ wrote:
>
> Please could you assist as Wendy is not back until the 21st, please see emails below.
>
> Since losing $100K the family have struggled with finance and health issues
>
> Tariq Mahmood.
>
> Sent from iPhone
>
> Begin forwarded message:
>
>> **From:** Tariq Mahmood ████████████████████
>> **Date:** 12 January 2020 at 20:47:20 GMT
>> **To:** "Olsen, Wendy (USANYS)" <Wendy.Olsen@usdoj.gov>
>> **Cc:** fedemail@vns.usdoj.gov
>> **Subject: Re:  Barworks Victim, from UK Tariq Mahmood and Miraj Mahmood (father)**
>>
>> Hi Wendy,
>> Following my email below, I wanted to check we are on the list or in the system as one of the victims.
>>
>> A few people in our WhatsApp barworks victims group have received an email from US justice dept, stating Renwick Haddow sentence date of 10th July 2020.
>>
>> As we have not receive an email, please could you confirm, we are on the victims distribution list.
>>
>> Tariq Mahmood

1



On 9 Dec 2019, at 19:13, Olsen, Wendy (USANYS)
<Wendy.Olsen@usdoj.gov> wrote:

Thank you for the statement.

Wendy Olsen Clancy
**Victim Witness Coordinator**
**United States Attorney's Office**
**Southern District of New York**
1 St. Andrews Plaza
New York, New York 10007
Tel. (212) 637-1028

**From:** Tariq Mahmood
**Sent:** Monday, December 9, 2019 1:24 PM
**To:** Olsen, Wendy (USANYS) <WOlsen@usa.doj.gov>
**Subject:** Re: Barworks Victim, from UK Tariq Mahmood and Miraj
Mahmood (father)

Hi Wendy,
Thanks for replying,

The only statement I can add is my father is 81 years old, he live
with my mother who is nearly blind has osteoporosis, diabetes and
glaucoma, loosing $100,000 to a crook like Renwick Haddow has
had a detrimental affect on there lifestyle. The money recovered
would greatly improve there life, and Renwick Haddow must be
punished for his crime.

If there is anything further you would like to know please ask

Tariq

# STATEMENT 25

U.S. Department of Justice
Southern District of New York
One St. Andrews Plaza
New York, NY 10007

Victim Impact Statement:      Julian White
Victim Identification Number:  5971980

Ref:                          United States v. Defendant(s) Renwick Haddow
                              Case Number 2018R00528 and Court Docket Number 19-CR-00340

My name is Julian White and through my company – AdMetrics Media, I invested $600,000 in Bar
Works. This opportunity looked very similar to the business model adopted by WeWorks that
became an industry game-changer and had shown a high degree of success in remodelling
commercial work space environments. For this reason I invested.

At first I received monthly cheques according to the investment agreement, but some months later
all of the cheques and communication abruptly stopped. After trying to unsuccessfully reach out to
the Directors of Bar Works for clarification it became painfully obvious that I had been conned.
There would be no more payments

It is hard to describe the impact of the loss of this sum on a Ponzi scheme. The funds that I had
invested took many years of hard work to accumulate and I wanted to invest the amount in property
for retirement, as I believed it to be a relative safe haven and a reasonable return on investment.

The emotional shock that I felt when I uncovered the truth was devastating and reverberates every
day. The sudden realisation that a lifetime of savings for retirement had all vanished in an instant
was a life changing event for the worse. The following sleepless nights, feelings of confusion, anger,
regret and anxiety took many years to come to terms with and still linger. Each day was difficult to
confront without thinking about the same event going over and over in my mind and wishing I had
taken a different course of action. The emotional and mental impact is a scar that will not easily heal
given the importance of such a large financial investment.

I decided that this could either destroy me, or I can do whatever I can to move forward. So I decided
to assist with the court case as a witness and I provided my testimony in court. That in itself was a
difficult occasion, but it gave some sense of relief to help myself and perhaps others that may not
have been represented in the process.

I'm glad that the Directors have been brought to justice and prosecuted. They have taken away the
dreams and hopes of many investors and they will have many years to reflect on their actions.

My only desire now is that the court approves the disbursement of funds back to the original
investors and we can begin to heal and put the whole saga behind us.

# STATEMENT 26

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | Charlotte tholsby · |
| **Sent:** | Wednesday, May 27, 2020 3:28 PM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | Victim impact statement |

Hej Wendy,

Pls find my victim impact statment.

Victim: Charlotte Tholsby
USAO Number: 2018R00528
Court Docket Number: 19-CR-00340

I was first introduced to Barworks investment on a property investment meeting.
It sounded very intresting and creative with the workspaces.
I bought one chair for 25 000 dollar.
The money was taken from my childrens savings to increase there funds.
When the scam was revealed it was with a broken heart I had to tell my children their money was gone.


Kind Regards

Charlotte Tholsby

# STATEMENT 27

# VICTIM IMPACT STATEMENT

Victim: CHARLES BROWN & CAROL J. RICHARDS-BROWN
CONDOSAWAY LLC
USAO Number: 2018R00528
Court Docket Number: 19-CR-00340

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

The impact of this Crime Caused a Financial Hardship to my wife and I. On April 1, 2016 we Signed a "Single Workspace" Lease Agreement and wired Bar Works 7th Ave Inc. $25,000.00 on the understanding and agreed upon that we would Recieve $292/Month Rent for a Period of 10 years at which time at the end of the 10 year Term, Bar Works would Pay us a one-time Rent of $25,000.00. If After the 2nd year, Bar Works Had The Right To Terminate This Lease and would Pay us $31,250.00. We Recieved 3 monthly Payments or $292/Mo. For The Months of April, May and June 2016. On 9/1/16 We Recieves an Email Stating We Had a New Acct Mgr By The Name of Peter Jones. We Recieved Another Check For Monthly Payment on 3/24/17 and The Check Bounced. In May 2017 We Recieves an Email About Restructuring From CEO Franklin Kinard. We Recieves No More Emails until Aug 2017 When We Recieves an Email From Doran Law Stating They Had 51 investors Signed up For Litigation and Requested our Participation. We Did Not Reply.

# STATEMENT 28

# Victim Impact Statement of Edmund & Tatiana Looby

We came across the Barworks investment opportunity through an established UK based property investment company called "Hopwood House", who were operating under the regulation of FCA UK (Financial Conduct Authority) and was specialising in overseas property investments since 2005. The Barworks investment opportunity seemed very straight forward and offered an excellent rate of return. The security of the investment and return was guaranteed in the description of the investment, and with it being promoted through a reputable investment company (Hopwood House), we had no doubts about going ahead with this investment.

We have purchased five units in May-June 2016 and February 2017 with the total investment of $125,000.

The invested amount was all of our savings which we have accrued over a number of years. In addition, we have borrowed $25,000 form a financial institution to fund the purchase of the last unit. We are still repaying the amount we borrowed and the interest.

When we realised, we were victims of fraud we went through a range of emotions: distress, anger, physical and emotional stress to the point when Mrs Looby started to lose large amounts of hair. The moment of realisation that our life savings were gone was terrifying. At that point we felt completely devastated. It led to tension in our relationship, our children were anxious because they could feel our anguish. We had been spending a significant amount of time researching the situation, finding lawyers, etc. It was draining all our time and resources. We have found this period of time to be all consuming with trying to resolve the situation we now found ourselves in. We felt betrayed and left to our own devices: we realised there was no one we could turn to. At further expense, ourselves and the Barworks victims group that we had joined, hired the services of an attorney Malouf, Talbot & Ashford, which yielded insignificant results.

The situation seemed worse once we found out that Renwick Haddow had already been previously involved in financial fraud in the UK.

We strongly feel that a custodial sentence alone would not be adequate. We urge the US legal system to ensure that Renwick Haddow is made to pay back all the money he fraudulently obtained from his victims plus adequate compensation for the distress and suffering he has caused. Until we receive our $125,000 plus compensation, we would not regard justice being served.

Yours sincerely,
Mr and Mrs Looby
Dated 20/05/2020

# STATEMENT 29

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | Joseph Zogheib |
| **Sent:** | Wednesday, May 6, 2020 2:03 AM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | BarWorks Ponzi Scammer/Joseph Zogheib victim of fraud Ponzi scammer done by Renwick Haddow owner of BarWorks New York |
| **Attachments:** | Barworks Joseph Zogheib March 4th 2016 for 2 Units for 2x$25,000=$50,000.pdf; Barworks Joseph Zogheib July 21th 2016 for 2 Units for 2x$25,000=$50,000.pdf |

Dear Wendy,

Sorry to trouble you, but I was given to understand that you were in charge of collecting information regarding BarWorks investors who have been scammed.

My name is Mr Joseph Zogheib and I consider myself as one victim within several victims in the world due to the fraud Ponzi scammer done by Renwick Haddow owner of BarWorks New York, **he destroyed badly my life as well as my family.**

Please find documents relating to my BarWorks investment.  Please note that I have paid to BarWorks total amount of 100,000USD representing 4 Units bought at Barworks for a price of 25,000USD per unit, 4 Unitsx25,000USD = 100,000USD.

Please find attached all the proofs of the transfer, 2 Units were bought on 4th March 2016 and 2 Units were bought on 21th July 2016.

Thanks so much for your help in informing the SEC?

Hope this is fine for you if you need more information do let me know...I would gladly give this to you.

Regards,

Joseph Zogheib

1

# STATEMENT 30

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | Josef Turesson |
| **Sent:** | Saturday, May 2, 2020 12:22 PM |
| **To:** | Olsen, Wendy (USANYS) |
| **Cc:** | |
| **Subject:** | Barworks Impact statement |
| **Attachments:** | Barworks-JosefTuresson.pdf; Barworks-JosefTuresson1.pdf; Josef-Ownership.pdf; BarworksPaymentSWE.pdf |

Hi,

My name is Josef Turesson and I am one of the many investors of Bar Works Inc. I have been told by our group that I am supposed to send an impact statement to you. So this is my short version and some of the documents that I have.
The group I am in was represented by John Maloouf, lawyer.

Attached is proof of payment and my 2 spaces that I "bought".

Statement

"I am 39 years old now and I am divorced with 3 kids. When I was looking for investments at the time and did my research. I compared numerous different types of investment. In this case I also traveled to NY because of business and checked out the locations, spoke to the bank in question (JP Morgan) and had several talks with Bar Works both on the phone and by email. I decided to invest in one space only because that is what I could afford. I was persuaded into getting 2 spaces and since the rate was 15% back I thought that I could be worth to take out a loan to cover that last as well. Worst case scenario, I thought I would at least get the money back. Also knowing that the monthly payments was coming made me feel better. Everything seemed legitimate knowing that I have seen the locations and talked to the bank. The first 15 months everything was working fine, payments on time, but I was talking to different persons everytime I contacted the company.

Since the payments stopped coming, I realized that it was a scam, and Mr Haddow had left with the money, my situation was tight financially. I paid off the loan of around $500 a month and I also have child support of $500 a month. That means that $1000 needs to be paid every month, which might not sound like too much but here in my country, I only earn around $2,000-2,200 monthly. Of course I also have other expenses such as electric, car, phone etc. And my rent is currently $750 a month. I have managed to cover all of this only because I have been lucky enough to been able to work extra shifts every month. Due to the Corona-virus, this is no longer possible and I have to move to a new smaller apartment, in a month. Because I have worked so much I have not had the time to see my kids as much as I wanted (they live in an other city, it is a very difficult situation for me at the moment. My salary is gone the same day as I get it and I have no time and energy to visit friends, family etc. I work everyday and have sold most of the things that were worth something to get by.
To be honest, I have been depressed because of this situation and I think about this every day. I have been fighting every month hoping that this problem could be solved and I could at least get some of my money back. This is not a sustainable situation for men and my loan needs to be paid for another 10 years. I am not sure that I can do it.

Also, I would like to mention that I absolutely think that JP Morgan has some kind of responsibility in this situation. It cannot be possible for one person, with a fake name, to move that much money around to different places and countries.
Of course, Mr Haddow is to blame and I do. Therefore I was very disappointed to hear he is coming out on ball.

Lastly, I am begging and asking you to do everything you can do to recover and get as much money back as possible. I need them back, not to live, but to survive.
I regret myself every day for this investment and, as I said before, think about it every day."

Thanks for your time, I really appreciate it.

If you have any questions at all, let me know.

Josef Turesson