# STATEMENT 31

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | luigi scarpa ~~g...@gmail.com~~ |
| **Sent:** | Saturday, May 2, 2020 5:32 PM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | United States v. Defendant(s) Renwick Haddow Case Number 2018R00528 and Curt Docket Number 19-CR-00340. |
| **Attachments:** | 17CV5386_Amended Complaint BARWORKS.pdf; Contract - BARWORKS CAPITAL LLC - SAN FRANCISCO.pdf; Contract - BARWORKS CHAMBERS LLC - NYC.pdf; Bar Works Chambers PURCHASE SUMMARY.pdf; Passport_luigi scarpa.pdf; 1_Purchase payment BARWORKS CHAMBERS LLC_1.pdf; 2_Purchase payment BARWORKS CHAMBERS LLC_ 2.pdf; 1_Purchase payment BARWORKS _SAN FRANCISCO_1.pdf; 2_Purchase payment BARWORKS_SAN FRANCISCO_2.pdf; 3_Purchase payment BARWORKS _SAN FRANCISCO_3.pdf |

United States Department of Justice Victim Notification System (VNS)
United States Attorneys Office
Southern District of New York
One St. Andrews Plaza
New York, NY 10007

Dear Ms Olsen,

I understand that you are collecting information regarding BarWorks investors who have been scammed. As part of a group of 'investors', we raised the Complaint CV 17-CV-5386(DLC)(CWG) title page attached, via our lawyer Mr John Malouf, which has now foundered since it was superseded by the actions of the SEC.

Please find attached scans of title deeds and contracts in the my name and of my company GIPA WORK LTD for two BarWorks investments, both 'signed' by the fictitious character Jonathan Black on behalf of Barworks. Note that we paid to BarWorks the total amount of $55,000 for 2 different 'investments' (one for $30,000 and another for $25,000).

Please find attached title deeds, signed contracts and bank statements showing proofs of funds transfer via CFX.

I understand that by informing you in this way, I can be added to the Victim Notification System? Kindly confirm when this has been done.

I also attach my passport information as proof of identity. I am Italian citizens.

Kindly let me know if you need any further information. Looking forward to hearing back from you.

Sincerely,
Luigi Scarpa

Contact references:

# STATEMENT 32

Victim Impact Statement of Mrs Denise
Summers

3rd May 2020

United Kingdom

Ref:  United States vs Defendant Renwick
Haddow
Case No 2018R00528
Docket No 19-CR-00340
To whom it may concern.

It has taken me a long time to start my Victim Impact Statement as I was reluctant to relive the
horror and distress this fraud has caused me and my family.

What spurred me on was the news that the perpetrator, Renwick Haddow has now been
released on bail.  It fills me with anger and dismay to know that he is now enjoying life outside
the confines of the detention centre where he has been imprisoned since his capture.

The fraud he committed was a very cunning one.  Many people from across the globe were
conned by this man and his cohorts.  The information and publicity for the Barworks fraud was
incredibly believable and slickly presented.  Many different types of people were drawn in by it,
laymen with no knowledge of investments of this sort as well as highly skilled professionals.

My family is not a wealthy one.  My father was a car mechanic and worked hard all his life to
save to buy a house.   I worked hard all my life in a factory to save a deposit for my own
property.

My older sister was the first  of my family to be duped by this fraud.  She made enquiries after
seeing an advert  from an agent who was operating out of the City of London.   He appeared
to be utterly believable and professional.   She invested some of her own life savings and also
my mothers savings.  My Mum by this time was widowed and frail so my sister had power of
attorney to manage Mum's finances.

My sister's two children, my niece and nephew then followed suit and invested money they
had inherited from their father who had sadly passed away a few years previously.

Everything seemed to be going well and they were at first receiving high returns and they were
all very happy.

When I met my future husband ten years ago, I sold my apartment in London and moved in
with my him freeing some capital £40,000 so I too decided, on my sister's advice, to invest  in
Barworks.

Our investments in Barworks  as a family was in excess of £250,000, all monies were 'invested'
in 2016.

Page 1 of 2

When returns suddenly stopped, you can imagine how devastated we all were.   This fraud has ruined our lives and heaped an unbelievable amount of guilt on my sister's shoulders that she has found impossible to deal with.   The stress and damage to our mental health and well being has been intolerable.

I and my husband are 66 years old and live off small pensions.  We have no earning power to ever recoup this money.  My sister is 71 and also lives off a state pension.  The money stolen

from us was to enable us to enjoy our retirement and to act as a safety net for any emergencies life throws at us.

Our money has gone somewhere and needs to be retrieved, every penny of it.  Renwick Haddow must go to jail for a very long time.   He is a professional fraudster with no thought for any of his victims,  only his own personal gain.

Sincerely,


Mrs Denise Summers

# STATEMENT 33

May 3, 2020

Victim Impact Statement

Re:  United States v. Defendant(s) Renwick Haddow
     Case Number 2018R00528 and Court Docket Number 19-CR-00340


I was an investor in the Bar Works operation. My total loss was $75,000 which was a third of my retirement portfolio. I am 74 years old and my main income is Social Security.  This investment was to help pay for my long term care needs. Sadly, I have no way to make up for this loss.

Richard D. Pierce
VIN 5544940

# STATEMENT 34

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | Maria Baard < |
| **Sent:** | Tuesday, March 24, 2020 3:44 PM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | Barworks |
| **Attachments:** | Please_DocuSign_Maria_Baard-_SINGLE_WORK_LEA.pdf; RE: Action: Betala; Deal - 137168.pdf |

Dear Wendy,
Sorry to trouble you, but I was given to understand that you were in charge of collecting information regarding BarWorks investors who have been scammed.

Please find documents relating to my BarWorks investment.  Please note that I have paid to BarWorks total amount of 25 000 USD.  Please find attached all the proofs of transfer.

Thanks so much for your help in informing the SEC?

Hope this is fine for you, if you need more information do let me know...I would gladly give this to you.
Kind regards,
Maria Baard

Virus-free. www.avg.com

# STATEMENT 35

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | Charbel Afeiche < |
| **Sent:** | Tuesday, March 24, 2020 4:03 PM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | Barworks investment gone wrong |
| **Attachments:** | Charbel Afeiche & Marina Eid SINGLE WORKSPACE- 47 7th Avenue South.pdf; Charbel Afeiche & Marina Eid - SINGLE WORKSPACE - 116 Eighth Avenue.pdf; Charbel Afeiche & Marina Eid  - Receipt of Payment 07-03-2017.pdf; Charbel Afeiche & Marina Eid Receipt of Payment 14-04-2016.pdf |

Dear Wendy,

My name is Charbel Afeiche, I got your contact details from a group of fellow investors in BarWorks that have brought a claim against "BarWorks" via a lawyer called John Maalouf.
We have continually asked him for proof that the claim was successfully registered with the SEC yet we have not received this info yet.

As understood, you are in charge of collecting information regarding BarWorks investors who have been scammed.

Please find documents relating to our BarWorks investment (my wife Marina Eid and I).  Please note that we have paid to BarWorks total amount of 50,000 USD( 2 leasehold agreements worth 25,000$ each in 2016 and 2017.  Please find attached the contracts and proof of receipt of funds

Thanks so much for your help in informing the SEC?

Hope this info is enough, if you need more information please let me know.

Regards,
Charbel Afeiche

1

# STATEMENT 36

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | hillary nabimanya < ~~gmail.com~~> |
| **Sent:** | Tuesday, March 24, 2020 11:32 PM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | Addition to Bar Works case victim list |
| **Attachments:** | Barworks_HN_InternationalPayment_20160203_0909.pdf; Barworks _HN_InternationalPayment_20161028_1348.pdf; Barworks_HN_ times sq_lease agreement 16022016.pdf; barworks _HN_chamber street_lease agreement.pdf; Nabimanya Hillary Payment Receipt.pdf; Nabimanya Hillary- Receipt for Operations_chamber strt.pdf |

Dear Wendy Olsen,

I hope this email finds you well and that you are keeping safe during this difficult period.

I am writing in regard to currently ongoing cases by the SEC/ US Justice department against Mr. Renwick Haddow and Mr. Savraj Gata Aura who defrauded investors through Bar Works- a New York based company dealing in shared working spaces/serviced office space. I, unfortunately, invested 100,000 USD into this venture to lease 4 work spaces over a period of 10 years at an interest rate of 14%.

I had already submitted a complaint to the SEC in April 2017 (TCR1493412587489) but I am not sure if this would automatically put on the list of victims to the Barworks scheme run by Mr. Renwick Haddow and Mr. Savraj Gata Aura.

I belong to a group of affected investors and some of them have indicated that they have contacted you to be added to the victim notification system.

**I am therefore writing to kindly request you to add me to the victim notification system list.** Please find attached my supporting documents (lease agreements, proof of payments to Barworks)
I am ready to provide any further required information or documents as may be required by yourself and your team.

Kindly advise
--
Regards,
HILLARY NABIMANYA

# STATEMENT 37

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | jonathan narvaez < |
| **Sent:** | Wednesday, March 25, 2020 6:27 AM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | Fwd: Untitled.pdf |
| **Attachments:** | Untitled.pdf |

Dear Ms. Olsen,

My mother Ivonne Montiel Bohorquez and myself Jonathan Daniel Narvaez Montiel have been victims of the
barworks fraud for over 200,000 USD and although we had a lawyer representing us (see attached) he is no
longer in the picture, I understand things are moving with the case and I would very much appreciate your
advise as to whether the attached is all we need to do or if something else needs to be done to recover our
investments.

With best regards,

Jonathan
---------- Forwarded message ---------
From: j
Date: Wed, Mar 25, 2020 at 11:13 AM
Subject: Untitled.pdf
To: Jonathan Narvaez Montiel <

Sent from my iPhone

# STATEMENT 38

## Olsen, Wendy (USANYS)

**From:** Maria Baard
**Sent:** Tuesday, March 24, 2020 3:44 PM
**To:** Olsen, Wendy (USANYS)
**Subject:** Barworks
**Attachments:** Please_DocuSign_Maria_Baard-_SINGLE_WORK_LEA.pdf; RE: Action: Betala; Deal - 137168.pdf

Dear Wendy,
Sorry to trouble you, but I was given to understand that you were in charge of collecting information regarding BarWorks investors who have been scammed.

Please find documents relating to my BarWorks investment.  Please note that I have paid to BarWorks total amount of 25 000 USD.  Please find attached all the proofs of transfer.

Thanks so much for your help in informing the SEC?

Hope this is fine for you, if you need more information do let me know...I would gladly give this to you.
Kind regards,
Maria Baard

 Virus-free. www.avg.com

1

# STATEMENT 39

## Olsen, Wendy (USANYS)

| | |
|---|---|
| **From:** | Charbel Afeiche · ⸻ |
| **Sent:** | Tuesday, March 24, 2020 4:03 PM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | Barworks investment gone wrong |
| **Attachments:** | ⸯnue South.pdf; Charbel Afeiche & Marina Eid - SINGLE WORKSPACE - 116 Eighth Avenue.pdf; Charbel Afeiche & Marina Eid  - Receipt of Payment 07-03-2017.pdf; Charbel Afeiche & Marina Eid Receipt of Payment 14-04-2016.pdf |

Dear Wendy,

My name is Charbel Afeiche, I got your contact details from a group of fellow investors in BarWorks that have brought a claim against "BarWorks" via a lawyer called John Maalouf.
We have continually asked him for proof that the claim was successfully registered with the SEC yet we have not received this info yet.

As understood, you are in charge of collecting information regarding BarWorks investors who have been scammed.

Please find documents relating to our BarWorks investment (my wife Marina Eid and I).  Please note that we have paid to BarWorks total amount of 50,000 USD( 2 leasehold agreements worth 25,000$ each in 2016 and 2017.  Please find attached the contracts and proof of receipt of funds

Thanks so much for your help in informing the SEC?

Hope this info is enough, if you need more information please let me know.

Regards,
Charbel Afeiche

# STATEMENT 40

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | cpa · |
| **Sent:** | Tuesday, March 24, 2020 9:46 PM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | barworks and gata-Aura case N2018R01256 |
| **Attachments:** | bar works NY - pierangelo Ceriani.pdf |

Dear Wendy,
Sorry to trouble you, but I was given to understand that you were in charge of collecting information regarding BarWorks investors who have been scammed.

Please find documents relating to my BarWorks investment.  Please note that I have paid to BarWorks total amount of 50000USD.  Please find attached all the proofs of transfer.

Thanks so much for your help in informing the SEC

Hope this is fine for you, if you need more information do let me know...

kind regards
Pierangelo Ceriani

# STATEMENT 41

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | FABIO GAMBINI < |
| **Sent:** | Wednesday, March 25, 2020 4:04 AM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | BARWORK Investment - Scammed - Fabio Gambini (Italy) |
| **Attachments:** | Payment Third Lease BarWorks.pdf; Pagamenti.zip; Proof of Payment nov 2015.pdf; Proof of Payment BARWORKS  Jan 2016.pdf |

dear Wendy,

sorry to bother you but I was given to understand that you were in charge of collecting information regarding BarWorks Investors who have been scammed.
Please find documents relating to my BarWorks Investment.
Please note that I have paid 69.000 USD in total for three "BarWork Speces" on three different occasione, you can find attached all the proofs of transfer.
Thanks so much for your help in informing the SEC.
I hope this is fine for you.

If you need more information do let me know, I would gladly give this to you.

You can contact me at fgambini64@gmail.com

my address is

Fabio Gambini

Fabio Gambini

1

# STATEMENT 42

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | jonathan narvaez < |
| **Sent:** | Wednesday, March 25, 2020 6:27 AM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | Fwd: Untitled.pdf |
| **Attachments:** | Untitled.pdf |

Dear Ms. Olsen,

My mother Ivonne Montiel Bohorquez and myself Jonathan Daniel Narvaez Montiel have been victims of the barworks fraud for over 200,000 USD and although we had a lawyer representing us (see attached) he is no longer in the picture, I understand things are moving with the case and I would very much appreciate your advise as to whether the attached is all we need to do or if something else needs to be done to recover our investments.

With best regards,

Jonathan

---------- ssage ----------

om>

Sent from my iPhone

1

# STATEMENT 43

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | Abdelmajid Chemli |
| **Sent:** | Wednesday, March 25, 2020 6:39 AM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | Barworks case |
| **Attachments:** | Abdelmajid Chemli- Receipt of Payment.pdf; Abdelmajid Chemli - Barworks contract.pdf; SEC complaint.pdf |

Dear Wendy,

My name is Abdelmajid Chemli. I'm sorry for the trouble but it came to my understanding that you are in charge of collecting information about the Barworks scam victims.

I have paid to Barworks a total amount of $25,000 and received the attached documents:
- Receipt of payment,
- Barworks Signed contract

I also submitted an SEC complaint on 7/4/2017 which was registered on the number **TCR1499115743960**

I have also been a part of a group of other victims that were represented by the attorney John Maalouf who submitted a civil action against Barworks representatives (Civil Action N 17 CV 5386 DLC) and that's how it came to my understanding that some of us were registered as victims while others are not.

Thank you so much for your help in informing the SEC  and adding me to the victim's notification system. Hope this is fine for you and if you need any further information please let me know.


Regards,
Abdelmajid Chemli

# STATEMENT 44

VICTIM STATEMENT   -   RENWICK HADDOW

6th July 2020

My name is Annette Baker.  I am now 71 and I had never made any investments like this before.

The agency in London, Heron Global Partners, turned out to be fraudulent and I lost my money in Barworks and another scam which is being prosecuted in Northern Ireland.

The very worst thing is that I decided to invest my mother`s money in Barworks too and I told my son, daughter and sister about the investment.  Together we lost over half a million pounds.   This was money which had been very hard earned, plus a legacy from my husband to my son and daughter.

My daughter is suffering from depression, partly because of this, and my son feels guilty every single day because he has lost the money his father left him.  I have Power of Attorney for my elderly mother and so I feel I have deprived her of her lifetime`s savings by making the decision to invest in Barworks.

Fraud is a terrible and destructive crime and has made our lives extremely difficult. The emotional pain and financial insecurity it has caused is beyond description.  I can never forgive myself nor will I ever forgive this despicable man who has caused untold suffering to so many ordinary people.

Annette Baker

# STATEMENT 45

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | Steve Summers |
| **Sent:** | Wednesday, March 25, 2020 7:03 AM |
| **To:** | Olsen, Wendy (USANYS) |
| **Cc:** | Denise B |
| **Subject:** | Plaintiff against the Barworks Action – please add to the Victim Notification System |
| **Attachments:** | Barworks investment docs S and D Summers.pdf; COMPLAINT CV-05386-DLC.docx |

Dear Ms Olsen,

I understand that you are collecting information regarding BarWorks investors who have been scammed. As part of a group of 'investors', we raised the Complaint CV 17-CV-5386(DLC)(CWG) title page attached, via our lawyer Mr John Malouf, which has now foundered since it was superseded by the actions of the SEC.

Please find attached scans of title deeds and contracts in the name of my wife Denise Summers for two BarWorks investments, both 'signed' by the fictitious character Jonathan Black on behalf of Barworks. Note that we paid to BarWorks the total amount of $55,000 for 2 different 'investments' (one for $30,000 and another for $25,000).

Please find attached title deeds, signed contracts and bank statements showing proofs of funds transfer via CFX.

I understand that by informing you in this way, we may be added to the Victim Notification System? Kindly confirm when this has been done.

I also attach our passport information as proof of identity. We are UK citizens.

Kindly let me know if you need any further information. Looking forward to hearing back from you.

Sincerely,

Steve Summers

On behalf of Mrs Denise Summers and myself

STATEMENT 46

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | Eddie Looby |
| **Sent:** | Wednesday, March 25, 2020 8:23 AM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | Barworks Case/Renwick Haddow/Savraj Gata-Aura |
| **Attachments:** | Tatiana Single Workspace Lease Agreement.pdf; Edmund Wealth Starter Contract Agreement .pdf; Tatiana Wealth Starter Agreement 2 Units.pdf |

Good morning Wendy,

Please forgive my contacting you but I have been given your contact details by the member of a group that myself and my wife are members of. The group is for victims of the Barworks Ponzi scheme whom the main perpetrators are to my understanding Renwick Haddow and Savraj Gata-Aura whom are both now under investigation by the SEC and the American authority's.

The group member has advised us to make sure that we are registered on the VNS so that we are kept in the loop as to the current situation with our lost investment. I have been informed that you are involved with collecting information regarding people who have invested in the Barworks Ponzi scheme.

Could you please add myself and my wife who have both invested in the Barworks scheme to the VNS. Our details are as follows:

Investor 1: Mr Edmund Thomas Looby
Investor 2: Mrs Tatiana Nikolayevna Looby

My wife and myself have paid to Barworks a total investment sum of $125,000.
Please find attached to this email the documents (lease contracts for 5 investments/units in total) relating to our Barworks investment.

Please do not hesitate to contact me if any further information is required. If possible could you please confirm by return email that we have now been added to the system.

Yours sincerely,
Mr & Mrs Looby

1

STATEMENT 47

**Olsen, Wendy (USANYS)**

**From:** Jorg Ruster
**Sent:** Wednesday,
**To:** Olsen, Wenc
**Subject:** Re: Barworks scam – Jorg and Sari Ruster

Sent from my iPhone

On Mar 24, 2020, at 3:01 PM, Jorg Ruster <

Dear Wendy,

(this time with attachments)

I just got to know, that one of my fellow victims of the Barworks scam was issued a Victim Identification Number in light of the latest litigation against Mr Savraj Gata-Aura, who has been part of this spam The sentencing is supposed to be on the 06th of May. I have also lodged a complaint in July 2017 to the SEC and received only a generic response. To my understanding you are in charge of collecting information of Barworks investors, who were scammed by Barworks and its affiliates like Mr Renvick Haddow and Mr Savraj-Gata. I am also a Barworks victim and I am seeking assistance from you.

We have paid 75,000USD to Barworks. Please find attached the associated proofs of that (contract and Swift copy).

Would it be possible to help notifying the SEC or even adding us to the VNS and and support justice in this?

We would greatly appreciate your support in this.

Please let us know, if you require any further information from our end. There are many more supporting documents such as brochures etc. However, I thought the attached are the most essential ones.

Best regards,
Sari and Jorg Ruster

ned.pdf>

1

# STATEMENT 48

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | Regina Helena Frasson Nori |
| **Sent:** | Thursday, March 26, 2020 8:58 AM |
| **To:** | Olsen, Wendy (USANYS) |
| **Cc:** | |
| **Subject:** | Barworks |
| **Attachments:** | BAR-WORKS-Regina Nori-2.pdf; Regina Nori- Receipt for Operations.pdf |

Dear Ms Olsen,

I understand that you are collecting information regarding BarWorks investors who have been scammed. As part of a group of 'investors', we raised the Complaint CV 17-CV-5386(DLC)(CWG), via our lawyer Mr John Malouf, which has now foundered since it was superseded by the actions of the SEC.

Please find attached scans of title deeds and contracts in the name of Regina Helena Frasson Nori for one BarWorks investments, both 'signed' by the fictitious character Franklin Kinard (CEO) on behalf of Barworks.  Note that we paid to BarWorks the total amount of $25,000 fr this unit.

Please find attached signed contract and payment receipt confirmation.

I understand that by informing you in this way, we may be added to the Victim Notification System?  Kindly confirm when this has been done.

Kindly let me know if you need any further information.  Looking forward to hearing back from you.

Sincerely,
Regina Helena Frasson Nori

# STATEMENT 49

On Sun, 3 May 2020 at 9:14 am, Kojo Owusu-Nyantekyi <kojo.owusu.nyantekyi@gmail.com> wrote:
Dear Wendy,

Thank you for your email and for confirming that my details have been added to the Victim List of this scam
by Renwick Haddow.

I came across the Barworks Investments when I was contacted by representative that used the name of Fred
Lang. I did a lot of research and read about it seemed like a very sensible investment opportunity, bolstered by
the fact they used CFX as an account, giving the firm further credibility.

Barkworks also sent me brochures that made the investment seem genuine - there were options for investments
in USA and UK - being a British Citizen, I opted for the UK Investment. I was given many assurances on how
my capital would be protected and that all investments were under USA Law as it was Head-Quarted in USA. I
also was assured that the regulations were very serious and this was all in line with the USA Law. I did a basic
background check and did not find anything to suggest that this was a scam. Being under USA jurisdiction also
gave me no doubts in my mind.

So I did my part and responded to their requests of proof of my job income that enabled me to make this
"investment". I invested into their UK Business an amount of £23k GBP because I felt the UK Option was the
best one for me as I am based in Great Britain and so I did not need to worry about exchange rates and bank
fees.

This was all the way back in March 2017. I was assured after four weeks the first of my monthly payments
would come and then every month thereafter. This never ever came and I never received even one monthly
payment. I had contact and emails of assurance that this was an error at Barworks' side and that the firm was
working on it but none of this came through.

It caused me an unbelievable amount of stress at a time I had also just recovered from a life-threatening illness.
My father's health was detoriating at the time and I was also having to look after him and provide
accommodation and care for him, alongside my full-time job and so I was going to be reliant on that form of
income from Barwork's whilst knowing my initial form of capital was guaranteed. It has been an awful period
of my life and caused me an untold amount of stress and has cost me greatly financially and not been good for
my own health, along with the added continued burden of my father's health. I have had to increase my
workload and responsibilities to make ends meet for everything and the responsibilities that I have, going
against the direct advice of my doctor's, who still supervise my own recovery from my life-threatening illness.
I still have to have regular examinations to this day for my own health and well-being.

It gave hope to learn that Renwick Haddow was apprehended in Morocco and brought to USA to face justice.
We hope the USA is able to locate his funds and force him to payback investors for the amount that he
scammed people - I am only one of many, I can only imagine the people globally that Renwick Haddow has
devastated globally. It seems that only the USA Government would able to find his fund and our hope lies with
you. It is also the hope that he is made to pay everything he has stolen from people around the world, people
who've worked very hard for their money, only for him to scam people and fund his own lavish lifestyle. I
learnt in the past he was also doing this in UK beforehand and it is clear if he is let go too easily he will find a
new jurisdiction to operate in and cause a lot of pain to new people. It is our hope that this does not happen
again that more people fall victim to scams and lies of this man.



Thank you Wendy and I hope you can accept my Victim Impact Statement and see the harm it has caused me and the extra burdens I have had to pay as a result. I truly hope to see every penny that I paid back and this man Renwick Haddow is brought to true justice.

Regards, Kojo Owusu-Nyantekyi.

On Thu, Apr 2, 2020 at 3:56 PM Olsen, Wendy (USANYS) <Wendy.Olsen@usdoj.gov> wrote:

Your name and email have been added to the victim list.

Hello Wendy was just please following up on the email(s) below. Is this sufficient for you for me to be registered here as a victim of the BarWorks Scam?

Thank you sincerely, Kojo Owusu-Nyantekyi.

Forwarded message. ---------

Dear Ms Olsen,

I understand that you are collecting information regarding BarWorks investors who have been scammed. As part of a group of 'investors', we raised the Complaint CV 17-CV-5386(DLC)(CWG) title page attached, via our lawyer Mr John Malouf, which has now foundered since it was superseded by the actions of the SEC.

Please find attached scans of my investment, 'signed' by the fictitious character Franklin Kinard on behalf of Barworks.  Note that I paid to BarWorks the total amount of £23000 GBP for the 'investment'.

Please find attached title deeds and signed contracts.

I understand that by informing you in this way, that I may be added to the Victim Notification System?  Kindly confirm when this has been done.


I also attach my passport information as proof of identity. I am a UK citizen

# STATEMENT 50

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | Oliver Nesensohn < |
| **Sent:** | Thursday, March 26, 2020 11:27 AM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | Bar Works |

Dear Ms Olsen,

I understand that you are collecting information regarding BarWorks investors who have been scammed. As part of a group of 'investors', we raised the Complaint CV 17-CV-5386(DLC)(CWG) title page attached, via our lawyer Mr John Malouf, which has now foundered since it was superseded by the actions of the SEC.

I have made 2 investments of USD 25k each. I can also send you title deeds, proof of payment and my passport copy if required.

title deeds and contracts in the name of my wife Denise Summers for two BarWorks investments, both 'signed' by the fictitious character Jonathan Black on behalf of Barworks. Note that we paid to BarWorks the total amount of $55,000 for 2 different 'investments' (one for $30,000 and another for $25,000).

I understand that by informing you in this way, we may be added to the Victim Notification System? Kindly confirm when this has been done.

Kindly let me know if you need any further information. Looking forward to hearing back from you.

Sincerely

Oliver Nesensohn

# STATEMENT 51

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | xindia |
| **Sent:** | Monday, March 23, 2020 9:43 PM |
| **To:** | fedemail@vns.usdoj.gov; Olsen, Wendy (USANYS) |
| **Subject:** | Fw:Fwd: U.S. Department of Justice - VNS - Investigative Case 318B-NY-2090352 - Court Case 19-CR-00340 |

Dear Sir/Madam,

I am Guannan He from China...I am also the victim of Bar Works and Renwick Haddow......I do not recieve any emails from VNS.... only got the following forwarded email from the other victim Vanessa Lavín...... could you tell me how to register as a victim in VNS website in order to recieve further updates from VNS? Should I supply my victim information or documents to prove my victim identification? Please help me......very very appreciate.

Best Regards

Guannan He

-------- 转发邮件信息 --------
发件人：" vanessa villar lavin"
发送[
收件人
主题：Fwd: U.S. Department of Justice - VNS - Investigative Case 318B-NY-2090352 - Court Case 19-CR-00340

Vanessa Lavín

Begin forwarded message:

rt Case 19-CR-00340

of Justice
of New York
Plaza

Ja

# STATEMENT 52

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | Xenia < |
| **Sent:** | Saturday, March 28, 2020 1:33 PM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | Barworks Investors, UK |
| **Attachments:** | Barworks for WOlsen JM complaint.docx; Barworks for W.Olsen bank statement Annette.pdf; BarworksLeaseABaker2.pdf; BarworksLeaseJBaker75.pdf; Barworks Lease JBaker30.pdf; Barworks for W.Olsen bank statement Mum 2.pdf; Barworks for W.Olsen bank statement Mum 1.pdf; Barworks for W.Olsen Passport.jpeg; Barworks for W.Olsen PoA.pdf |

Dear Ms Olsen,

I understand that you are collecting information regarding Barworks investors who have been scammed.

As part of a group of Barworks investors, we raised the Complaint CV 17-CV-5386(DLC)(CWG) title page attached, via our lawyer Mr John Malouf, which has now foundered since it was superseded by the actions of the SEC.

Please find attached copies of contracts in the names of myself, Annette Baker, and my mother, June Elizabeth Baker, for whom I have Power of Attorney. In total, I paid Barworks £19,000 for myself and £99,339.00 on behalf of my mother (for which I will never forgive myself). Copies of contracts and bank statements are attached.

I understand that by informing you in this way, we may be added to the Victim Notification System? Kindly confirm when this has been done.

I also attach a copy of my passport as proof of identity and a copy of the Registration of Power of Attorney. We are UK citizens.

Please let me know if you need any further information. I look forward to hearing from you.

All good wishes,

Annette Baker

# STATEMENT 53

## VICTIM IMPACT STATEMENT

Victim: DEEPAK VISWANATH

USAO: 2018R00528

Court Docket Number: 19-CR-00340

I was approached by Bar Works agents to invest in Bar Works.   After sending paper work I did an ACH transfer to Bar Works account for $25,000 dollars. However after the transfer,  I did not get any paper work or reponse on the investment.  After numerous attempts to get my investment back I did not get any responses.   I was never made aware of about the Ponzi scheme and am really looking for a way to get my funds of $25k dollars back.   I would appreciate any help to get this done.

Thanks

Deepak Viswanath

# STATEMENT 54

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | Gunilla Hüllert |
| **Sent:** | Friday, March 27, 2020 10:48 AM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | BarWorks Case |
| **Attachments:** | BarWorks 20200327.pdf; Namnlista Barworks.rtfd.zip |

Dear Ms Olsen,

I understand that you are collecting information regarding BarWorks investors who have been scammed.
As a part of a group of "investors", we raised the Complaint CV 17-CV-5386(DLC)(CWG) title page attached, via our lawyer Mr John Malouf, which has now foundered since it was superseded by the action of the SEC.

Please find attached scans of title deeds and contract in the name of Maria Gunilla Hullert for my BarWorks investment
"signed" by the fictions character Jonathan Black on behalf of BarWorks. Note that I paid to BarWorks the total amount
of $50,000.

Please find attached title deeds, signed contracts and bank statement showing proof of fund transfer via CFX

I understand that by informing you in this way, I may be added to the Victim  Notification System?
Kindly confirm when this has been done.

I also attach my passport information as proof of identity.
I am Swedish citizen.

Kindly let me know if you need any further information.
Looking forward to hearing back from you.

Sincerely,

Gunilla Hullert

# STATEMENT 55

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | darren baker |
| **Sent:** | Friday, March 27, 2020 10:08 AM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | Barworks investor |

Dear Ms Olsen,

I understand that you are collecting information regarding BarWorks investors who have been scammed. As part of a group of 'investors', we raised the Complaint CV 17-CV-5386(DLC)(CWG) title page attached, via our lawyer Mr John Malouf, which has now foundered since it was superseded by the actions of the SEC.

Please find attached scans of title deeds and contracts in my name for BarWorks investments, both 'signed' by the fictitious character Jonathan Black on behalf of Barworks. Note that I paid to BarWorks the total amount of £90000.

Please find attached title deeds, signed contracts and bank statements showing proofs of funds transfer via CFX.

I understand that by informing you in this way, I will be added to the Victim Notification System? Kindly confirm when this has been done.

I also attach my passport information as proof of identity. We are UK citizens.

Kindly let me know if you need any further information. Looking forward to hearing back from you.

Sincerely,

Darren Baker

1

# STATEMENT 56

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | Antonio Vukman |
| **Sent:** | Monday, March 30, 2020 1:42 PM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | Bar Works |
| **Attachments:** | Antonio Vukman Receipt of Payment.pdf; Proof of Payment Nedbank CIB (NEW).pdf; Please_DocuSign_Antonio_Vukman_Wealth_Starte.pdf |

Dear Wendy,

Sorry to trouble you, but I was given to understand that you were in charge of collecting information regarding Bar Works investors who have been scammed by Renwick Haddow, Bar Works and co.

Please find documents relating to my Bar Works investment.  Please note that I have paid to Bar Works total amount of 50 000 USD.  Please find attached the proof of transfer and the receipt issued by Br works at the time, along with the signed lease contract with Bar Works.

Thanks so much for your help in informing the SEC?

I trust your will find the attached in order and if you need further information, please let me know and would gladly give this to you and assist.

Kind regards

1

# STATEMENT 57

## Olsen, Wendy (USANYS)

| | |
|---|---|
| **From:** | DEWI REES |
| **Sent:** | Monday, March 30, 2020 1:32 PM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | Barworkd victim Dewi Rees VNS |
| **Attachments:** | IMG-20200330-WA0010.jpg; Statement - Barworks CFX transfer July 2017.jpg; IMG-20200330-WA0011.jpg; Barworks CFX transfer Oct 2017.jpg; IMG-20200325-WA0001.jpg; passport scan.jpg |

Dear Ms Olsen,

I understand that you are collecting information regarding BarWorks investors who have been scammed. As part of a group of 'investors', I raised the Complaint CV 17-CV-5386(DLC)(CWG) title page attached, via our lawyer Mr John Malouf, which has now foundered since it was superseded by the actions of the SEC.

Please find attached scans of title deeds and contracts in the name of myself, Dewi Rees, for two BarWorks investments, both 'signed' by the fictitious character Jonathan Black on behalf of Barworks.  Note that I paid to BarWorks the total amount of $300,000 for 2 different 'investments' (2 investments of $150,000 each).

Please find attached title deeds and bank statements showing proofs of funds transfer via CFX.

I understand that by informing you in this way, I may be added to the Victim Notification System?  Kindly confirm when this has been done.

I also attach my passport information as proof of identity.  I am a UK citizen.

Kindly let me know if you need any further information.  Looking forward to hearing back from you.

Sincerely,

Dewi Rees

# STATEMENT 58

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | Samidh Shrestha ~~~~~~~~ |
| **Sent:** | Monday, March 30, 2020 1:01 PM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | Barworks: Victim Notification System |
| **Attachments:** | Samidh Shrestha_Katya Ivanova_BarWorks contract.pdf; Samidh_Bar Works_Wealth Starter_UBS.pdf; 17-cv-05386 Bar Works.pdf; SHRESTHA Samidh - Passport.pdf; IVANOVA Katya - Passport.pdf |

Dear Ms Olsen,

I understand that you are collecting information regarding BarWorks investors who have been scammed. As part of a group of 'investors', we raised the Complaint CV 17-CV-5386(DLC)(CWG) title page attached, via our lawyer Mr John Malouf, which has now foundered since it was superseded by the actions of the SEC.

Please find attached scans of title deeds and contracts jointly in the name of my wife Katya IVANOVA and myself, Samidh SHRESTHA, for two BarWorks investments, both 'signed' by the fictitious character Jonathan Black on behalf of Barworks.  Note that we paid to BarWorks the total amount of $50,000 for 2 different 'investments'.

Please find attached title deeds, signed contracts and bank statements showing proofs of funds transfer.

I understand that by informing you in this way, we may be added to the d?  Kindly confirm when this has been done.

I also attach our passport information as proof of identity.

Kindly let me know if you need any further information.  Looking forward to hearing back from you.

Sincerely,

Samidh SHRESTHA

# STATEMENT 59

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | rafay badar · |
| **Sent:** | Friday, March 27, 2020 8:11 AM |
| **To:** | Olsen, Wendy (USANYS) |
| **Cc:** | Shaista Siddiqui |
| **Subject:** | BarWorks Case – Complaint CV 17-CV-5386 |
| **Attachments:** | A Badar – Receipt of Payment USD 60k.pdf; Barworks Agreements and Cert of Ownership- Rafay Badar.pdf; SAS  passport 2027 UAE visa emi id 2021.pdf; ARB passport copy valid 2022 and UAE Visa until Jun2020.pdf |

Dear Ms Olsen,

I understand that you are collecting information regarding BarWorks investors who have been scammed. As part of a group of 'investors', we raised the Complaint CV 17-CV-5386(DLC)(CWG) title page attached, via our lawyer Mr John Malouf, which has now foundered since it was superseded by the actions of the SEC.

Please find attached scans of Ownership document and contracts in the name of my wife Shaista Ali Siddiqui and myself, Abdur Badar,  for two BarWorks units, 'signed' by the fictitious character Jonathan Black on behalf of Barworks.  Note that we paid to BarWorks the total amount of $60,000.

Please find attached signed agreement, certificate of ownership,  payment statements showing proofs of funds transfer via CFX.

I understand that by informing you in this way, we may be added to the Victim Notification System?  Kindly confirm when this has been done.

I also attach our passport information as proof of identity.  We are Pakistani Citizens, Resident in UAE for the last 21 years.

Kindly let me know if you need any further information.  Looking forward to hearing back from you.


Regard
Abdur R. Badar

# STATEMENT 60

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | Tilak Chintha <¡ |
| **Sent:** | Monday, March 30, 2020 2:25 PM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | Re: BarWorks Victim – Name : Tilak Chintha (6 units) |

Great, thank you so much Wendy!

Also, some of my fellow victims receive an email today, with a personal victim reference number that we can quote on all correspondence. There is also a victim impact statement that can be voluntarily submitted to express the impact the crime has had on my personal life/family etc.

Can you pls make sure I get the VNS record and the similar info please. I do understand during this Medical emergency across globe (due to Covid-19) that things might be slow. But just wants to make sure am not missed. Thanks again for all your great help.

Warm regards
Tilak

On Tue, 24 Mar 2020 at 18:27, Olsen, Wendy (USANYS) <Wendy.Olsen@usdoj.gov> wrote:

We will add you to the victim Notification system.

**From:** Tilak Chintha
**Sent:** Tuesday, March 24, 2020 2:18 PM
**To:** Olsen, Wendy (USANYS) <WOlsen@usa.doj.gov>
**Subject:** BarWorks Victim – Name : Tilak Chintha (6 units)

Dear Wendy,

Hope this email finds you well. Sorry to trouble you, but I was given to understand that you were in charge of collecting information regarding BarWorks investors who have been scammed.

Please note that I have paid to BarWorks total amount of $150,000 i.e., for 6 units ($25,000 each)

Details:

Tilak Goud Chintha (3 units on me)

1