# STATEMENT 61

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| From: | Abdelmajid Chemli |
| Sent: | Wednesday, April 1, 2020 1:20 AM |
| To: | Olsen, Wendy (USANYS) |
| Subject: | Re: Barworks case |

Dear Wendy,

Many of the group of victims I am part of have received an email this week with an official VNS reference number but to this day I haven't received such an email.
Is there anything else I need to send you in order to be added? Could you please give me an update about it?

Thank you very much for your understanding.


Regards,
Abdelmajid Chemli


On Wed, Mar 25, 2020 at 1:38 PM Abdelmajid Chemli <
Dear Wendy,

My name is Abdelmajid Chemli. I'm sorry for the trouble but it came to my understanding that you are in charge of collecting information about the Barworks scam victims.

I have paid to Barworks a total amount of $25,000 and received the attached documents:
- Receipt of payment,
- Barworks Signed contract

I also submitted an SEC complaint on 7/4/2017 which was registered on the number **TCR1499115743960**

I have also been a part of a group of other victims that were represented by the attorney John Maalouf who submitted a civil action against Barworks representatives (Civil Action N 17 CV 5386 DLC) and that's how it came to my understanding that some of us were registered as victims while others are not.

Thank you so much for your help in informing the SEC  and adding me to the victim's notification system. Hope this is fine for you and if you need any further information please let me know.


Regards,
Abdelmajid Chemli

# STATEMENT 62

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | megan rees < |
| **Sent:** | Tuesday, March 31, 2020 3:36 PM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | Barworks UK Fraud |
| **Attachments:** | Barworks for WOlsen JM complaint.docx; Rees_M_Wealth_Builder_Lease_Agreement_-Tribeca.pdf; MR - Passport.pdf |

Dear Ms Olsen,

I understand that you are collecting information regarding Barworks investors who have been scammed.

As part of a group of Barworks investors, we raised the Complaint CV 17-CV-5386(DLC)(CWG) title page attached, via our lawyer Mr John Maalouf, which has now foundered since it was superseded by the actions of the SEC.

Please find attached a copy of my contract with Barworks and the relevant bank statement.   In total, I paid £95,720 to Barworks.

I understand that by informing you in this way, I may be added to the Victim Notification System?  Kindly confirm when this has been done.  I also attach a copy of my passport as proof of identity.  I am a UK citizen.

Please let me know if you need any further information.  I look forward to hearing from you.

All good wishes,

Megan Rees

1

# STATEMENT 63

# VICTIM IMPACT STATMNET

Victim : Arhab Mohamed Al Sarhi

USAO  Number : 2018R00528

Court Docket Number : 19-CR-00340

Honestly the beginning of the war in my country Yemen had a great impact in changing the course of my family lives. me , my wife and my children we had to escape and go to find new life in Egypt as living in Yemen was very difficult with the continuation of the war and when I arrived in Egypt I tried to find any appropriate way to have a suitable monthly income to help us face the daily life and other expenses so when I received an email from one of the companies offering me the topic of investment in the so-called Bar Works (offices that rent for a certain time ) and with a specific monthly I was happy with the subject and I had a small capital so I signed the contract and sent my participation for $50 thousand US Dollars thinking that would be appropriate and helpful to me and my family who left everything behind in Yemen and started a different and new life but after a short time I was surprised that I fell into a trap and that my money  gone where the monthly income stopped and started to write to the company but without result then I was shocked that I am still in it to date, where much of what I have saved and collected gone and we have been robbed and our alienation has increased bitterness and the pain was very big on me and on my

family and our lives became harder and we suffered and suffered a lot our loss for this amount and in a way that I did not fully expect .... There is still great hope for the integrity of the American judiciary and I am confident that you will sanction the guilty and we will get our money with compensation in relation to the psychological condition that we have been through and hurt us a lot to this day ...

Many thanks and God bless America ...

Arhab Mohamed Al Sarhi

# STATEMENT 64

## Victim Impact Statement

Date: 31 March 2020

To: The Department of Justice – USA

USAO Number: 2018R01256
Court Docket Number: 18-CR-00759

My name is Tamer Qusous from Jordan. I am one of the victims of Renwick Haddow scam. I have paid the amount $50,000 to invest in Barworks.

This amount was basically all the savings that I had for my 2 kids (aged 10 and 8 now). I wanted to invest this money which they got as a gift when they were born from their grandfather, for them to pay up for their education in school.

The scam that we all faced has unfortunately weakened my trust in investing again in such opportunities, outside of my country, Jordan.

This amount that we lost as a family in this investment is hard to gain again especially after the world recession, in addition to the recession that has been hitting Jordan hard in the past 3 to 4 years. Not mentioning the negative impact that COVID 19 virus will have on everyone in the future, which might leave families with children in the dark for a considerable time.

I really wish if I didn't go ahead with Barworks investment (scam), and that I kept the money for their future.

Thank you and be safe.

Tamer S. Qusous

E:



# STATEMENT 65

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | Kapan Wong |
| **Sent:** | Thursday, April 2, 2020 11:09 AM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | BarWorks Ponzi Scheme Victim - Kapan Wong |
| **Attachments:** | Kapan Wong- Receipt for Operations.pdf; Fully Executed_Kapan_Wong_SINGLE_WORKSPACE_.pdf |

Dear Wendy,

Sorry to trouble you, but I was given to understand that you were in charge of collecting information regarding BarWorks investors who have been scammed.

Please find attached investment contract and payment receipt relating to my BarWorks investment.  Please note that I have paid to BarWorks total amount of 25,000 USD.

Thanks so much for your help in informing the SEC.  Would you please add me to the victim notification system and assign me a victim notification number?

Hope this is fine for you, if you need more information do let me know...I would gladly give this to you.


Best regards and please stay healthy,

Thomas Wong (王家滨)

Google Voice:
Skype:

1

# STATEMENT 66

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | Christopher Brown <~~...~~ g~~....~~ |
| **Sent:** | Wednesday, April 8, 2020 12:44 PM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | Investigative Case 318B - NY – 2090352 |

Investigative Case 318B-NY-2090352
Victim Identification Number (VIN) '5509148

Hi Wendy,

Thank you for the update emails. I just want to know are we likely to receive any of our funds back? I want to make sure we are providing all we need to do

My victim statement is below

Victim: America Rugby Coach
USAO Number: 2018R00528
Court Docket Number: 19-CR-00340

We invested $25K which was a major part of our savings. Psychologically it hit us pretty hard as the time of earning the savings.

# STATEMENT 67

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | rafay badar |
| **Sent:** | Wednesday, April 8, 2020 1:07 PM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | Re: U.S. Department of Justice - VNS - Investigative Case 318B-NY-2090352 - Court Case 19-CR-00340 - Victim Impact Statement |

## VICTIM IMPACT STATEMENT

Victim: Rayay Badar
USAO Number: 2018R00528
Court Docket Number: 19-CR-00340

Me and my wife had invested USD60,000 into this BarWorks investment. This money was meant for our younger son's collage education. We went through great hardship after missing the rent payments as per the signed contract.

After few rounds of communication with random people from Barworks, we found out that the CEO was a fictitious person and shortly there after all communications from Barworks stopped. This situation brought us great mental and physical anguish as our son tuition fee for the colleague was due in few months.

After few months, together with a group of investors we hired a Lawyer who filed a case on our behalf. We paid a lot of money for that. When the retainer was finished the Lawyer asked us for more money for his services and we could not retain him any longer.

We are now desperately awaiting the judgement from the DoJ and reimbursement of our moneys along with the missed payments, interests and legal fees.

We really hope that the US justice system will give the culprit maximum punishment as he has destroyed lively hood of may people and families.

# STATEMENT 68

# VICTIM IMPACT STATEMENT

Victim:  DEEPAK VISWANATH

USAO: 2018R00528

Court Docket Number:  19-CR-00340


I was approached by Bar Works agents to invest in Bar Works.   After sending paper work I did an ACH transfer to Bar Works account for $25,000 dollars.  However after the transfer,  I did not get any paper work or reponse on the investment.  After numerous attempts to get my investment back I did not get any responses.   I was never made aware of about the Ponzi scheme and am really looking for a way to get my funds of $25k dollars back.   I would appreciate any help to get this done.


Thanks


Deepak Viswanath
Cell —

# STATEMENT 69

VICTIM IMPACT STATEMENT

Victims: Charbel Afeiche and Marina Eid

USAO Number: 2018R00528

Court Docket Number: 19-CR-00340

**Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):**

My name is Charbel Afeiche, my wife Marina Eid and I invested in **Barworks** and below is our impact victim statement.

After our wedding in 2014, we were looking for investment opportunities to boost our income (we were both employed in Lebanon, however salaries are never enough in our country). We heard of **Barworks** via marketing materials and emails from UPI based in the UK. We believed it was a trusted company as it was also marketing a lot of real estate projects in the UK and abroad. We had been assured and reassured by the top guys in UPI that **Barworks** being a project in the US, was governed by very strict laws within the country and it was a very safe investment. We also checked the contracts, profiles of CEO, LinkedIn...and it all seemed very legitimate.

In 2016 we decided to invest $25,000 in our first Unit (in New York), few payments started coming, some were missed but then sent again, however they promised these would be more regular. We had been offered another Unit at another location in New York for $25,000 later in the year and we decided to go for it in 2017, particularly as we had to relocate to the UK in the meantime(Marina was offered a job in the UK and I had to quit mine to move abroad with her) and we believed this revenue would support to replace my job while looking for another one in the UK.

Our total investment in **Barworks** was $50,000. That was the totality of all our savings. We ended up in the UK, with one of us (Marina) having a job and me with none and soon after the investment for the 2nd unit went through, all payments stopped coming in. We tried to contact both **Barworks** and UPI for a close follow-up, however we never seemed to get through to the **Barworks** agents and UPI has always been trying to lift the responsibility off their shoulder. Shortly after, we started to look online for any signs, and we came across the Redd monitor blog that had exposed the truth.it was shocking!

This has left us living on a rent, one working party and no other income to support. The situation has been very critical since as we had zero backup for any emergency and could barely live off one income.  In parallel, the situation in Lebanon got worse and worse from a year to another from social, political and economic point of view. We've even had and still must support our parents, particularly me as an only child, with our one income and losing the **Barworks** investment has forbidden us to, as we can barely support each other. We even had to delay extending our family and having children as it was impossible to financially manage. This has been emotionally and mentally draining and has put a strain on our marriage.

Via the Redd monitor blog, we were able to engage with other victims. A WhatsApp group was created then and decided to file for a lawsuit against **Barworks** with the law firm **Maalouf Ashford & Talbot, LLP** This implied more financial losses and strain and no outcome to date. With the same

group, we also hired a debt collection agency **Cobra Financial Solutions Ltd** to recover our financial losses, which turned out to be another crooked operation and again to no avail and more financial losses. We became so desperate until we found out about the SEC and DOJ advances which is our only hope now for recovery of our money. We are still to date in financial strains given the worsening of financial situations across the world and hope all these convicted felons, not only stay in prison for a very long time, but also return to us the victims, all the stolen money that is now in their offshore or their families' accounts.

We appreciate and thank you for all your efforts in getting justice done.

Regards,

Charbel and Marina

# STATEMENT 70

Jörg and Sari Rüster                          Dubai                          11th of April 2020

# Victim Statement

Victim: Sari & Jorg Ruster
USAO Number: 2018R00528
Court Docket Number: 19-CR-00340

We have become aware of the investment opportunity in the Barworks company in March 2017. Barworks had adopted the business model from WeWork, a very successful office lease company. All documents provided by Barwarks looked professional and the business outlook was also predicted as quite positive. We have done some back up checks (looked up the investment properties, called the facilities to find out if there were real people working). It was also stated that the investment would be asset backed. This was stated in the brochures and booklet as well on their homepage at that time.

Based on the information we have invested in late April 75,000USD in the Barworks company. The bank, which has been used was JP Morgan Chase, a bank with good reputation, hence, another indicator, that this would be a sound investment.

Shortly after the investment all communication stopped, the CEO vanished and the webpage shut down. We have not even received a single payment back. We then became to know that the actual CEO and founder, Jonathan Black, was actually Renwick Haddow, a man with a bad reputation and known to have operated other scams before.

This was a shock. My wife and I have really suffered. We both believed in the idea and the business model. We were full of hope generated by the positive spirit of Renwick Haddow's information, Newsletters and updates. We would have accepted a loss due to business risk, but not due to fraud. It was the first time we have experienced such a scam and it felt and still feels like being abused. We feel embarrassed and ashamed, if we tell the story to others. Especially the first few weeks we still had hope, that our money could be returned to us and things would become good. But all these hopes were unfortunately never fulfilled. It was an emotional roller coaster. My wife and myself discussed that matter almost every night. It was the determining topic for a long time and have poisoned our marriage for some time. We have engaged with many other victim groups and legal advisors. We have spent a fair amount of time and effort to find out what the best approach to this situation is.

In addition to the investment of the USD 75,000 we also spent USD 2,479  lawyer's cost. It was a substantial amount of money. Both of us have slept really badly for many months until we could accept, that we have been scammed. I have been distracted at work and have not been working as efficient as I usually do, since I had to think about this mean way of being fooled by Barworks respectively Renwick Haddow and his accomplices.

For these months we woke up almost every morning with bad thoughts about the scam and, how much money we have lost. It has impacted our quality of life, because even now we feel these bad emotions returning, when we think and talk about it. We have lost trust in doing investments and somehow also lost trust in any financial advisors and offers. We really still feel ashamed and still struggle to believe that this has happened to us.

Jörg and Sari Rüster                    Dubai                    11th of April 2020

The money was a result of several years hard savings and it was supposed to be used to subsidize our daughter's education. They will now not be able to study at the level that they could have, if the fraud would not have happened. Hence, our children will be impacted in their future careers. Furthermore, this money was thought as a retirement pension once the investment would be freed up after the agreed term of 10 years. Now that we may have lost it, it will impact our retirement plans significantly. It also does not earn any interest.

We have also engaged a lawyer together with others in order to sue him and to get our investment returned, which has incurred further costs.

We have invested USD 75,000 on the 26th of April 2017 into Barworks bank account at JP Morgan Chase. We also paid USD 2,479  lawyer's cost on the 07th of June 2017.

Therefore, considering our financial impact and the professionalism and the full intention, in which this scam has been executed, we would like to ask your Honor to sentence Renwick Haddow to pay back to us as much money as possible and send a long time in jail.

# STATEMENT 71

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | hillary nabimanya |
| **Sent:** | Thursday, April 9, 2020 10:29 AM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | Fwd: U.S. Department of Justice - VNS - Investigative Case 318B-NY-2090352 - Court Case 19-CR-00340 |

# VICTIM IMPACT STATEMENT

Victim: Hillary Nabimanya
USAO Number: 2018R00528
Court Docket Number: 19-CR-00340

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

I am a married father of two young kids living in Switzerland.

In many cases where people fall victim to schemes such as this one orchestrated by Mr. Renwick Haddow, the victims may be dismissed as gullible folks that have not taken time to research before investing their money.

In my particular case, I still find it very difficult to get to terms to how this whole venture has turned out given how much time I took to research it. I found out about the Bar Works shared working spaces/serviced office space investment while doing an online search for investment opportunities. I had just had several failed attempts at buying a home for my family because I did not have sufficient money for the down payment/ initial deposit. I therefore thought of investing the money I had for a few years in order to gain enough to eventually buy a home at a later time. Most bizarrely, the very next thing I did after reading about the opportunity was run some searches online about any known scams or fraud associated with Bar works. As part of my due diligence, I checked the individuals associated with Bar Works notably Mr. Jonathan Black (Renwick Haddow) who had detailed profiles on line including a LinkedIn profile. I also called the Bar works contacts to confirm if they were genuine and indeed they had a number of people attending to the phones for this. I also asked a friend to visit the Bar works locations in New York to confirm its existence which turned out positive. I therefore felt that I had made some solid amount of due diligence before investment. Little did I know that I was dealing with a complex and sophisticated criminal.

I then made an investment of 50,000 USD in Feb 2016 and from the very next month, I began receiving regular rental payments from Barworks. The service and customer support were very professional and everything moved as expected. I eventually made another 50,000 USD investment around 9 months later. Everything went well until around January 2017 when I started reading some negative articles on Bar works and I contacted them to get back my money. From then onwards the service and customer care seemed to deteriorate until when the rental payments stopped and they stopped picking any calls or returning my e-mails.

The psychological impact of thinking (initially) and eventually confirming that I had lost such a huge sum of money, which had taken me a long time to save, was quite simply unbearable. From the first time I read the article in early January 2017 until about 6 months later, I was depressed, couldn't sleep, or even be productive at work. My wife was pregnant with our second child at the time and was having a very difficult pregnancy. I kept the bad news from her many months until after our baby was born because I feared it would severely impact her and our unborn child. Carrying this mental burden about the financial loss was overwhelmingly difficult and tormenting for me.

Financially, I have never recovered from the loss. The bar works investment had an "early buy back" clause which I had hoped to use to get back my money with some interest to eventually buy a house. Obviously my plan to save some more money through this investment to eventually buy a house did not work out and as a result I am still paying rent instead of buying my own house. dream has always been

to buy a small home for my wife and kids to settle in and I still carry the hope the justice system will help us to get this dream back on track.

.As a victim, the only true justice I can see is to be able to get back my money and move on with my life. I would imagine it is the same desire for the other affected investors.  I can only very humbly beg, appeal and request that proper justice be done.

Thank you

Regards,
HILLARY NABIMANYA

This

# STATEMENT 48

# STATEMENT 72

Olsen, Wendy (USANYS)

| | |
|---|---|
| **From:** | Jehangir H Mehta |
| **Sent:** | Thursday, April 9, 2020 6:48 AM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | Fw: U.S. Department of Justice - VNS - Investigative Case 318B-NY-2090352 - Court Case 19-CR-00340 |

# VICTIM IMPACT STATEMENT

Victim: Jehangir Mehta
USAO Number: 2018R00528
Court Docket Number: 19-CR-00340

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

Dear Wendy,

I am now 50 years old and I use to work in Switzerland at a multinational company called "Roche". I was laid off and was unable to find another job.   However, I had saved most of my earnings over the year and also was able to remove my pension from Switzerland as I was not Swiss. This allowed me the ability to come back to India and live of my savings and pension as standard of living is not that expensive in India.

As I was deciding where I should invest my pension, I came upon the Barworks investment. I did my study and spoke to the agents. They were all from UK and all seemed to think that this was an amazing opportunity to earn a steady income. They also sent me very elaborate brochures and live links on Youtube. I was also assured that these were all 100% asset backed business so that if things went South, my investment would be covered at the very least. All the agents were from UK but the investment was in USA primarily. I was wondering why there were no US agents. Anyway, since the investment was in USA, I knew there are very strict guidelines and that this was definitely not a fraud. I did a basic background check and did not find anything to suggest that this was a fraud. Also since it was the jurisdiction of USA, I knew there would be strict protocol and almost no chance of such an elaborate fraud.

Anyway, later my monthly payment stopped and I then realised it was indeed a scam and Renwick Haddow in fact was Jonathan Black and Jonathan Black did not exist! Have no idea why the big banks did not do a background check on this, but anyway I was completely distraught after I heard this. Mentally and physically I was drained realising my hard earned money of years was gone in a few weeks and that I was scammed. I had to move back to my parents, which of course at this age is demeaning to say the least. But what else could I do? I was scammed plain and simple. Of course due to the lack of funds, I could not eat or concentrate well and my mental and to an extent my physical well being deteriorated. I did not even have the funds to go get any professional health, so I had to deal with it on my own the best way I could cope. There were a few recovery agents who approached me and they also extracted some more money from me, but what could I do? I was vulnerable and even the glimpse of hope I would cling on to. Of course my relationship with my family and certain friends became strained. They sympathised with me to the best of their abilities. I

1

joint a whatsapp group of individuals that had all got scammed by RH and BW and through their loss, I felt a bit better, that I was not alone.  Some of them had even borrowed funds to invest in this scheme.  They also told me about you Wendy in this chat and that's how I got in contact with you.

Then I found out that RH was captured and was in custody.  There was some glimpse of hope.  The US government would now not let him go till he paid up all the people he had scammed. I was given to understand that he was also involved with a Cryptocurrency scam.  This made me feel he must have a lot of funds hidden away.  Only the US government would able to find his funds.  You Wendy are our only hope.  I certainly hope that you are able to extract every single cent from RH and make him pay for what he has done to my colleagues and me.  If you let him go easy, you can be rest assured he will once again decide to start a scam.  You can see from his past records that this was not the only scam he has done.  This time he did it on your US soil, while operating from the UK.

The only way you can help us is if you make sure that he pays back everybody he has scammed.  If he is just given a jail sentence with no payback this will not help us in anyway.  This is my humble request to you.  He has ruined so many peoples' lives, at least let us have some financial restitution.


Thanking you,

Jehangir H MEHTA


Jehangir Mehta

2

# STATEMENT 73

# VICTIM IMPACT STATEMENT

Victim: Helga M. Mang
Helga M. Mang Revocable Trust
USAO Number: 2018R00528
Court Docket Number:  19-CR-00340

Impact of the crime:
Based on brochures and the many promising collateral provided by Bar Works including but not limited to verbal representations by a person who identified himself as "Howard Green", he spoke with an English accent, my sum invested is $ 97,000 (ninety seven thousand), representing a respectable sum in my situation.

Mid-June 2016 as part of due diligence regarding the subject investment a scheduled meeting was set with Howard Green in New York but few days before, Green informed that he needed to return to London to care for his seriously ill father and that my meeting in New York would be with Keith Simpson. I travelled to New York together with my partner Harald Max Fricker (also an investor in Bar Works) to meet with Keith Simpson to visit Bar Works facilities.

Simpson was the only person from Bar Works we have ever met in the flesh. He gave us a tour of 46th St, and 39th St and 7th Ave South locations. After we left Simpson, my partner and I walked to Tribeca 70 White Street but the site was locked, and neither were we able to inspect the inside of the State Empire proposed site on 33rd St.; later the explanation via email by Howard Green was that those 2 sites are not quite ready due contractor delays.

I assume now that "Howard Green" was Haddow himself and he knew who he was defrauding. This loss of my long term saved monies is a financial crush to my savings of which I have relied upon for income in my present retired life; at my age I will never be able to earn income and save. This scam has taken a tremendous mental toll on me emotionally and to learn that I have been defrauded by a man which knew that my investment was an important part of my retirement savings is devastating to me.

Please contact me with any questions you may have. Thank you for your kind assistance.

Sincerely, Helga


Helga M. Mang

# STATEMENT 74

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | Max Fricker |
| **Sent:** | Friday, July 28, 2017 12:45 PM |
| **To:** | kingmp@sec.gov |
| **Cc:** | satwalekars@sec.gov |
| **Subject:** | BAR WORKS Inc,, BAR WORKS 7th Ave Inc., etc. |

Dear Ms. King;

Thank you for returning my telephone call, regretfully I missed. In the spirit of expediency I am reaching out to you with this message.

My family and I, all US Citizens, have invested substantial funds with Bar Works since December 2015 in commercial tenant leases situated in several geographic locations. Bar Works staff member by the name Howard Green working out of the New York office was assigned to us as account Representative. Mr. Green made numerous promises and representations. The last communication with Mr. Green was during his stay in London where he indicated working on a project "red telephone booths".
Mr. Green has avoided any and all our contacts the date when monthly income distributions to our bank accounts were no longer forthcoming.

According to a statement made by Mr. Green, Bar Works had purchased real estate property in San Francisco where we also invested in commercial tenant leases. Mr. Green while on vacation with his family in Portugal many months ago stated that he purchased real estate for him and his family in Portugal.

Kindly please let me know regarding further documentation and/or information you may require. We are devastated about the turn of events and the loss of our hard earned savings. What are the possibilities potentially to retrieve some of our capital invested? Any legal support and assistance will be greatly appreciated. I look forward to your reply.

Sincerely, Max

H. Max Fricker

# STATEMENT 75

# VICTIM IMPACT STATEMENT

Victim: Harald Max Fricker
Harald Max Fricker 1998 Revocable Trust Agreement
USAO Number: 2018R00528
Court Docket Number: 19-CR-00340

Impact of the crime:
I relied on the brochures and promises of collateral made on behalf of Bar Works. To be careful with my money I communicated by email and telephone asking questions of a person who identified himself as "Howard Green". He spoke with an English accent. I explained that I was considering a substantial cash investment; ultimately I invested $534,000 and wanted answers to my questions to reassure me that my money would be safe.

Howard Green was my main contact and for email these addresses: howard@barworks.nyc, howard@podworks.global, On a few occasions I communicated with "Keith Simpson":: keith.simpson@barworks.nyc, with "Devora Wooden": devora@barworks.nyc, with Sian McKormick: operations@barworks.nyc, and with "Peter Jones" (peter.jones@barworks.nyc).

In mid-June 2016, I scheduled a meeting with "Howard Green" in New York. A few days before Green informed me that he needed to return to London to care for his seriously ill father and that my meeting in New York would be with Keith Simpson. I made the trip to New York together with my partner Helga M. Mang (who invested $ 97,000 in Bar Works) to meet with Simpson and visit Bar Works facilities.

Simpson was the only person from Bar Works we met in the flesh. He gave us a tour of 46th St, and 39th St and 7th Ave South Bar Works spaces. After we left Simpson, my partner and I walked to Tribeca 70 White Street, but the site was locked, and we tried looked inside of the proposed State Empire site 33rd St but it was locked. Later, Howard Green by email explanation was that those two sites were not quite ready because of contractor delays.

I assume now that "Howard Green" was Haddow himself and he knew who he was defrauding. Such loss of hard earned and saved monies over my lifetime is devastating considering my age of 77 years has taken a mental toll emotionally, I am humiliated, being lied to, scammed and defrauded by this man in such dishonest manner each time I was speaking with "Howard Green" via telephone on a regular ongoing basis.

Thank you kindly for your assistance. If I can help in any way, please contact me.
Sincerely, Max

# STATEMENT 76

Fax +1 (212)-637-0084

United States Attorneys Office
Southern District of New York
One St. Andrews Plaza
New York, NY 10007

Victim: Gunilla Hullert
USAO Number: 2018R00528
Court Docket Number: 19-CR-00340

### VICTIM IMPACT STATEMENT

During an investment meeting 2016 I was presented the opportunity to invest in BarWorks
in New York. It all looked very good on the paper and I tried to check background
information about the project before I and a few other investors from Sweden made the
decision to invest.
I invested 50.000 USD.
This was all my savings planed for my retirement. This investment was to make sure to
create a secure income and build a foundation for my retirement. Now everything is gone.
The first two or three months I got my rent according to the contract after that I didn´t
receive any money at all.
For me this is a catastrophe. I am totally alone, I have no husband or family that can help me
out with money or other support/help.
I have ended up in a personal bankruptcy. My situation now is so bad that I cannot afford to
keep my home.  I am forced to sell my home, downsize to a smaller apartment. I cannot
even afford a small apartment outside Stockholm so I am forced to move elsewhere.
This whole situation has caused me so much stress and anxiety so I am burned out and
cannot work. I am under treatment of PTSD Post Traumatic Stress Syndrom caused by this,
and feel that I cannot trust people anymore.

I require that Renwick Haddow shall repay me all my money for the investment 50.000USD.

I definitely need my investment back.

Kind regards,

Gunilla Hullert

# STATEMENT 77

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | Antonio Vukman |
| **Sent:** | Thursday, April 16, 2020 7:39 AM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | U.S. Department of Justice - VNS - Investigative Case 318B-NY-2090352 - Court Case 19-CR-00340 - Victim Impact Statement |

Dear Wendy

I trust you ae well and safe at this time.

Please find my impact statement as follows.

Victim: Antonio Vukman
USAO Number: 2018R00528
Court Docket Number: 19-CR-00340

The impact of the crime:

Although there was no death or external injury to me from this crime, there were other physical injuries such as; an increased heart rate, hyperventilation and stomach problems which were brought about by the anxiety experienced after the theft of over half a million ZAR, which, at my current cost of living, could sustain my family and I in excess of four years. We are not wealthy people and my life savings went into a fraud that was well orchestrated by design, (it sold an investment product in the shared economy like Airbnb, Uber and the likes). It offered a fixed title which could be traded on a public platform at a later date, thus providing an exit from the investment at my discretion, and it offered returns that were not self-evident of a fraud but instead were slightly above those of a risk-free asset, to compensate for the additional risk that such an investment would require, (in reference to a local context). Despite my every effort to remind myself that some investments do sour, despite all due diligence and research being done, such rationale does not apply to this crime. As a result of the increased anxiety, stress and uncertainty my body eventually displayed severe ailments and in September/ October 2017 I was admitted to hospital for three days with severe stomach problems. (The diagnosis was so severe that my consulting doctor thought my appendix had burst and had scheduled an operation for later that day. Once admitted to hospital, a specialist decided against the operation, and instead admitted me for three days for observation, and I was then informed that the problems with my stomach were related to my anxiety and that I need to control that because ''it's like cancer that debilitates the body'').

The emotional impact of this crime continues to plague my life. I'm constantly reminded of the shock I experienced in the days when the fraud was unravelling, and being totally helpless in trying to get my money back from the convicted criminal. I took a trip to New York in March 2017 to visit each of the physical locations that were listed as investments in the prospectus. When I landed at Atlanta on the 14th March, I checked my bank account and noted that no return amount had been paid for the month of February 2017. I called the business number provided by Bar Works and I spoke to a person who was dismissive and non-cholent about the non-payment of the return and the allegations in the media that Bar Works was a fraud scheme. He, instead, complimented his convicted accomplice Savraj Gata-Aura as an 'upstanding guy'. As the conversation progressed I grew increasingly angry and was experiencing trauma of having to deal with a person who was displaying a disregard for my financial wellbeing and I ended the conversation by informing the person that I would lay a complaint with the SEC if I never got a proof of deposit of my February 2017 return, within the next couple of hours. I did receive the proof of deposit for the FEB 2017 return and I also laid a complaint with the SEC about Bar Works.

1

The result of this crime has lead to a disruption in my relationship with my family and friends. We come from a poor upbringing and I have not been able to inform my parents and sisters of the loss I incurred because of the negative effect this would have on our relationship and family unit. Its dis-heartening to imagine the lifestyle changes the money lost could have on them, especially my oldest sister who requires constant medical services for a mental illness condition, for which we as a family help her with, within our constraints.

For both my hospitalization in 2017 and the recent mental health services and hospitalization for my oldest sister, the loss of this money has resulted in severe constraints on my financial resources, which has negatively affected my quality of life. There is less to go around.

As a devout Catholic, I do not hate, but I certainly resent Renwick Haddow for the suffering he has caused my family and I. Whilst the Bar Works scam was unravelling, Renwick Haddow became a father and I can only pray, that with all the enemies he's made and the hardship he's caused to others that his little girl will be spared any judgement. I have asked God many times what I did to deserve this, but I take comfort in the fact that my faith has taught me to accept that people like Renwick Haddow do exist and that we can only pray for them.

_____

Antonio Vukman

# STATEMENT 78

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | Kristina Pagureva |
| **Sent:** | Monday, April 27, 2020 6:07 AM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | Victim impact statement |

Dear Wendy,
Please find below my Victim impact statement.


Victim: Kristina Pagureva
USAO Number: 2018R00528
Court Docket Number: 19-CR-00340


Dear All,

I am 33 years old Bulgarian woman, currently employed with Emirates airline and residing in Dubai for the last ten years. As I was planning for the future I decided to look for opportunity to invest money and be able to support myself and my family.

As I was deciding where I should invest, I came upon the Barworks investment. I did my study and spoke to a friend of mine, who introduced me to the agent. She seemed to think that this was an amazing opportunity to earn a steady income. She also sent me very elaborate brochures and live links on Youtube. I was also assured that these were all 100% asset backed business so that if things went South, my investment would be covered at the very least. Since the investment was in USA, I knew there are very strict guidelines and chose to believe this was definitely not a fraud. I did a basic background check and did not find anything to suggest that this was a scheme. Also since it was the jurisdiction of USA, I knew there would be strict protocol and almost no chance of such an elaborate fraud. So once I decided I will invest in this project, my salary was not enough to be able to complete the payment of USD 25 000, so I had to take a loan, which up to present date I am still paying off.
Due to my job I was also able to fly to the USA (New York) and went physically to the address to check if such a workspace exists. I was there myself and even went inside to have a little bit of the experience I invested in. The workspace was functional and people seemed to had been enjoying it. I also went to two different locations.

Anyway, everything went as per the contract for one year exactly. Later my monthly payment stopped and then, after trying to contact any representatives of Barworks or the agent unsuccessfully , I realized it was indeed a scam and Renwick Haddow in fact was Jonathan Black and Jonathan Black did not exist! Have no idea why the big banks did not do a background check on this, but anyway I was completely distraught after I heard this. Mentally and physically I was drained realizing my hard earned money was gone in a few weeks and that I was scammed. I also have both my parents living back home in Bulgaria, who need my financial support and trusted me to look after them as I am their only child. I realized that instead of sending this money to them I have just thrown them away. Now the current situation with the corona virus made me even more desperate as the necessity of money now is more sensitive than ever. My monthly income is 60% less of what it used to be. Not knowing

when I will be back flying, being away from my family and not being able to support them anymore, makes me very anxious and it is even hard to sleep at night.  I feel  vulnerable and this is affecting my relationship with my family and friends.  They sympathized with me to the best of their abilities.  I joined a whatsapp group of individuals that had all been scammed by Renwick Haddow and together as a group  we hired a lawyer, which cost us significant amount of  money with no result.

Dear all I put all my heart and trust in the US justice department to help me resolve this matter the best possible way. I tried my best to provide you with all necessary information. In case you require any further clarification I am at your disposal.


Thank you in advance!




If there is anything that need to be fixed, please let me know and also inform me of any other steps to take.

Best regards,
K. Pagureva

# STATEMENT 79

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | Dhanesh Shelat · |
| **Sent:** | Sunday, April 26, 2020 7:01 PM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | Re: U.S. Department of Justice – VNS – Investigative Case 318B-NY-2090352 – Court Case 19-CR-00340 |

Dear Wendy,

It was great speaking with you last week.

Per our discussion, I invested $25,000 with Bar Works in 2016. The majority of my investment was not recovered, which caused me financial hardship.

Any assistance with recovering any funds from my initial investment would be much appreciated.

Best,

Dhanesh

# STATEMENT 80

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | Abdelmajid Chemli |
| **Sent:** | Friday, April 24, 2020 11:07 AM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | Re: Barworks case |

Dear wendy

Kind reminder.

Is there any required document that I haven't sent? Could you please give an update?

On Wed, 1 Apr 2020, 8:20 am Abdelmajid Chemli,
Dear Wendy,

Many of the group of victims I am part of have received an email this week with an official VNS reference number but to this day I haven't received such an email.
Is there anything else I need to send you in order to be added? Could you please give me an update about it?

Thank you very much for your understanding.


Regards,
Abdelmajid Chemli


On Wed, Mar 25, 2020 at 1:38 PM Abdelmajid Chemli
Dear Wendy,

My name is Abdelmajid Chemli. I'm sorry for the trouble but it came to my understanding that you are in charge of collecting information about the Barworks scam victims.

I have paid to Barworks a total amount of $25,000 and received the attached documents:
- Receipt of payment,
- Barworks Signed contract

I also submitted an SEC complaint on 7/4/2017 which was registered on the number **TCR1499115743960**

I have also been a part of a group of other victims that were represented by the attorney John Maalouf who submitted a civil action against Barworks representatives (Civil Action N 17 CV 5386 DLC) and that's how it came to my understanding that some of us were registered as victims while others are not.

Thank you so much for your help in informing the SEC and adding me to the victim's notification system. Hope this is fine for you and if you need any further information please let me know.


Regards,
Abdelmajid Chemli

# STATEMENT 81

## VICTIM IMPACT STATEMENT

Victim: Fabio Gambini
USAO Number: 2018R00528
Court Docket Number: 19-CR-00340

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

I'VE INVESTED MY SAVINGS IN THREE BAR WORK SPACES.

MY PLANS WERE TO USE THE MONEY TO HELP MY TWO

CHILDRENS (THEY WERE ABOUT TO MARRIES) AND TO ~~SAVE~~

SOME MONEY FOR MY FUTURE RETAIRMENT.

THIS FRAUDULENT ACTION PROVIDE TO ME AND TO MY

FAMILY A LOT OF DISCONFORT, I HAD TO EXPLAIN TO MY

FAMILY I'VE BEEN CHEATED AND MY CHILDRENS POSTPONED

THEIR LIFE PLANS.

DUE TO THE ABOVE SITUATION I'VE FALLED DOWN INTO

A DEPRESSIVE ~~STATE~~ CONDITION, WITH HORRIBLE NIGHTMARES

AND ONLY VERY RECENTLY I AM STARTING TO RECOVER

Fabio Gaul

VERONA - ITALY

# STATEMENT 82

Olsen, Wendy (USANYS)

| | |
|---|---|
| **From:** | Josef Turesson |
| **Sent:** | Saturday, May 2, 2020 12:22 PM |
| **To:** | Olsen, Wendy (USANYS) |
| **Cc:** | fedemail@vns.usdoj.gov |
| **Subject:** | Barworks Impact statement |
| **Attachments:** | Barworks-JosefTuresson.pdf; Barworks-JosefTuresson1.pdf; Josef-Ownership.pdf; BarworksPaymentSWE.pdf |

Hi,

My name is Josef Turesson and I am one of the many investors of Bar Works Inc. I have been told by our group that I am supposed to send an impact statement to you. So this is my short version and some of the documents that I have.
The group I am in was represented by John Maloouf, lawyer.

Attached is proof of payment and my 2 spaces that I "bought".

Statement

"I am 39 years old now and I am divorced with 3 kids. When I was looking for investments at the time and did my research. I compared numerous different types of investment. In this case I also traveled to NY because of business and checked out the locations, spoke to the bank in question (JP Morgan) and had several talks with Bar Works both on the phone and by email. I decided to invest in one space only because that is what I could afford. I was persuaded into getting 2 spaces and since the rate was 15% back I thought that I could be worth to take out a loan to cover that last as well. Worst case scenario, I thought I would at least get the money back. Also knowing that the monthly payments was coming made me feel better. Everything seemed legitimate knowing that I have seen the locations and talked to the bank.
The first 15 months everything was working fine, payments on time, but I was talking to different persons everytime I contacted the company.

Since the payments stopped coming, I realized that it was a scam, and Mr Haddow had left with the money, my situation was tight financially. I paid off the loan of around $500 a month and I also have child support of $500 a month. That means that $1000 needs to be paid every month, which might not sound like too much but here in my country, I only earn around $2,000-2,200 monthly. Of course I also have other expenses such as electric, car, phone etc. And my rent is currently $750 a month. I have managed to cover all of this only because I have been lucky enough to been able to work extra shifts every month. Due to the Corona-virus, this is no longer possible and I have to move to a new smaller apartment, in a month. Because I have worked so much I have not had the time to see my kids as much as I wanted (they live in an other city, it is a very difficult situation for me at the moment. My salary is gone the same day as I get it and I have no time and energy to visit friends, family etc. I work everyday and have sold most of the things that were worth something to get by.
To be honest, I have been depressed because of this situation and I think about this every day. I have been fighting every month hoping that this problem could be solved and I could at least get some of my money back. This is not a sustainable situation for men and my loan needs to be paid for another 10 years. I am not sure that I can do it.

Also, I would like to mention that I absolutely think that JP Morgan has some kind of responsibility in this situation. It cannot be possible for one person, with a fake name, to move that much money around to different places and countries.
Of course, Mr Haddow is to blame and I do. Therefore I was very disappointed to hear he is coming out on bail.

Lastly, I am begging and asking you to do everything you can do to recover and get as much money back as possible. I need them back, not to live, but to survive.
I regret myself every day for this investment and, as I said before, think about it every day."

Thanks for your time, I really appreciate it.

If you have any questions at all, let me know.

Josef Turesson

# STATEMENT 83

May 3, 2020

Victim Impact Statement

Re:  United States v. Defendant(s) Renwick Haddow
     Case Number 2018R00528 and Court Docket Number 19-CR-00340

I was an investor in the Bar Works operation. My total loss was $75,000 which was a third of my retirement portfolio. I am 74 years old and my main income is Social Security.  This investment was to help pay for my long term care needs. Sadly, I have no way to make up for this loss.

Richard D. Pierce

# STATEMENT 84

Victim Impact Statement of Mrs Denise Summers

3rd May 2020

Ref:  United States vs Defendant Renwick Haddow
Case No 2018R00528
Docket No 19-CR-00340
To whom it may concern.

It has taken me a long time to start my Victim Impact Statement as I was reluctant to relive the horror and distress this fraud has caused me and my family.

What spurred me on was the news that the perpetrator, Renwick Haddow has now been released on bail.  It fills me with anger and dismay to know that he is now enjoying life outside the confines of the detention centre where he has been imprisoned since his capture.

The fraud he committed was a very cunning one.  Many people from across the globe were conned by this man and his cohorts.  The information and publicity for the Barworks fraud was incredibly believable and slickly presented.  Many different types of people were drawn in by it, laymen with no knowledge of investments of this sort as well as highly skilled professionals.

My family is not a wealthy one.  My father was a car mechanic and worked hard all his life to save to buy a house.   I worked hard all my life in a factory to save a deposit for my own property.

My older sister was the first  of my family to be duped by this fraud.  She made enquiries after seeing an advert  from an agent who was operating out of the City of London.   He appeared to be utterly believable and professional.   She invested some of her own life savings and also my mothers savings.  My Mum by this time was widowed and frail so my sister had power of attorney to manage Mum's finances.

My sister's two children, my niece and nephew then followed suit and invested money they had inherited from their father who had sadly passed away a few years previously.

Everything seemed to be going well and they were at first receiving high returns and they were all very happy.

When I met my future husband ten years ago, I sold my apartment in London and moved in with my him freeing some capital £40,000 so I too decided, on my sister's advice, to invest  in Barworks.

Our investments in Barworks  as a family was in excess of £250,000, all monies were 'invested' in 2016.

When returns suddenly stopped, you can imagine how devastated we all were.   This fraud has ruined our lives and heaped an unbelievable amount of guilt on my sister's shoulders that she has found impossible to deal with.   The stress and damage to our mental health and well being has been intolerable.

I and my husband are 66 years old and live off small pensions.  We have no earning power to ever recoup this money.  My sister is 71 and also lives off a state pension.  The money stolen from us was to enable us to enjoy our retirement and to act as a safety net for any emergencies life throws at us.

Our money has gone somewhere and needs to be retrieved, every penny of it.  Renwick Haddow must go to jail for a very long time.   He is a professional fraudster with no thought for any of his victims,  only his own personal gain.

Sincerely,




Mrs Denise Summers

# STATEMENT 85

# VICTIM IMPACT STATEMENT

Victim: Ivo Stoyanov (
USAO Number: 2018R00528
Court Docket Number: 19-CR-00340

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

I invested 94 000 USD in the dishonest and audacious scam (Bar Works) by Renwick Haddow .

It is an enormous amount of money and this loss has impacted my lifestyle as the money was obtained by a bank loan ,which I am still paying off.

Please make him return all money to us  !!!

Best regards

Ivo Stoyanov

# STATEMENT 86

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | Louis Lecomte |
| **Sent:** | Sunday, April 19, 2020 5:45 AM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | Impact Statement –  U.S. Department of Justice - VNS - Investigative Case 318B-NY-2090352 - Court Case 19-CR-00340 |
| **Attachments:** | Letter to DOJ.docx |

Reference :
**United States v. Defendant(s) Renwick Haddow**
**Case Number 2018R00528 and Court Docket Number 19-CR-00340**

Hello Wendy,

I am a victim of the Barworks fraud.

It is such a relief to read the email from the Department of Justice. It has been a few years since the fraud. Waiting in doubt has brought a lot of anguish, wondering if these criminals would ever be caught and prosecuted. It was very distressing to read that they had fled to Morocco.

Knowing that good people have been working all this time to seek justice in the matter means a lot, I am very grateful for it. Thank you.

The Barworks fraud has definitely been the most devastating ordeal of my life. I remember to this day the moment I discovered that the so-called CEO "Jonathan Black" was a fictitious character, as was the representative I had been speaking to for so long, "Peter Jones". It was like a bolt of lightning struck me, I fell to the ground in horror and disbelief. I couldn't believe it had all been an enticing lie.

I had invested $298,875, a huge part of my life savings, and moreover had convinced my parents to invest as well. They had put their trust in my word, and invested $100,000 of their money.

I will also forever remember the call I had to make, shaking and embarrassed to tears, having to tell my parents they had lost all their money over my advice.

I have spent days and nights going over the conversations I had with "Peter Jones", who from one day to the next, stopped answering calls and emails. In hindsight, it appears so obvious that these very common names "Peter Jones" and "Jonathan Black" are part of the deceit, making their identity harder to establish. It all came out as such an extreme degree of treachery in all details. It's chilling to consider the amount of premeditation they put in the scam.

In light of it being a fraud, it seems beyond belief that anyone could cheat so willfully and cunningly, luring you in little by little over time with reassuring phrases and explanations, that now resonate as incredibly unremorseful.

I had never considered myself to be a particularly gullible person, and this of course brought a lot of self-doubt. In hindsight, it's easy to identify elements that can be seen as red flags, but the scam was set up so expertly, that I do consider the people behind Barworks as professional con-artists.

When I hear the phrase "white collar crime", I fear is that there could be a connotation where one would consider it to be less impacting than crimes that affect, for instance, physical integrity. But I would disagree, the mental and physical impact is very real. I can assure that there have been huge ramifications.

My overall quality of life has been significantly reduced. It has forced me to be generally frugal ever since, passing on expenses and life experiences I otherwise could have considered. All this time was passed defrauded of a huge part my assets. These were life moments that were not lived as they could have.

I have gone through sleeplessness, depression, and a lot self-doubt, whether it be in private life or in business. Certain business opportunities became out of reach, and other investments no longer considered. Neither my mind nor my finances allowed it. I feel like it's a whole direction of my life that was sidetracked.

In regards to my parents, they avoid talking about Barworks, but I know something has changed. It's a huge disappointment that has taken a toll on our relationship, and I know that it will be so forever.

It has impacted so many life choices that my outlook on life has changed. It put me in a financial and psychological disposition that I struggle every day to overcome.

I certainly hope investigators will be able to return as much of the stolen funds as possible, and that the Barworks criminals will face justice in proportion to what they have caused.

In any case, thank you immensely for your help and support.

Best regards,

Louis Lecomte

# STATEMENT 87

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | Joseph Zoghei |
| **Sent:** | Friday, May 1, 2020 5:49 AM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | BarWorks Ponzi Scammer/Joseph Zogheib victim of fraud Ponzi scammer done by Renwick Haddow owner of BarWorks New York |
| **Attachments:** | Barworks Joseph Zogheib March 4th 2016 for 2 Units for  2x$25,000=$50,000.pdf; Barworks Joseph Zogheib July 21th 2016 for 2 Units for  2x$25,000=$50,000.pdf |

Dear Wendy,

Sorry to trouble you, but I was given to understand that you were in charge of collecting information regarding BarWorks investors who have been scammed.

My name is Mr Joseph Zogheib and I consider myself as one victim within several victims in the world due to the fraud Ponzi scammer done by Renwick Haddow owner of BarWorks New York, **he destroyed badly my life as well as my family.**

Please find documents relating to my BarWorks investment.  Please note that I have paid to BarWorks total amount of 100,000USD representing 4 Units bought at Barworks for a price of 25,000USD per unit, 4 Unitsx25,000USD = 100,000USD.

Please find attached all the proofs of the transfer, 2 Units were bought on 4th March 2016 and 2 Units bought on 21th July 2016.

Thanks so much for your help in informing the SEC?

Hope this is fine for you if you need more information do let me know...I would gladly give this to you.

Regards,

Joseph Zogheib

1

# STATEMENT 88

## Olsen, Wendy (USANYS)

| | |
|---|---|
| **From:** | honeylet · · · |
| **Sent:** | Sunday, April 26, 2020 12:46 AM |
| **To:** | fedemail@vns.usdoj.gov; Olsen, Wendy (USANYS); Ali Hajjar |
| **Subject:** | Fw: BarWorks Fraud Victims-Honeylet & Ali |

Dear Wendy,


Thank you for your response. Hope you are well and healthy. Kindly confirm that we are registered please.

We have invested a total of $80,920 on this ( Chambers location x2 for $25K and Podworks for £25k)
As for the impact, this was supposed to be our savings/ emergency fund/education & family support but now we are living from paycheck to paycheck paying for loans because of this.
My husband and I had fought about this but we believe that with your righteous help and support and in God's guidance, all of the victims will get through this and get our money back.
With the current situation, this is the time where we should all help one another and be there for each other.

Thank you and please let us know how is this proceeding.

Regards,
Honeylet & Ali

On Saturday, April 25, 2020, 08:10:16 PM GMT+2, Olsen, Wendy (USANYS) <wendy.olsen@usdoj.gov> wrote:


I believe I have put you in the system I will check. We are asking for victim impact statements. How much was your investment and the impact the loss had on you and your family.

Sent from my iPhone


On Apr 25, 2020, at 4:13 AM, honey

Dear Wendy,

Have you registered us for this?

Regards,
Honeylet Decloedt & Ali Hajjar

On Tuesday, January 21, 2020, 04:36:12 PM GMT+1, Olsen, Wendy (USANYS) <wendy.olsen@usdoj.gov> wrote:

# STATEMENT 89

VICTIM IMPACT STATEMENT

Victim: Pietro Giugliarelli
USAO Number: 2018R00528
Court Docket Number: 19-CR-00340

Dear Wendy,

I am 44 years old and I am the owner of a Small Factory making Artisan Pasta in Italy.

After many years of hard work, fighting every day I was able to save euro 100.000 for the future of my family. I have a wife and 2 children, Giovanni and Maria, 10 and 8 y.o.

Looking for an investments, I came upon the Barworks investment.  I did study the investment and spoke to an agent living in Uk and Spain but speaking italian. She told me the capital was guaranteed by the real estate and everything was under the US Government rules and control. In fact the building was right in Ny city center.

Later my monthly I asked Barworks to return  the investment even if the monthly payment still arriving, because I need the money for my Business that faced a difficult period. I did not receive any real answer and after a few months also monthly payments stopped. I then understood  it was indeed a scam and Renwick Haddow in fact was Jonathan Black and Jonathan Black did not exist.  I really cannot understand  how the US banks did not do a background check on this, but anyway I was completely destroyed by this.   I understood my hard earned money of years was gone in a few weeks and that I was scammed.  My Business start going worse because of my stress of lost money. My family had great economic problem due to this and no anymore savings for anything (desease or anything else).  I joint a whatsapp group of people scammed by Barworks system, it was helpful so that I was no more alone.  Some of them told me about you Wendy in this chat so I got in contact with you.

I understood that  RH was captured and was in custody.  A little hope was born in me. I trust  the US government will guarantee he has to pay all the people he had scammed. I guess (and hope) he can have a lot of funds hidden away and the US government would be able to find his funds.  That's why you Wendy are very important for me The only hope of recovering  our hard money and the only link with US government. For me that I am Italian and don't speak or understand perfectly English I trust you can remember of me and update about possible recovery of money for me and my family.

I had to face very big difficulties with my Pasta Business and family, I hope to have some financial restitution.

Thank you,

# STATEMENT 90

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | Jorg Ruster |
| **Sent:** | Tuesday, March 24, 2020 2:40 PM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | Barworks Scan - Jorg and Sari Ruster |

Dear Wendy,

I just got to know, that one of my fellow victims of the Barworks scam was issued a Victim Identification Number in light of the latest litigation against Mr Savraj Gata-Aura. The sentencing is supposed to be on the 06th of May. I have also lodged a complaint in July 2017 to the SEC and received only a generic response. To my understanding you are in charge of collecting information of Barworks investors, who were scammed by Barworks and its affiliates like Mr Renvick Haddow and Mr Savraj-Gata. I am also a Brraworks victim and I am seeking assistance from you.

We have paid 75,000USD to Barworks. Please find attached the associated proofs of that (contract and Swift copy).

Would it be possible to help notifying the SEC or even adding us to the VNS and and support justice in this.

We would greatly appreciate your support in this.

Please let us know, if you require any further information from our end. There are many more supporting documents such as brochures etc. However, I thought the attached are the most essential ones.

Best regards,
Jorg Ruster