# STATEMENT 91

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | Tilak Chintha |
| **Sent:** | Tuesday, March 24, 2020 2:18 PM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | BarWorks Victim - Name : Tilak Chintha (6 units) |
| **Attachments:** | Lease Agreement - Tilak Chintha.pdf; Lease Agreement - Tilak Chintha_Nilanjana Sinha.pdf |

Dear Wendy,

Hope this email finds you well. Sorry to trouble you, but I was given to understand that you were in charge of collecting information regarding BarWorks investors who have been scammed.

Please note that I have paid to BarWorks total amount of $150,000 i.e., for 6 units ($25,000 each)

Details:
Tilak Goud Chintha (3 units on me)


Nilanjana Sinha (3 units on my partner)


Please find attached all the proofs of the lease agreements and payments.
Thanks so much for your help in informing the SEC. And I was told by my fellow victims that once my record gets into the system (VNS), I would get a Victim Notification Number. Request you to kindly arrange to share the number with me too.

Hope this is fine for you, if you need more information pls do let me know... Thanks a ton for being helping the victims.

Best regards
Tilak Chintha

--

Regards,
Tilak Chintha

1

# STATEMENT 92

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | Joseph Zogheib <  > |
| **Sent:** | Friday, May 15, 2020 10:04 AM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | Re: BarWorks Ponzi Scammer/Joseph Zogheib victim of fraud Ponzi scammer done by Renwick Haddow owner of BarWorks New York |

Dear Wendy,

I am now 67 years old and I use to work abroad in the Arab Gulf Countries as Project Manager at Consolidated Contractors Company. I was terminated because of retirement age and was unable to find another job. However, I had saved most of my earnings over the year.

As I was deciding where I should invest my pension, I came upon the Barworks investment. I did my study and spoke to the agents. They were all from the UK and all seemed to think that this was an amazing opportunity to earn a steady income. They also sent me very elaborate brochures and live links on Youtube. I was also assured that these were all 100% asset-backed business so that if things went South, my investment would be covered at the very least. All the agents were from the UK but the investment was in the USA primarily. I was wondering why there were no US agents. Anyway, since the investment was in the USA, I knew there are very strict guidelines and that this was definitely not a fraud. I did a basic background check and did not find anything to suggest that this was a fraud. Also since it was the jurisdiction of USA, I knew there would be strict protocol and almost no chance of such an elaborate fraud and what made feel confidence when I asked the UK agent how I can feel that my investment in BarWorks would be safe, his answer was that the USA is different than the UK and other countries because the USA has the SEC, if it would be a fraud definitely the SEC would not allow this to happen and they would arrest the one who would be responsible for the fraud and they will oblige him to return the money back to the investors, so it was understood that the SEC was insurance warranty for my investment in the BarWorks in the USA, otherwise I would have given my savings to BarWorks.

Anyway, later my monthly payment stopped and I then realised it was indeed a scam and Renwick Haddow, in fact, was Jonathan Black and Jonathan Black did not exist. I Have no idea why the big banks did not do a background check on this, but anyway I was completely distraught after I heard this. Mentally and physically I was drained realising my hard-earned money of years was gone in a few weeks and that I was scammed. I had to move back to my parents, which of course at this age is demeaning, to say the least. But what else could I do? I was scammed plain and simple. Of course, due to the lack of funds, I could not eat or concentrate well and my mental and to an extent my physical well being deteriorated. I did not even have the funds to go get any professional health, so I had to deal with it on my own the best way I could cope. There were a few recovery agents who approached me and they also extracted some more money from me, but what could I do? I was vulnerable and even the glimpse of hope I would cling on to. Of course, my relationship with my family and certain friends became strained. They sympathised with me to the best of their abilities. I joint a WhatsApp group of individuals that had all got scammed by RH and BW and through their loss, I felt a bit better, that I was not alone. Some of them had even borrowed funds to invest in this scheme. They also told me about you, Wendy, in this chat and that's how I got in contact with you.

Then I found out that RH was captured and was in custody. There was some glimpse of hope. The US government would now not let him go till he paid up all the people he had scammed. I was given to understand that he was also involved with a Cryptocurrency scam. This made me feel he must have a lot of funds hidden away. Only the US government would be able to find his funds. You, Wendy, are our only hope. I certainly hope that you are able to extract every single cent from RH and make him pay for what he has done to my colleagues and me. If you let him go easy, you can rest assured he will once again decide to start a scam. You can see from his past records that this was not the only scam he has done. This time he did it on your US soil while operating from the UK.

I was badly shocked to know that as of May 1, 2020, Renwick Haddow was not in the custody of the U.S. Marshal Service. The court, having reviewed the relevant information pertained to the case, permitted the defendant to remain out of custody during the court proceedings, knowing that he was no more in the custody of the U'S. Marshal Service hurt badly my mind and made me feel as well as my family too in a very bad mood, losing my hope that I will never be able to get back my money, **he destroyed badly my life as well as my family life.**

1

The only way you can help us is if you make sure that he pays back everybody he has scammed. If he is just given a jail sentence with no payback this will not help us in any way. This is my humble request to you. He has ruined so many peoples' lives, at least let us have some financial restitution.

Thanking you,

Joseph Zogheib


ɔj.gov> wrote:

(

F

F
S
T
S
r

Dear Wendy,

# STATEMENT 93

|                    |          |
|--------------------|----------|
| **Pierangelo Ceriani** | **Claimant** |
| **And**            |          |
| **Barworks**       | **Company** |

**WITNESS STATEMENT OF
PIERANGELO CERIANI**

---

**I, PIERANGELO CERIANI,** an Italian citizen currently living at

1. I am the owner of **two** workspace products offered by Bar Works Inc, a Delaware incorporated entity, and its associated subsidiaries and entities.

2. I make this statement on behalf of myself relating to a compensation claim against the Company.

3. I make this witness statement from matters which are within my direct knowledge save where indicated otherwise. Where matters are not within my direct knowledge, I identify the source of my information and believe the same to be true.

4. I am employee in an Italian company as an accountant. I invested in Bar Works because the business plan presented to me looked to be a wonderful way to not only preserve my initial capital, but also grow my investment as I was also planning an additional monthly income to pay the private school fees for my son that is attending a special school for people with disabilities. My wife is not working but she is taking care of my son and my daughter that is still attending primary school and also for that I am paying a higher monthly fee. As at the time of the investment I was also thinking to have a relief for the instalment of my car loan that till today I am still paying as it is a 5 year loan.

5. I first came across this investment in February 2016, a couple of months before I signed the first contract, through a marketing email sent to me by United Properties UK. After asking for some information I was completely bombarded with emails and calls to convince me to invest in this safe investment. I can provide plenty of emails pushing me to invest in this wonderful opportunity saying that it was a SEC approved investment with no risk. I later found out that it was not SEC approved.

6. I invested the total sum of $50,000. The first payment of $25,000 was made on 20th April 2016 and the second payment of $25,000 was made one month later on 31st May 2016. I made the second payment through Central FX.

7. I invested in the investment product offered by Bar Works Inc at the 70 White Street site and the 47 West 39th Street site, both located in New York.

8. I was persuaded to invest in this product because:
   i) They were offering a very good return for a business which claimed to be well established and was run by a respectable person named Jonathan Black. Much later I discovered that Jonathan Black was not real and that it was a start-up business.

   ii) All the investment scheme was looking perfect with a very low risk and with a fixed term exit including the possibility to trade the unit (in case of need) in a sales platform that was never realised. All looked very good because the management team looked strong and the workspace sector was booming. Also, the involvement of a FCA-regulated party in the UK in Central FX to collect the money, and the fact that I was informed it was SEC approved in the USA.

9. At the end of May I made my second investment. I followed the payment procedures described to me in the Application Form.

10. In June/July 2017 it was announced that the Securities Exchange Commission and the Federal Bureau of Investigation in the USA had filed charges against the Bar Works companies and the people involved in them.

11. Later it became widespread knowledge that Jonathan Black was not a real person and that the whole Bar Works structure was owned by a man called Renwick Haddow.

12. For me to lose this money is an incredible shock as I was planning this investment as a sort of relief for my existing expenses and for a future retirement income because I am employed without any CPF and contribution for my pension. I am only getting a salary with no other severance pay or CPF. All my savings need to be considered as future pension fund and now I have lost the $50,000.

**STATEMENT OF TRUTH**

13. I, Pierangelo Ceriani, believe the facts in this witness statement to be true.

Dated this ...08th day of April 2020

PIERANGELO CERIANI

# STATEMENT 94

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| From: | Prevignano Dott. Luigi |
| Sent: | Sunday, May 3, 2020 8:00 AM |
| To: | Olsen, Wendy (USANYS) |
| Subject: | VICTIM IMPACT STATEMENT CASE 2018R00528 |
| Attachments: | WhatsApp Image 2020-03-25 at 11.14.04.jpeg; DENUNCIA SEC 21052017.pdf; Bar-Works-CHAMBER-STREET-LOCATION.pdf; Ricevuta Bonifico.pdf; …pdf; BONIFICO 1 …; Impact Stat.pdf; |

Dear Ms Olsen,

I understand that you are collecting information regarding BarWorks investors who have been scammed. As part of a group of 'investors', we raised the Complaint CV 17-CV-5386(DLC)(CWG) title page attached, via our lawyer Mr John Malouf, which has now foundered since it was superseded by the actions of the SEC.

Please find attached scans of title deeds and contracts in the name of me Luigi Prevignano and my wife Maria Cristina Mannello for two BarWorks investments, both 'signed' by the fictitious character Jonathan Black on behalf of Barworks. Note that we paid to BarWorks the total amount of $50,000 for 2 different 'investments' (bot for $25,000 each).

Please find attached title deeds, signed contracts and bank statements showing proofs of funds transfer.

I understand that by informing you in this way, we may be added to the Victim Notification System? Kindly confirm when this has been done.

I also attach our identity cards. We are italian citizens.

I receive last week a letter from us DEPARTEMT OF JUSTICE, where you request to send the "VICTIM IMPACT STATEMENT".

I send both for me and my wife.

I also registered my email adress to the website.

Kindly let me know if you need any further information or documents. Looking forward to hearing back from you and waiting for your kind reply, thanks.

Sincerely,

LUIGI PREVIGNANO & MARIA CRISTINA MANNELLO

1