

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 16, 2020

The Honorable Judge Jed S. Rakoff
United States District Court Judge
Southern District of New York
United States District Court
500 Pearl Street, Room 1340
New York, New York 10007

By Email

Re: <u>United States v. Savrag Gata Aura</u>
Docket No. 18 Cr. 759(JSR)

Dear Judge Rakoff,

Please find enclosed four more victim impact statements in the above captioned matter.

Very truly yours,

Audrey Strauss
Acting United States Attorney

By: _Wendy Olsen_____
Wendy Olsen
Victim Witness Coordinator
(212) 637-1028

Assistant United States Attorney Martin Bell, with attachments
Assistant United States Attorney Vladislav Vainberg, with attachments
Sandy Scott Zelin, Esq. <u>RSZ@RSZpc.com</u>. with attachments
<u>Ethan_Herenstein@NYSD.USCOURTS.gov</u>, with attachments

**Victim Statement – Renwick Haddow**

Megan Rees, age 30

6th July 2020


A number of people in my family have lost a large amount of money to this scheme, including myself. I find it very painful to even think about and I have felt very helpless since discovering it was a scam.

I have a long term disability which means I can`t work and the money I invested gave me some security and could have helped enormously in terms of buying a house.

Dealing with this scam has been incredibly stressful for me and my family and I`d like to see Renwick Haddow get a significant sentence.


Megan Rees

VICTIM IMPACT STATEMENT

Victim: Pietro Giugliarelli
USAO Number: 2018R00528
Court Docket Number: 19-CR-00340

Dear Wendy,

I am 44 years old and I am the owner of a Small Factory making Artisan Pasta in Italy.

After many years of hard work, fighting every day I was able to save euro 100.000 for the future of my family. I have a wife and 2 children, Giovanni and Maria, 10 and 8 y.o.

Looking for an investments, I came upon the Barworks investment.  I did study the investment and spoke to an agent living in Uk and Spain but speaking italian. She told me the capital was guaranteed by the real estate and everything was under the US Government rules and control. In fact the building was right in Ny city center.

Later my monthly I asked Barworks to return  the investment even if the monthly payment still arriving, because I need the money for my Business that faced a difficult period. I did not receive any real answer and after a few months also monthly payments stopped. I then understood  it was indeed a scam and Renwick Haddow in fact was Jonathan Black and Jonathan Black did not exist.  I really cannot understand  how the US banks did not do a background check on this, but anyway I was completely destroyed by this.  I understood my hard earned money of years was gone in a few weeks and that I was scammed.  My Business start going worse because of my stress of lost money. My family had great economic problem due to this and no anymore savings for anything (desease or anything else).  I joint a whatsapp group of people scammed by Barworks system, it was helpful so that I was no more alone.  Some of them told me about you Wendy in this chat so I got in contact with you.

I understood that  RH was captured and was in custody.  A little hope was born in me. I trust  the US government will guarantee he has to pay all the people he had scammed. I guess (and hope) he can have a lot of funds hidden away and the US government would be able to find his funds.  That's why you Wendy are very important for me The only hope of recovering  our hard money and the only link with US government. For me that I am Italian and don't speak or understand perfectly English I trust you can remember of me and update about possible recovery of money for me and my family.

 I had to face very big difficulties with my Pasta Business and family, I hope to have some financial restitution.

Thank  you,

**Olsen, Wendy (USANYS)**

| | |
|---|---|
| **From:** | Timour Mannanov. |
| **Sent:** | Monday, July 13, 2020 1:57 PM |
| **To:** | Olsen, Wendy (USANYS) |
| **Subject:** | Fw: U.S. Department of Justice - VNS - Investigative Case 318B-NY-2090352 - Court Case 19-CR-00340 |

Hi Wendy,

Hereby I am sending my Victim Impact Statement.

Thank You

Timur Mannanov

# VICTIM IMPACT STATEMENT.

Victim: Timur Mannanov
USAO Number: 2018R00528
Court Docket Number: 19-CR-00340

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

The impact of the crime on me and my family was 25'000.00 (Twenty Five thousand) US Dollars.

1

**Geoffrey S. Berman United States Attorney for the Southern District of New York
Sarah S. Normand Assistant United States Attorney
86 Chambers Street, Third Floor
New York 10007
USA**

**Your Respected Honours,**

**Securities and Exchange Commission v. Savraj Gata-Aura (a/k/a Samuel Aura
a/k/a Sam Aura) and Core Agents, Ltd. (d/b/a Core Agents International, Ltd.),
Civil Action No. 19-cv-4780 (S.D.N.Y., filed May 23, 2019)**

I hope you are safe and well during this terrible period for everyone.

Please accept my profuse apologies for inconveniencing yourselves, but I am writing to plea that the full-force of justice is served by your Respected Honours when the subject case is scheduled for sentencing on 27 July 2020.

As a family resident in England, UK and British Citizens, we invested our savings in good faith in Bar Works and are utterly distraught that the investment was a scam Ponzi scheme operated by Renwick Haddow et al (including Savraj Gata-Aura).

Reading an article published today in the UK (forwarded below for information), his defence on 15 July 2020 seeks a non-custodial sentence for Gata-Aura:

*"Mr. Gata-Aura was neither the mastermind, nor architect, nor principal of this scheme,* **but he now faces not just financial ruin, etc".**

For his defence to be stating that Gata-Aura is now facing financial ruin is just incredible, if not a further "slap on the face" to all the people who invested in Bar Works. These devious rogues have ruined ours and other investors' lives through their despicable act perpetrated for their own selfish gain glamorized by posting images of their lavish life styles on social media. The audacity to put forward such a defence is revolting.

Your Honours, please, please, please, Let Right Be Done when sentencing.

Thank you.

Yours sincerely,

Kamaljeet Jabbal

Our "Certificate of Ownership" are attached
Mr K S Jabbal - $22,000 Invested November 11, 2015