**Andrew Levchuk**
**Counsellor at Law**
69 South Pleasant Street
Suite 203
P.O. Box 181
Amherst, MA 01004
(413) 461-4530
alevchuk@agllegalnet.com
www.agllegalnet.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/5/23

Application granted.

SO ORDERED:
Date: 1/5/23

*/s/ Richard M. Berman*
Richard M. Berman, U.S.D.J.

December 28, 2022

BY ECF

Hon. Richard M. Berman
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

**RE: United States v. James Moore, No. 1:18-cr-00759-RMB**

Dear Judge Berman:

I am appointed under the Criminal Justice Act to represent defendant James Moore in his appeal to the Second Circuit from his conviction in the above case. *See United States v. Moore,* No. 22-283, Dkt. No. 16 (2d Cir.).

Mr. Moore moves for an order permitting me to access any sealed docket item in No. 1:18-cr-759 that relates to the case against him. *See* Dkt. Nos. 37, 76, 95, 102, 110, 140, and 162-65. I need to review these items in evaluating the issues Mr. Moore might raise on appeal. I understand that I am bound by the protective order in this case. *See* Dkt. No. 25.

I communicated about this motion with Assistant U.S. Attorney Vladislav Vainberg, and he informed me that the government has no objection.

Respectfully submitted,

*/s/ Andrew Levchuk*
Andrew Levchuk

cc:   All counsel via ecf